B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Clearwater Group, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**56-1715813** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9205-101 Baileywick Road<br>Raleigh, NC**<br><div align=right>ZIP Code<br>**27615**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Wake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2308 Sunnystone<br>Raleigh, NC**<br><div align=right>ZIP Code<br>**27613**</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

### Filing Fee (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Clearwater Group, Ltd.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br> Signature of Attorney for Debtor(s)              (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)


      _____
      (Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                          Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Clearwater Group, Ltd.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** **/s/ Bill Janvier**
Signature of Attorney for Debtor(s)

**Bill Janvier 21136**
Printed Name of Attorney for Debtor(s)

**Everett, Gaskins, Hancock & Stevens**
Firm Name

**127 West Hargett St.**
**Suite 600**
**Raleigh, NC 27601**
Address

**(919) 755-0025  Fax: (919) 755-0009**
Telephone Number

**October 22, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Richard Glass**
Signature of Authorized Individual

**Richard Glass**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 22, 2009**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Eastern District of North Carolina

In re    **Clearwater Group, Ltd.**
_____,
Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 4 | 9,164,664.00 | | |
| B - Personal Property | Yes | 5 | 605,018.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 8 | | 8,457,918.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 9 | | 123,902.18 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 146 | | 1,923,593.98 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 177 | | | |
| Total Assets | | | 9,769,682.00 | | |
| Total Liabilities | | | | 10,505,414.16 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re    **Clearwater Group, Ltd.**                                          ,    Case No. _____
                                        Debtor

                                                            Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Clearwater Group, Ltd.**                                                                                    Case No. _____
                                                                                          ,
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2701 Peachleaf St.       Raleigh, NC House**<br>**Note: All values listed on Schedule A are tax values.** | **100%** | - | **601,054.00** | **528,722.00** |
| **10917 Grand Journey Raleigh, NC House** | **100%** | - | **821,684.00** | **611,250.00** |
| **1008 Barony Lake Way Raleigh, NC Lot** | **100%** | - | **294,840.00** | **282,227.00** |
| **400 Deep Woods Trail Wake Forest, NC Lot** | **100%** | - | **135,000.00** | **91,105.00** |
| **10822 Grand Journey Ave Raleigh, NC Lot** | **100%** | - | **186,000.00** | **151,000.00** |
| **10701 Old Creedmoor Rd. Raleigh, NC Lot** | **100%** | - | **180,050.00** | **167,356.00** |
| **6206 Treyburn Point Dr. Durham, NC House** | **100%** | - | **653,936.00** | **694,000.00** |
| **305 Villa Drive Durham, NC Lot** | **100%** | - | **198,889.00** | **120,476.00** |
| **28 Covington Lane Durham, NC Lot** | **100%** | - | **95,618.00** | **122,826.00** |

Sub-Total >     **3,167,071.00**     (Total of this page)

__3__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re **Clearwater Group, Ltd.**                                    ,     Case No. _____
                                        Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **6209 Treyburn Point, Dr.**<br>**Durham, NC**<br>**Lot** | **100%** | - | **160,200.00** | **71,310.00** |
| **6202 Treyburn Point Dr.**<br>**Durham, NC**<br>**Lot** | **100%** | - | **144,058.00** | **157,041.00** |
| **1504 O'Brien Circle**<br>**Wake Forest, NC**<br>**House** | **100%** | - | **924,711.00** | **739,400.00** |
| **12709 Softbreeze Lane**<br>**Raleigh, NC**<br>**House** | **100%** | - | **472,270.00** | **372,542.00** |
| **404 Capellan Street**<br>**Wake Forest, NC**<br>**Lot** | **100%** | - | **135,000.00** | **116,644.00** |
| **408 Deep Woods Trail**<br>**Wake Forest, NC**<br>**Lot** | **100%** | - | **135,000.00** | **106,288.00** |
| **308 Capellan St.**<br>**Wake Forest, NC**<br>**Lot** | **100%** | - | **175,000.00** | **160,400.00** |
| **250 Capellan St.**<br>**Wake Forest, NC**<br>**Lot** | **100%** | - | **175,000.00** | **160,400.00** |
| **2708 Charleston Oaks**<br>**Raleigh, NC**<br>**House** | **100%** | - | **426,813.00** | **411,096.00** |
| **1500 Brassfield Rd.**<br>**Raleigh, NC**<br>**Lot** | **100%** | - | **97,306.00** | **124,059.00** |
| **1504 Brassfield Rd.**<br>**Raleigh, NC**<br>**Lot** | **100%** | - | **97,306.00** | **124,059.00** |

Sub-Total >          **2,942,664.00**          (Total of this page)

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                    ,        Case No. _____
                                                      Debtor

## SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1508 Brassfield Rd.**<br>**Raleigh, NC**<br>**Lot** | **100%** | **-** | **97,306.00** | **124,059.00** |
| **11031 Raven Ridge Rd.**<br>**Raleigh, NC**<br>**Lot** | **100%** | **-** | **530,879.00** | **400,000.00** |
| **12712 Topiary Court**<br>**Raleigh, NC**<br>**Lot** | **100%** | **-** | **188,600.00** | **121,500.00** |
| **1620 Wildhurst Lane**<br>**Wake Forest, NC**<br>**Lot** | **100%** | **-** | **170,000.00** | **106,501.00** |
| **NC 96 Hwy W**<br>**Youngsville, NC**<br>**Lot** | **100%** | **-** | **26,013.00** | **115,904.00** |
| **NC 96 Hwy W**<br>**Youngsville, NC**<br>**Lot** | **100%** | **-** | **64,934.00** | **321,956.00** |
| **NC 96 Hwy W**<br>**Youngsville, NC**<br>**Lot** | **100%** | **-** | **10,523.00** | **66,766.00** |
| **6409 Mountain Oaks Way**<br>**Wake Forest, NC**<br>**House** | **100%** | **-** | **518,127.00** | **522,989.00** |
| **3203 Rain Forest Way**<br>**Raleigh, NC**<br>**Lot** | **100%** | **-** | **186,000.00** | **163,941.00** |
| **3116 Canoe Brook Pkwy.**<br>**Raleigh, NC**<br>**Lot** | **100%** | **-** | **186,000.00** | **188,780.00** |
| **10908 Magic Hollow**<br>**Raleigh, NC**<br>**Lot** | **100%** | **-** | **186,000.00** | **154,005.00** |

Sub-Total >        **2,164,382.00**        (Total of this page)

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                      ,      Case No. _____

                                     Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1144 Hidden Hills Dr.**<br>**Wake Forest, NC**<br>**Lot** | **100%** | - | **106,000.00** | **95,384.00** |
| **6313 Mountain Oaks Way**<br>**Wake Forest, NC**<br>**Lot** | **100%** | - | **106,000.00** | **114,262.00** |
| **1208 Hidden Hills Dr.**<br>**Wake Forest, NC**<br>**Lot** | **100%** | - | **106,000.00** | **103,333.00** |
| **6501 Mountain Oaks Way**<br>**Wake Forest, NC**<br>**Lot** | **100%** | - | **106,000.00** | **97,371.00** |
| **1413 Colonial Club Rd.**<br>**Wake Forest, NC**<br>**Lot** | **100%** | - | **140,000.00** | **216,000.00** |
| **617 Hawick Road**<br>**Raleigh, NC**<br>**Lot**<br>**(Not buildable)** | **100%** | - | **13,000.00** | **0.00** |
| **1216 East Point Drive**<br>**Durham, NC**<br>**House** | **100%** | - | **313,547.00** | **208,834.00** |

| | | |
|---|---|---|
| Sub-Total > | **890,547.00** | (Total of this page) |
| Total > | **9,164,664.00** | |
| | (Report also on Summary of Schedules) | |

Sheet  **3**  of  **3**  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Clearwater Group, Ltd.**                                                        ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Coastal Federal Credit Union<br>A/C # 179174<br><br>Capital Bank<br>A/C # 802097105 | -<br><br>- | 0.00<br><br>0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Think Fast, LLC<br>2304 Wesvill Court<br>Raleigh, NC 27607<br><br>Landlord<br>$1,350 through November 2009 | - | 2,500.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    2,500.00
(Total of this page)

    __4__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                                                    ,     Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable for Heritage Point, LLC (Note: This entity has common ownership with the Debtor. Debt is probably uncollectable.)** | - | 200,000.00 |
| | | **Jim Schwartz & Laura Graham 9104 Reedham Oaks Ct Raleigh, 27615** | - | 41,963.00 |
| | | **Current balance of remodel/additon contract** | | |
| | | **L & J Property Holdings, LLC 9104 Reedham Oaks Ct Raleigh, 27615** | - | 4,075.00 |
| | | **Current balance of remodel/additon contract** | | |
| | | **Thomas & Rhonda Kennedy 9001 Hometown Drive Raleigh, 27615** | - | 7,500.00 |
| | | **Current balance of plan agreement** | | |
| | | **Christopher & Jennifer Mitscherlich 9508 Bartons Creek Rd Raleigh, 27615** | - | 10,000.00 |
| | | **Current balance of plan agreement** | | |

|  | Sub-Total > | 263,538.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet  **1**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Kevin & Kathy Lavin 6016 Glenthorne Drive Raleigh, 27613** **Counterclaim relating to unsubstantiated claim of loss** | - | Unknown |
| | | **Lisa Vanblarcom 1004 Prairie Smoke St Wake Forest, 27587** **Breach of contract on new home purchase and Curb Appeal Development Inc** | - | 300,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| | | | Sub-Total > (Total of this page) | 300,000.00 |

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                                          Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1995 Ford Truck** | - | **3,000.00** |
| | | **Ram Truck** | - | **2,500.00** |
| | | **2007 Toyota Tundra** | - | **29,000.00** |
| | | **Proline Trailer** | - | **600.00** |
| | | **Cargo trailer** | - | **100.00** |
| | | **Flatbed trailer** | - | **500.00** |
| | | **Box Trailer** | - | **500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Drafting table** | - | **300.00** |
| | | **Copier** | - | **500.00** |
| | | **Power tools** | - | **100.00** |
| | | **Artwork** | - | **200.00** |
| | | **Telephone system** | - | **200.00** |
| | | **Office phones** | - | **50.00** |
| | | **Office furniture** | - | **75.00** |
| | | **Office furniture** | - | **75.00** |
| | | **Furniture** | - | **75.00** |
| | | **File cabinet** | - | **25.00** |
| | | **Computer equipment** | - | **200.00** |
| | | **Computer (Alex)** | - | **100.00** |
| | | **HO Desktop** | - | **100.00** |
| | | **Server** | - | **200.00** |
| | | **Scanner** | - | **10.00** |

Sub-Total >    **38,410.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re      **Clearwater Group, Ltd.**                                          ,      Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Hub | - | 0.00 |
| | | Printer (JT) | - | 50.00 |
| | | Computer (Rich) | - | 100.00 |
| | | Computer (JT) | - | 100.00 |
| | | Monitor (Rich) | - | 25.00 |
| | | External Hard Drive (Server) | - | 25.00 |
| | | Computer (Rich) | - | 100.00 |
| | | Camera | - | 20.00 |
| | | Printer | - | 50.00 |
| | | Desktop (John) | - | 100.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | | Miscellaneous lumber, window, and doors | - | 0.00 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | Samples and demonstration models | - | 0.00 |

|  | Sub-Total > | **570.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **605,018.00** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Rev. 4/2006

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                                                              CASE NUMBER:
**Clearwater Group, Ltd.**
            Debtor(s).

SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I,   __Richard Glass__   , claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law:  **(Attach additional sheets if necessary)**.

1.  NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $18,500; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $37,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (H)Husband (W)Wife (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

Debtor's Age:                          _____
Name of former co-owner:      _____

**VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1):  $         0.00**

2.  NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500.)

| Model, Year Style of Auto | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3):  $         0.00**

3.  NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents).  The number of dependents for exemption purposes is  __0__ .

| Description of Property | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4):  $         0.00**

4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(5):  $         0.00**

5.  NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | | Cash Value |
|---|---|---|
| **-NONE-** | | |

Schedule C-1 - Property Claimed as Exempt - 4/2006

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

6.  NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
| --- |
| -NONE- |

7.  NCGS 1C-1601(a)(8)  COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
| --- |
| -NONE- |

8. NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
| --- | --- | --- | --- | --- | --- | --- |
| -NONE- | | | | | | |

VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(2):  $           0.00

9.  NCGS 1C-1601(a)(9) and 11 U.S.C. § 522  INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number |
| --- |
| -NONE- |

10.  NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary |
| --- |
| -NONE- |

11.  NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number |
| --- |
| -NONE- |

12.  NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED  (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds |
| --- |
| -NONE- |

13.  TENANCY BY THE ENTIRETY.  The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
| --- | --- | --- | --- | --- |
| -NONE- | | | | |

VALUE CLAIMED AS EXEMPT:  $           0.00

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

14.  NORTH CAROLINA PENSION FUND EXEMPTIONS

| -NONE- | |
|---|---|

15.  OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| -NONE- | |
|---|---|

16.  FEDERAL PENSION FUND EXEMPTIONS

| -NONE- | |
|---|---|

17.  OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| -NONE- | |
|---|---|

18.  RECENT PURCHASES

(a).  List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

(b).  List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|---|---|
| | |

19. The debtor's property is subject to the following claims:

a.      Of the United States or its agencies as provided by federal law.
b.      Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;
c.      Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.
d.      Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.
e.      For payment of obligations contracted for the purchase of specific real property affected.
f.      For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.
g.      For statutory liens, on the specific property affected, other than judicial liens.
h.      For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.
i.      For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.
j.      Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).
k.      Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| Paragon Bank | | 282,227.00 | 1008 Barony Lake Way Raleigh, NC Lot | 294,840.00 | 12,613.00 |
| Paragon Bank | | 167,356.00 | 10701 Old Creedmoor Rd. Raleigh, NC Lot | 180,050.00 | 12,694.00 |
| Paragon Bank | | 151,000.00 | 10822 Grand Journey Ave Raleigh, NC Lot | 186,000.00 | 35,000.00 |
| Regions Bank | | 154,005.00 | 10908 Magic Hollow Raleigh, NC Lot | 186,000.00 | 31,995.00 |

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| **Paragon Bank** | | 611,250.00 | **10917 Grand Journey Raleigh, NC House** | 821,684.00 | 210,434.00 |
| **First Federal Bank** | | 400,000.00 | **11031 Raven Ridge Rd. Raleigh, NC Lot** | 530,879.00 | 130,879.00 |
| **Regions Bank** | | 95,384.00 | **1144 Hidden Hills Dr. Wake Forest, NC Lot** | 106,000.00 | 10,616.00 |
| **Regions Bank** | | 103,333.00 | **1208 Hidden Hills Dr. Wake Forest, NC Lot** | 106,000.00 | 2,667.00 |
| **Wake Forest Federal** | | 208,834.00 | **1216 East Point Drive Durham, NC House** | 313,547.00 | 104,713.00 |
| **Fifth Third Bank** | | 372,542.00 | **12709 Softbreeze Lane Raleigh, NC House** | 472,270.00 | 99,728.00 |
| **First Federal Bank** | | 121,500.00 | **12712 Topiary Court Raleigh, NC Lot** | 188,600.00 | 67,100.00 |
| **Regions Bank** | | 216,000.00 | **1413 Colonial Club Rd. Wake Forest, NC Lot** | 140,000.00 | 0.00 |
| **First Federal Bank** | | 124,059.00 | **1500 Brassfield Rd. Raleigh, NC Lot** | 97,306.00 | 0.00 |
| **First Federal Bank** | | 124,059.00 | **1504 Brassfield Rd. Raleigh, NC Lot** | 97,306.00 | 0.00 |
| **Fifth Third Bank** | | 739,400.00 | **1504 O'Brien Circle Wake Forest, NC House** | 924,711.00 | 185,311.00 |
| **First Federal Bank** | | 124,059.00 | **1508 Brassfield Rd. Raleigh, NC Lot** | 97,306.00 | 0.00 |
| **First Federal Bank** | | 106,501.00 | **1620 Wildhurst Lane Wake Forest, NC Lot** | 170,000.00 | 63,499.00 |
| **Southeast Toyota Finance** | | 24,132.00 | **2007 Toyota Tundra** | 29,000.00 | 4,868.00 |
| **Fifth Third Bank** | | 160,400.00 | **250 Capellan St. Wake Forest, NC Lot** | 175,000.00 | 14,600.00 |
| **Paragon Bank** | | 528,722.00 | **2701 Peachleaf St. Raleigh, NC House Note:  All values listed on Schedule A are tax values.** | 601,054.00 | 72,332.00 |
| **First Federal Bank** | | 411,096.00 | **2708 Charleston Oaks Raleigh, NC House** | 426,813.00 | 15,717.00 |
| **Suntrust Bank** | | 122,826.00 | **28 Covington Lane Durham, NC Lot** | 95,618.00 | 0.00 |
| **Suntrust Bank** | | 120,476.00 | **305 Villa Drive Durham, NC Lot** | 198,889.00 | 78,413.00 |
| **Fifth Third Bank** | | 160,400.00 | **308 Capellan St. Wake Forest, NC Lot** | 175,000.00 | 14,600.00 |

Schedule C-1 - Property Claimed as Exempt

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| **Regions Bank** | | 188,780.00 | **3116 Canoe Brook Pkwy. Raleigh, NC** Lot | 186,000.00 | 0.00 |
| **Regions Bank** | | 163,941.00 | **3203 Rain Forest Way Raleigh, NC** Lot | 186,000.00 | 22,059.00 |
| **Paragon Bank** | | 91,105.00 | **400 Deep Woods Trail Wake Forest, NC** Lot | 135,000.00 | 43,895.00 |
| **Fifth Third Bank** | | 116,644.00 | **404 Capellan Street Wake Forest, NC** Lot | 135,000.00 | 18,356.00 |
| **Fifth Third Bank** | | 106,288.00 | **408 Deep Woods Trail Wake Forest, NC** Lot | 135,000.00 | 28,712.00 |
| **Suntrust Bank** | | 157,041.00 | **6202 Treyburn Point Dr. Durham, NC** Lot | 144,058.00 | 0.00 |
| **Suntrust Bank** | | 694,000.00 | **6206 Treyburn Point Dr. Durham, NC** House | 653,936.00 | 0.00 |
| **Suntrust Bank** | | 71,310.00 | **6209 Treyburn Point, Dr. Durham, NC** Lot | 160,200.00 | 88,890.00 |
| **Regions Bank** | | 114,262.00 | **6313 Mountain Oaks Way Wake Forest, NC** Lot | 106,000.00 | 0.00 |
| **Regions Bank** | | 522,989.00 | **6409 Mountain Oaks Way Wake Forest, NC** House | 518,127.00 | 0.00 |
| **Regions Bank** | | 97,371.00 | **6501 Mountain Oaks Way Wake Forest, NC** Lot | 106,000.00 | 8,629.00 |
| **First Federal Bank** | | 115,904.00 | **NC 96 Hwy W Youngsville, NC** Lot | 26,013.00 | 0.00 |
| **First Federal Bank** | | 321,956.00 | **NC 96 Hwy W Youngsville, NC** Lot | 64,934.00 | 0.00 |
| **First Federal Bank** | | 66,766.00 | **NC 96 Hwy W Youngsville, NC** Lot | 10,523.00 | 0.00 |

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

Schedule C-1 - Property Claimed as Exempt

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I,   **Richard Glass**   , declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 6 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on:  **October 22, 2009**                                    **/s/ Richard Glass**
                                                                      **Richard Glass**
                                                                                    Debtor

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Clearwater Group, Ltd.**                                                      Case No. _____
                                                                              ,
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Fifth Third Bank**<br>**Attn: Managing Agent**<br>**6310 Fairview Road**<br>**Charlotte, NC 28210** | | - | **1504 O'Brien Circle**<br>**Wake Forest, NC**<br>**House**<br><br>Value $        924,711.00 | | | | 739,400.00 | 0.00 |
| Account No. <br><br>**Fifth Third Bank**<br>**Attn: Managing Agent**<br>**6310 Fairview Road**<br>**Charlotte, NC 28210** | | - | **12709 Softbreeze Lane**<br>**Raleigh, NC**<br>**House**<br><br>Value $        472,270.00 | | | | 372,542.00 | 0.00 |
| Account No. <br><br>**Fifth Third Bank**<br>**Attn: Managing Agent**<br>**6310 Fairview Road**<br>**Charlotte, NC 28210** | | - | **404 Capellan Street**<br>**Wake Forest, NC**<br>**Lot**<br><br>Value $        135,000.00 | | | | 116,644.00 | 0.00 |
| Account No. <br><br>**Fifth Third Bank**<br>**Attn: Managing Agent**<br>**6310 Fairview Road**<br>**Charlotte, NC 28210** | | - | **408 Deep Woods Trail**<br>**Wake Forest, NC**<br>**Lot**<br><br>Value $        135,000.00 | | | | 106,288.00 | 0.00 |
| __7__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 1,334,874.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                    ,   Case No. _____
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 308 Capellan St. Wake Forest, NC Lot | | | | | |
| **Fifth Third Bank Attn: Managing Agent 6310 Fairview Road Charlotte, NC 28210** | - | | Value $ 175,000.00 | | | | 160,400.00 | 0.00 |
| Account No. | | | 250 Capellan St. Wake Forest, NC Lot | | | | | |
| **Fifth Third Bank Attn: Managing Agent 6310 Fairview Road Charlotte, NC 28210** | - | | Value $ 175,000.00 | | | | 160,400.00 | 0.00 |
| Account No. | | | 2708 Charleston Oaks Raleigh, NC House | | | | | |
| **First Federal Bank Attn: Managing Agent 200 East Divine Street Dunn, NC 28334** | - | | Value $ 426,813.00 | | | | 411,096.00 | 0.00 |
| Account No. | | | 1500 Brassfield Rd. Raleigh, NC Lot | | | | | |
| **First Federal Bank Attn: Managing Agent 200 East Divine Street Dunn, NC 28334** | - | | Value $ 97,306.00 | | | | 124,059.00 | 26,753.00 |
| Account No. | | | 1504 Brassfield Rd. Raleigh, NC Lot | | | | | |
| **First Federal Bank Attn: Managing Agent 200 East Divine Street Dunn, NC 28334** | - | | Value $ 97,306.00 | | | | 124,059.00 | 26,753.00 |

Sheet  1  of  7  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          980,014.00          53,506.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1508 Brassfield Rd. Raleigh, NC Lot | | | | | |
| First Federal Bank Attn: Managing Agent 200 East Divine Street Dunn, NC 28334 | | - | | | | | | |
| | | | Value $ 97,306.00 | | | | 124,059.00 | 26,753.00 |
| Account No. | | | 11031 Raven Ridge Rd. Raleigh, NC Lot | | | | | |
| First Federal Bank Attn: Managing Agent 200 East Divine Street Dunn, NC 28334 | | - | | | | | | |
| | | | Value $ 530,879.00 | | | | 400,000.00 | 0.00 |
| Account No. | | | 12712 Topiary Court Raleigh, NC Lot | | | | | |
| First Federal Bank Attn: Managing Agent 200 East Divine Street Dunn, NC 28334 | | - | | | | | | |
| | | | Value $ 188,600.00 | | | | 121,500.00 | 0.00 |
| Account No. | | | 1620 Wildhurst Lane Wake Forest, NC Lot | | | | | |
| First Federal Bank Attn: Managing Agent 200 East Divine Street Dunn, NC 28334 | | - | | | | | | |
| | | | Value $ 170,000.00 | | | | 106,501.00 | 0.00 |
| Account No. | | | NC 96 Hwy W Youngsville, NC Lot | | | | | |
| First Federal Bank Attn: Managing Agent 200 East Divine Street Dunn, NC 28334 | | - | | | | | | |
| | | | Value $ 26,013.00 | | | | 115,904.00 | 89,891.00 |

Sheet __2__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 867,964.00 | 116,644.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                              ,   Case No. _____
                                                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**First Federal Bank<br>Attn: Managing Agent<br>200 East Divine Street<br>Dunn, NC 28334** | - | | NC 96 Hwy W<br>Youngsville, NC<br>Lot<br><br>Value $        64,934.00 | | | | 321,956.00 | 257,022.00 |
| Account No.<br><br>**First Federal Bank<br>Attn: Managing Agent<br>200 East Divine Street<br>Dunn, NC 28334** | - | | NC 96 Hwy W<br>Youngsville, NC<br>Lot<br><br>Value $        10,523.00 | | | | 66,766.00 | 56,243.00 |
| Account No.<br><br>**Paragon Bank<br>Attn: Managing Agent<br>3535 Glenwood Avenue<br>Raleigh, NC 27612** | - | | 2701 Peachleaf St.      Raleigh, NC<br>House<br>Note:  All values listed on Schedule A are tax values.<br><br>Value $       601,054.00 | | | | 528,722.00 | 0.00 |
| Account No.<br><br>**Paragon Bank<br>Attn: Managing Agent<br>3535 Glenwood Avenue<br>Raleigh, NC 27612** | - | | 10917 Grand Journey<br>Raleigh, NC<br>House<br><br>Value $       821,684.00 | | | | 611,250.00 | 0.00 |
| Account No.<br><br>**Paragon Bank<br>Attn: Managing Agent<br>3535 Glenwood Avenue<br>Raleigh, NC 27612** | - | | 1008 Barony Lake Way<br>Raleigh, NC<br>Lot<br><br>Value $       294,840.00 | | | | 282,227.00 | 0.00 |

Sheet  **3**  of  **7**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 1,810,921.00 | 313,265.00 |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Paragon Bank <br> Attn: Managing Agent <br> 3535 Glenwood Avenue <br> Raleigh, NC 27612 | | - | 400 Deep Woods Trail <br> Wake Forest, NC <br> Lot <br><br> Value $               135,000.00 | | | | 91,105.00 | 0.00 |
| Account No. <br><br> Paragon Bank <br> Attn: Managing Agent <br> 3535 Glenwood Avenue <br> Raleigh, NC 27612 | | - | 10822 Grand Journey Ave <br> Raleigh, NC <br> Lot <br><br> Value $               186,000.00 | | | | 151,000.00 | 0.00 |
| Account No. <br><br> Paragon Bank <br> Attn: Managing Agent <br> 3535 Glenwood Avenue <br> Raleigh, NC 27612 | | - | 10701 Old Creedmoor Rd. <br> Raleigh, NC <br> Lot <br><br> Value $               180,050.00 | | | | 167,356.00 | 0.00 |
| Account No. <br><br> Regions Bank <br> Attn: Managing Agent <br> 4900 Falls of Neuse Road <br> Raleigh, NC 27615 | | - | 6409 Mountain Oaks Way <br> Wake Forest, NC <br> House <br><br> Value $               518,127.00 | | | | 522,989.00 | 4,862.00 |
| Account No. <br><br> Regions Bank <br> Attn: Managing Agent <br> 4900 Falls of Neuse Road <br> Raleigh, NC 27615 | | - | 3203 Rain Forest Way <br> Raleigh, NC <br> Lot <br><br> Value $               186,000.00 | | | | 163,941.00 | 0.00 |

Sheet __4__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 1,096,391.00 | 4,862.00 |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                              ,     Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 3116 Canoe Brook Pkwy. Raleigh, NC Lot | | | | | |
| Regions Bank Attn: Managing Agent 4900 Falls of Neuse Road Raleigh, NC 27615 | | - | | | | | | |
| | | | Value $                186,000.00 | | | | 188,780.00 | 2,780.00 |
| Account No. | | | 10908 Magic Hollow Raleigh, NC Lot | | | | | |
| Regions Bank Attn: Managing Agent 4900 Falls of Neuse Road Raleigh, NC 27615 | | - | | | | | | |
| | | | Value $                186,000.00 | | | | 154,005.00 | 0.00 |
| Account No. | | | 1144 Hidden Hills Dr. Wake Forest, NC Lot | | | | | |
| Regions Bank Attn: Managing Agent 4900 Falls of Neuse Road Raleigh, NC 27615 | | - | | | | | | |
| | | | Value $                106,000.00 | | | | 95,384.00 | 0.00 |
| Account No. | | | 6313 Mountain Oaks Way Wake Forest, NC Lot | | | | | |
| Regions Bank Attn: Managing Agent 4900 Falls of Neuse Road Raleigh, NC 27615 | | - | | | | | | |
| | | | Value $                106,000.00 | | | | 114,262.00 | 8,262.00 |
| Account No. | | | 1208 Hidden Hills Dr. Wake Forest, NC Lot | | | | | |
| Regions Bank Attn: Managing Agent 4900 Falls of Neuse Road Raleigh, NC 27615 | | - | | | | | | |
| | | | Value $                106,000.00 | | | | 103,333.00 | 0.00 |

Sheet __5__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 655,764.00 | 11,042.00 |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                            ,    Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Regions Bank** <br> **Attn: Managing Agent** <br> **4900 Falls of Neuse Road** <br> **Raleigh, NC 27615** | | - | **6501 Mountain Oaks Way** <br> **Wake Forest, NC** <br> **Lot** <br><br> Value $             **106,000.00** | | | | **97,371.00** | **0.00** |
| Account No. <br><br> **Regions Bank** <br> **Attn: Managing Agent** <br> **4900 Falls of Neuse Road** <br> **Raleigh, NC 27615** | | - | **1413 Colonial Club Rd.** <br> **Wake Forest, NC** <br> **Lot** <br><br> Value $             **140,000.00** | | | | **216,000.00** | **76,000.00** |
| Account No. <br><br> **Southeast Toyota Finance** <br> **Attn: Managing Agent** <br> **P.O. Box 91656** <br> **Mobile, AL 36691-1656** | | - | **2007 Toyota Tundra** <br><br> Value $             **29,000.00** | | | | **24,132.00** | **0.00** |
| Account No. <br><br> **Suntrust Bank** <br> **Attn: Managing Agent** <br> **8521 Six Forks Road** <br> **Raleigh, NC 27615** | | - | **6206 Treyburn Point Dr.** <br> **Durham, NC** <br> **House** <br><br> Value $             **653,936.00** | | | | **694,000.00** | **40,064.00** |
| Account No. <br><br> **Suntrust Bank** <br> **Attn: Managing Agent** <br> **8521 Six Forks Road** <br> **Raleigh, NC 27615** | | - | **305 Villa Drive** <br> **Durham, NC** <br> **Lot** <br><br> Value $             **198,889.00** | | | | **120,476.00** | **0.00** |

Sheet __6__ of __7__ continuation sheets attached to                                       Subtotal | **1,151,979.00** | **116,064.00**
Schedule of Creditors Holding Secured Claims                                  (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Clearwater Group, Ltd.** _____,   Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Suntrust Bank<br>Attn: Managing Agent<br>8521 Six Forks Road<br>Raleigh, NC 27615 | | - | 28 Covington Lane<br>Durham, NC<br>Lot<br><br>Value $          95,618.00 | | | | 122,826.00 | 27,208.00 |
| Account No.<br><br>Suntrust Bank<br>Attn: Managing Agent<br>8521 Six Forks Road<br>Raleigh, NC 27615 | | - | 6209 Treyburn Point, Dr.<br>Durham, NC<br>Lot<br><br>Value $          160,200.00 | | | | 71,310.00 | 0.00 |
| Account No.<br><br>Suntrust Bank<br>Attn: Managing Agent<br>8521 Six Forks Road<br>Raleigh, NC 27615 | | - | 6202 Treyburn Point Dr.<br>Durham, NC<br>Lot<br><br>Value $          144,058.00 | | | | 157,041.00 | 12,983.00 |
| Account No.<br><br>Wake Forest Federal<br>Attn: Managing Agent<br>302 South Brooks Street<br>Wake Forest, NC 27587 | | - | 1216 East Point Drive<br>Durham, NC<br>House<br><br>Value $          313,547.00 | | | | 208,834.00 | 0.00 |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Sheet  **7**  of  **7**  continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal<br>(Total of this page) | | | | 560,011.00 | 40,191.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 8,457,918.00 | 655,574.00 |

B6E (Official Form 6E) (12/07)

.

In re   **Clearwater Group, Ltd.**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

       **8**_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                    , Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | | | | | | |
| **Adam Foss** **5120 Cottage Bluff Lane** **Knightdale, NC 27545** | | - | | | | | | 1,570.00 | 0.00 | 1,570.00 |
| Account No. | | | | Unpaid vacation | | | | | | |
| **Adam Foss** **5120 Cottage Bluff Lane** **Knightdale, NC 27545** | | - | | | | | | 760.00 | 0.00 | 760.00 |
| Account No. | | | | | | | | | | |
| **Ann-Marie Haigh** **2520 Hiking Trail** **Raleigh, NC 27615** | | - | | | | | | 648.00 | 0.00 | 648.00 |
| Account No. | | | | Unpaid vacation | | | | | | |
| **Anne-Marie Haigh** **2520 Hiking Trail** **Raleigh, NC 27615** | | - | | | | | | 208.00 | 0.00 | 208.00 |
| Account No. | | | | | | | | | | |
| **Charles W. Glass** **Attn: Managing Agent** **2805 Shofield Court** **Raleigh, NC 27615** | | - | | | | | | 1,240.00 | 0.00 | 1,240.00 |

Sheet __1__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 4,426.00 | 4,426.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Clearwater Group, Ltd.**                           Case No. _____
                                          ,
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Charles W. Glass**<br>**2805 Shofield Court**<br>**Raleigh, NC 27615** | | - | **Unpaid vacation** | | | | 1,193.50 | 0.00<br><br>1,193.50 |
| Account No.<br><br>**Hector G Maldonado**<br>**9341Woodlief Road**<br>**Wake Forest, NC 27587** | | - | **Unpaid vacation** | | | | 363.00 | 0.00<br><br>363.00 |
| Account No.<br><br>**Hector Maldonado Galvan**<br>**9341 Woodlief Road**<br>**Wake Forest, NC 27587** | | - | | | | | 1,320.00 | 0.00<br><br>1,320.00 |
| Account No.<br><br>**Israel Flores**<br>**109 Gower Circle**<br>**Garner, NC 27529** | | - | | | | | 693.00 | 0.00<br><br>693.00 |
| Account No.<br><br>**Jacey Sumner**<br>**4122 Carpenter Pond Road**<br>**Durham, NC 27703** | | - | **Unpaid vacation** | | | | 600.00 | 0.00<br><br>600.00 |

Sheet __2__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 0.00 |
| 4,169.50 | 4,169.50 |

B6E (Official Form 6E) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                                    Case No. _____
                                                          ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| John M. Toomey 800 Reading Circle Raleigh, NC 27615 | | - | | | | | | 0.00 |
| | | | | | | | 3,000.00 | 3,000.00 |
| Account No. | | | Unpaid vacation | | | | | |
| John Toomey 800 Reading Circle Raleigh, NC 27615 | | - | | | | | | 0.00 |
| | | | | | | | 1,440.00 | 1,440.00 |
| Account No. | | | | | | | | |
| Jonathan Flores 147 Pebblestone Court Willow Spring, NC 27592 | | - | | | | | | 0.00 |
| | | | | | | | 775.00 | 775.00 |
| Account No. | | | Unpaid vacation | | | | | |
| Jonathan N Flores 147 Pebblestone Court Willow Spring, NC 27592 | | - | | | | | | 0.00 |
| | | | | | | | 90.00 | 90.00 |
| Account No. | | | Unpaid vacation | | | | | |
| Kristine M Segovia 9413 Woodlief Road Wake Forest, NC 27587 | | - | | | | | | 0.00 |
| | | | | | | | 1,200.00 | 1,200.00 |

Sheet **3** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal | 0.00 |
|---|---|
| (Total of this page) | 6,505.00    6,505.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                          ,        Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Kyle Hancock** **7932 Ligon Mill Rd** **Wake Forest, NC 27587** | | - | | | | | | 0.00 | |
| | | | | | | | 3,000.00 | | 3,000.00 |
| Account No. | | | Unpaid vacation | | | | | | |
| **Kyle Hancock** **7932 Ligon Mill Road** **Wake Forest, NC 27587** | | - | | | | | | 0.00 | |
| | | | | | | | 360.00 | | 360.00 |
| Account No. | | | | | | | | | |
| **Richard B. Glass** **2308 Sunnystone Way** **Raleigh, NC 27613** | | - | | | | | | 0.00 | |
| | | | | | | | 6,000.00 | | 6,000.00 |
| Account No. | | | Unpaid vacation | | | | | | |
| **Richard B. Glass** **2308 Sunnystone Way** **Raleigh, NC 27613-6081** | | - | | | | | | 0.00 | |
| | | | | | | | 1,440.00 | | 1,440.00 |
| Account No. | | | | | | | | | |
| **Stephen M. Lustgarten** **2211 Narrawood** **Raleigh, NC 27614** | | - | | | | | | 0.00 | |
| | | | | | | | 6,500.00 | | 6,500.00 |
| Sheet _4_ of _8_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal (Total of this page) | | | | 17,300.00 | 0.00 17,300.00 | |

B6E (Official Form 6E) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____ ,    Case No. _____
                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C / Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Stephen M. Lustgarten** <br> **2211 Narrawood St** <br> **Raleigh, NC 27614** | - | | **Unpaid vacation** | | | | 2,080.00 | 0.00 | 2,080.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **5** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | | 2,080.00 | 2,080.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. Ann-Marie Haigh 2520 Hiking Trail Raleigh, NC 27615 | | - | | | | | | 320.00 320.00 | 320.00 0.00 |
| Account No. Charles W. Glass 2805 Shofield Ct Raleigh, NC 27615 | | - | | | | | | 2,800.00 2,800.00 | 2,800.00 0.00 |
| Account No. John M. Toomey 800 Reading Circle Raleigh, NC 27615 | | - | | | | | | 26,250.00 26,250.00 | 26,250.00 0.00 |
| Account No. Kristine Segovia 11215 Featherbrook Rd  #2D Charlotte, NC 28262 | | - | | | | | | 1,950.00 1,950.00 | 1,950.00 0.00 |
| Account No. Kyle Hancock 7932 Ligon Mill Rd Wake Forest, NC 27587 | | - | | | | | | 1,654.00 1,654.00 | 1,654.00 0.00 |

Sheet __6__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 32,974.00 | 32,974.00 0.00 |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re     **Clearwater Group, Ltd.**                                                        Case No. _____

                                                      ,
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| Richard B. Glass 2308 Sunnystone Way Raleigh, NC 27613 | - | | | | | | | | 26,250.00 |
| | | | | | | | | 26,250.00 | 0.00 |
| Account No. | | | | | | | | | |
| Stephen M. Lustgarten 2211 Narrawood Raleigh, NC 27614 | - | | | | | | | | 4,200.00 |
| | | | | | | | | 4,200.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **7**  of  **8**   continuation sheets attached to     Subtotal          | 30,450.00 |
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     30,450.00     0.00

B6E (Official Form 6E) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                              ,     Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 and 2009 taxes | | | | | |
| Durham County Attn: Managing Agent 200 E. Main St. Durham, NC 27701 | | - | | | | | 20,000.00 | 0.00 / 20,000.00 |
| Account No. | | | 2009 taxes | | | | | |
| Franklin County Attn: Managing Agent P.O. Box 503 Louisburg, NC 27549 | | - | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | | | | | | |
| IRS Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114-0326 | | - | | | | | 424.62 | 424.62 / 0.00 |
| Account No. | | | | | | | | |
| NC Department of Revenue Attn: Managing Agent PO Box 25000 Raleigh, NC 27640-0002 | | - | | | | | 204.57 | 204.57 / 0.00 |
| Account No. | | | 2008 and 2009 taxes | | | | | |
| Wake County Revenue Dept. Attn: Managing Agent P.O. Box 2331 Raleigh, NC 27602-2331 | | - | | | | | 5,368.49 | 0.00 / 5,368.49 |

Sheet __8___ of __8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 25,997.68 | 629.19 / 25,368.49 |
| Total (Report on Summary of Schedules) | 123,902.18 | 64,053.19 / 59,848.99 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Clearwater Group, Ltd.** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **1st Choice Cabinetry** **Attn: Managing Agent** **2620 Westinghouse Blvd.** **Raleigh, NC 27604** | - | | | | | | | **6,400.00** |
| Account No. | | | | | | | | |
| **1st Choice Custom Concre** **Attn: Managing Agent** **P.O. Box 995** **Youngsville, NC 27596** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **A Perfect Kleen** **Attn: Managing Agent** **110 Thomerson Ln.** **Louisburg, NC 27549** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **A&B Building, Inc.** **Attn: Managing Agent** **2429 Laurel Falls Lane** **Raleigh, NC 27603** | - | | | | | | | **0.00** |

__145__  continuation sheets attached

| | Subtotal (Total of this page) | **6,400.00** |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      S/N:26678-091012    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.** _____ ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**AAA Cooper Transportatio**<br>**Attn: Managing Agent**<br>**P.O. Box 6827**<br>**Dothan, AL 36302-6827** | | - | | | | | | 0.00 |
| Account No.<br><br>**AAW Inc.**<br>**Attn: Managing Agent**<br>**13900 S Broadway**<br>**Los Angeles, CA 90061** | | - | | | | | | 2,585.00 |
| Account No.<br><br>**ABC Best Concrete Work**<br>**Attn: Managing Agent**<br>**PO BOX 1834**<br>**Smithfield, NC 27577** | | - | | | | | | 1,100.00 |
| Account No.<br><br>**ABC Detailing**<br>**Attn: Managing Agent**<br>**107 Chessington Court**<br>**Cary, NC 27513** | | - | | | | | | 0.00 |
| Account No.<br><br>**ABC Supply Co, Inc**<br>**Attn: Managing Agent**<br>**301 Perimeter Point Blvd.**<br>**Winston-Salem, NC 27105** | | - | | | | | | 7,177.88 |

Sheet no. _1_ of _145_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **10,862.88**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                    ,     Case No. _____
                                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | | |
| **Absolute Stone** **Attn: Managing Agent** **8055 Chapel Hill Road** **Cary, NC 27513** | - | | | | | | | 0.00 |
| **Account No.** | | | | | | | | |
| **Abu Sharifuzzaman & Tahmina Akhtar** **1604 Stannard Trail** **Raleigh, NC 27612** | - | | | | | | | 0.00 |
| **Account No.** | | | | | | | | |
| **Accent Imaging** **Attn: Managing Agent** **6503 Hilburn Drive** **Raleigh, NC 27613** | - | | | | | | | 0.00 |
| **Account No.** | | | | | | | | |
| **Access Ability, Inc** **Attn: Managing Agent** **962 Trinity Rd** **Raleigh, NC 27607** | - | | | | | | | 0.00 |
| **Account No.** | | | | | | | | |
| **Acculine Survey** **Attn: Managing Agent** **2555 Capitol Drive, Ste D** **Creedmoor, NC 27522** | - | | | | | | | 0.00 |

Sheet no. __2___ of __145_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.**                                     ,   Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Acculine Surveying** **Attn: Managing Agent** **2555 Capitol Drive, Ste. D** **Creedmoor, NC 27522** | | - | | | | | | 925.00 |
| Account No. | | | | | | | | |
| **Ace Laser Recycling, Inc** **Attn: Managing Agent** **P.O. Box 2604** **Sanford, NC 27331** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Action-Garner Glass Co.** **Attn: Managing Agent** **P.O. Box 1689** **Apex, NC 27502** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Adam & Tiffany Neijna** **305 Dunwoody Dr** **Raleigh, NC 27615** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Adam Foss** **5120 Cottage Bluff Lane** **Knightdale, NC 27545** | | - | | | | | | 0.00 |

Sheet no. __3__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    925.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Adam Neijna, PLLC**<br>**Attn: Managing Agent**<br>**8951 Harvest Oaks Dr., Ste.101**<br>**Raleigh, NC 27615** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Adam R Taylor**<br>**808 Dothan Ct**<br>**Raleigh, NC 27614** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Adam Taylor**<br>**Attn: Managing Agent**<br>**808 Dothan Court**<br>**Raleigh, NC 27614** | - | | | | | | 163.84 |
| Account No. | | | | | | | |
| **Adams Products Company**<br>**Attn: Managing Agent**<br>**P.O. Box 281479**<br>**Atlanta, GA 30384-1479** | - | | | | | | 257.68 |
| Account No. | | | | | | | |
| **Adela Castillo**<br>**Attn: Managing Agent**<br>**9341 Woodlief Road**<br>**Wake Forest, NC 27587-8991** | - | | | | | | 0.00 |

Sheet no. __4__ of __145__ sheets attached to Schedule of    Subtotal    421.52
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                              ,   Case No. _____

                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **AFLAC** Attn: Managing Agent 1932 Wynnton Rd Columbus, GA 31999 | | - | | | | | | 57.40 |
| Account No. **Aldridge, Donald** Attn: Managing Agent 113 Burnham Court Garner, NC  2729 | | - | | | | | | 0.00 |
| Account No. **Alex & Elisabeth Schroder** 9105 Reedham Oaks Ct Raleigh, NC 27615 | | - | | | | | | 0.00 |
| Account No. **Alfredo Serrano** Attn: Managing Agent 7516 Old Bunch Road Wendell, NC 27591 | | - | | | | | | 0.00 |
| Account No. **All About Garage Doors** Attn: Managing Agent 356 East Fourth Street Wendell, NC 27591 | | - | | | | | | 0.00 |

Sheet no. __5__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **57.40**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **All Carolina Crane** <br> **Attn: Managing Agent** <br> **6108 Triangle Drive** <br> **Raleigh, NC 27617** | - | | | | | | 0.00 |
| Account No. <br><br> **All South Supply** <br> **Attn: Managing Agent** <br> **1001 Corporation Parkway** <br> **Raleigh, NC 27610** | - | | | | | | 0.00 |
| Account No. <br><br> **Allen's Siding** <br> **Attn: Managing Agent** <br> **9236 Mangum Dairy Rd** <br> **Wake Forest, NC 27587** | - | | | | | | 0.00 |
| Account No. <br><br> **Allied Fence Co.** <br> **Attn: Managing Agent** <br> **5840 Lease Lane** <br> **Raleigh, NC 27613** | - | | | | | | 0.00 |
| Account No. <br><br> **Alvin & Marqueda Welton** <br> **3 Chevoit Ct** <br> **Durham, NC 27712** | - | | | | | | 0.00 |

Sheet no. __6__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                            ,    Case No. _____

    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| American Concrete Cuttin<br>Attn: Managing Agent<br>P.O. Box 49512<br>Greensboro, NC 27419 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| American Funds Service<br>Attn: Managing Agent<br>PO Box 2560<br>Norfolk, VA 23501-2560 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| American International C<br>Attn: Managing Agent<br>P.O. Box 382014<br>Pittsburgh, PA 15250-8014 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| American Products, Inc.<br>Attn: Managing Agent<br>P.O. Box 890659<br>Charlotte, NC 28289-0659 | | - | | | | | | 3,908.02 |
| Account No. | | | | | | | | |
| AmeriGas<br>1503 W Garner Road<br>Garner, NC 27529-2811 | | - | | | | | | 0.00 |

Sheet no. __7___ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,908.02**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Ammons Pittman Realty** **Attn: Managing Agent** **911 Paverstone Dr. #A** **Raleigh, NC 27615** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **AMP Electrical Contracto** **Attn: Managing Agent** **1121 Chilmark Ave** **Wake Forest, NC 27587** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Angie's List** **Attn: Managing Agent** **1030 East Washington Street** **Indianapolis, IN 46202** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Anne-Marie Haigh** **2520 Hiking Trail** **Raleigh, NC 27615** | - | | | | | | 22.72 |
| Account No. | | | | | | | |
| **Apex Marble & Granite** **Attn: Managing Agent** **P.O. Box 181** **Apex, NC 27502-0181** | - | | | | | | 0.00 |

| | |
|---|---|
| Sheet no. __8___ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)    **22.72** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                                    ,        Case No. _____

                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Apex Saunas & Wine Cell**<br>**Attn: Managing Agent**<br>**8 Dundas Circle, Ste F**<br>**Greensboro, NC 27407** | - | | | | | | **0.00** |
| Account No.<br><br>**Appalachian Woodwrights**<br>**Attn: Managing Agent**<br>**P.O. Box 984 728 East Union St**<br>**Morganton, NC 28680** | - | | | | | | **0.00** |
| Account No.<br><br>**Appliance World**<br>**Attn: Managing Agent**<br>**5910-125 Duraleigh Road**<br>**Raleigh, NC 27612** | - | | | | | | **6,669.54** |
| Account No.<br><br>**Aqua North Carolina, Inc**<br>**Attn: Managing Agent**<br>**P.O. Box 1229**<br>**Newark, NJ 07101-1229** | - | | | | | | **352.25** |
| Account No.<br><br>**ARAMARK**<br>**Attn: Managing Agent**<br>**1057 Solutions Center**<br>**Chicago, IL 60677-1000** | - | | | | | | **0.00** |

| | | |
|---|---|---|
| Sheet no. __9__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **7,021.79** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                        ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Araneda Law Firm Attn: Managing Agent PO Box 31383 Raleigh, NC 27622-1383 | - | | | | | | 1,365.00 |
| Account No. | | | | | | | |
| Arcadia Consulting Attn: Managing Agent 302 Jefferson Street, Suite 200 Raleigh, NC 27605 | - | | | | | | 295.00 |
| Account No. | | | | | | | |
| Arch PAGING Attn: Managing Agent P.O. Box 660770 Dallas, TX 75266 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Architectural Concrete Attn: Managing Agent 101 Johnston Circle Palmetto, GA 30268 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Ardnek Footings, Inc. Attn: Managing Agent 409 Arborhill Lane Holly Springs, NC 27540 | - | | | | | | 0.00 |

Sheet no. __10__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,660.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Clearwater Group, Ltd.** _____,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Armfield Flooring Center**<br>**Attn: Managing Agent**<br>**P.O. Box 890556**<br>**Charlotte, NC 28289-0556** | | - | | | | | | **0.00** |
| Account No.<br><br>**ASPYRE**<br>**Attn: Managing Agent**<br>**1053 Bullard Court**<br>**Raleigh, NC 27615** | | - | | | | | | **0.00** |
| Account No.<br><br>**Associated Scaffolding**<br>**Attn: Managing Agent**<br>**PO Box 2129**<br>**Durham, NC 27702-2129** | | - | | | | | | **0.00** |
| Account No.<br><br>**Atlantic Whirlpools, Inc**<br>**Attn: Managing Agent**<br>**8721 Glenwood Ave**<br>**Raleigh, NC 27617** | | - | | | | | | **0.00** |
| Account No.<br><br>**Audio Advice**<br>**8621 Glenwood Ave**<br>**Raleigh, NC 27617** | | - | | | | | | **13,737.55** |

Sheet no. _11_ of _145_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,737.55**

B6F (Official Form 6F) (12/07) - Cont.

In re __Clearwater Group, Ltd.__ _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Aurelio A Cervantes **Attn: Managing Agent** **2520 Garner Road  #146** **Garner, NC 27610** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| B & B Contracting **Attn: Managing Agent** **4529 Goosehaven Lane** **Holly Springs, NC 27540** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Balance Point, Inc. **Attn: Managing Agent** **201 Frostwood Drive** **Cary, NC 27518-7027** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Bank of America **Attn: Managing Agent** **PO BOX 17309** **Baltimore, MD 21297-1309** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Barry L. Scott & Co. **Attn: Managing Agent** **P.O. Box 12493** **Raleigh, NC 27605** | - | | | | | | | 0.00 |

Sheet no. __12__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  (Total of this page)     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                          ,          Case No. _____
                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Basinger, Inc.** <br> **Attn: Managing Agent** <br> **26 Autumn Drive** <br> **Franklinton, NC 27525** | | - | | | | | | **0.00** |
| Account No. <br><br> **Bass, Nixon, & Kennedy** <br> **Attn: Managing Agent** <br> **6310 Chapel Hill Rd. Ste 250** <br> **Raleigh, NC 27607** | | - | | | | | | **0.00** |
| Account No. <br><br> **Bateman's Stone Masonry** <br> **Attn: Managing Agent** <br> **5001 Martin Farm Rd** <br> **Raleigh, NC 27613** | | - | | | | | | **5,308.00** |
| Account No. <br><br> **Batteries Plus** <br> **Attn: Managing Agent** <br> **4907 Atlantic Avenue** <br> **Raleigh, NC 27604** | | - | | | | | | **0.00** |
| Account No. <br><br> **BB&T** <br> **Bankruptcy Section** <br> **PO Box 1847** <br> **Wilson, NC 27894** | | - | | | | | | **540.92** |

Sheet no. __**13**__ of __**145**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **5,848.92**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                    ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Beautimar Manufacted Mar Attn: Managing Agent 1221 Home Court Raleigh, NC 27603 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Bedford @Falls River HOA Attn: Managing Agent PO BOX 97006 Raleigh, NC 27624-7006 | - | | | | | | 1,454.00 |
| Account No. | | | | | | | |
| Bell South Attn: Managing Agent PO Box 33009 Charlotte, NC 28243-0001 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Bender Kitchen & Bath De Attn: Managing Agent 735 Pershing Rd. Raleigh, NC 27608 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Bennie & Susan Glenn 6206 Treyburn Point Dr Durham, NC 27712 | - | | | | | | 0.00 |

Sheet no. __14__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,454.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | | | | | |
| **Best Rent-All, Inc** **Attn: Managing Agent** **2410 Guess Rd** **Durham, NC 27705** | | | | | | | | **0.00** |
| Account No. | | | - | | | | | |
| **Best Tile** **Attn: Managing Agent** **P.O. Box 909** **Ludlow, MA 01056** | | | | | | | | **0.00** |
| Account No. | | | - | | | | | |
| **Better Business Bureau of EasternNC** **Attn: Managing Agent** **5540 Munford Road, Suite 130** **Raleigh, NC 27612-2655** | | | | | | | | **0.00** |
| Account No. | | | - | | | | | |
| **Bill Ryan** **Attn: Managing Agent** **5912 Orchid Valley Rd.** **Raleigh, NC 27613** | | | | | | | | **0.00** |
| Account No. | | | - | | | | | |
| **Billy Huff General Svcs.** **Attn: Managing Agent** **7911 North Creek Rd.** **Willow Springs, NC 27592** | | | | | | | | **0.00** |

Sheet no. _15_ of _145_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.** _____,     Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Bitting Electric, Inc.**<br>**Attn: Managing Agent**<br>**508 Old Apex Rd.**<br>**Cary, NC 27511** | | - | | | | | | **0.00** |
| Account No.<br><br>**Black & Decker**<br>**Attn: Managing Agent**<br>**P.O. Box 98692**<br>**Chicago, IL 60693** | | - | | | | | | **0.00** |
| Account No.<br><br>**Bland Grading & Hauling**<br>**Attn: Managing Agent**<br>**1616 Sharecake Rd**<br>**Clinton, NC 28328** | | - | | | | | | **0.00** |
| Account No.<br><br>**Blinson Service Co.**<br>**Attn: Managing Agent**<br>**7228 Becky Circle**<br>**Raleigh, NC 27615** | | - | | | | | | **4,143.00** |
| Account No.<br><br>**Blue Cross Blue Shield**<br>**Attn: Managing Agent**<br>**P.O. Box 580017**<br>**Charlotte, NC 28258-0017** | | - | | | | | | **0.00** |

Sheet no. __16__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **4,143.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                    ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Blue Tarp** **Attn: Managing Agent** **P.O. Box 930765** **Kansas City, MO 64193** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Bob Weslowski** **Attn: Managing Agent** **4408 Quail Hollow Drive** **Raleigh, NC 27609** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Bollinger Door Company** **Attn: Managing Agent** **107 Valley Park Drive** **Knightdale, NC 27545** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Boyd Poisel** **Attn: Managing Agent** **4901 Swisswood Drive** **Raleigh, NC 27613** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Boylan; Thomas P.** **7404 Stonecliff Drive #103** **Raleigh, NC 27615** | | - | | | | | | 2,674.81 |

Sheet no. __17__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,674.81**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. BP Grading, Inc. Attn: Managing Agent 419 John Jones Road Bahama, NC 27503 | - | | | | | | | 0.00 |
| Account No. Bradley & Sarah Gross 1701 Wysong Ct Raleigh, NC 27612 | - | | | | | | | 0.00 |
| Account No. Branch Banking & Trust Attn: Managing Agent P. O. Box 580002 Charlotte, NC 28258-0002 | - | | | | | | | 0.00 |
| Account No. Brandco Attn: Managing Agent 6317 J. Richard Drive Raleigh, NC 27617 | - | | | | | | | 0.00 |
| Account No. Brandco Inc. Attn: Managing Agent P. O. Box 90005 Raleigh, NC 27675 | - | | | | | | | 0.00 |

Sheet no. __18__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Brandywine, LLC**<br>**Attn: Managing Agent**<br>**150 Fayetteville Street, Box 1011**<br>**Raleigh, NC 27601** | - | | | | | | | **14,184.75** |
| Account No. | | | | | | | | |
| **Brannan Garage Doors**<br>**Attn: Managing Agent**<br>**201 Weldon Drive**<br>**Clayton, NC 27520** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Brazeal LLC**<br>**Attn: Managing Agent**<br>**2660-D Yonkers Rd.**<br>**Raleigh, NC 27604** | - | | | | | | | **4,567.44** |
| Account No. | | | | | | | | |
| **Brent L. Gaskins**<br>**Attn: Managing Agent**<br>**113 Gregory Manor**<br>**Youngsville, NC 27596** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Brian & Amy Smith**<br>**4804 Metcalf Dr**<br>**Raleigh, NC 27612** | - | | | | | | | **0.00** |

Sheet no. __19__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **18,752.19**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Brian & Dana Kachel** 9401 Carlswood Ct Raleigh, NC 27613 | | - | | | | | **4,851.00** |
| Account No. **Brian & Deborah Hadley** 10417 Whitestone Dr Raleigh, NC 27615 | | - | | | | | 0.00 |
| Account No. **Brian Kachel** Attn: Managing Agent 9401 Carlswood Court Raleigh, NC 27613 | | - | | | | | 0.00 |
| Account No. **Brooks Building Products** Attn: Managing Agent 3401 Tarheel Drive Raleigh, NC 27609 | | - | | | | | 0.00 |
| Account No. **Brown Brothers Plumbing** Attn: Managing Agent P.O. Box 15668 Durham, NC 27704 | | - | | | | | 0.00 |

Sheet no. __20__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **4,851.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                              ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Bruce N. Rice Building** **Attn: Managing Agent** **95 Traylee Drive** **Wake Forest, NC 27587** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Builder Products, Inc.** **Attn: Managing Agent** **PO Box 41386** **Raleigh, NC 27629** | - | | | | | | | 13,129.69 |
| Account No. | | | | | | | | |
| **Builders FirstSource** **Attn: Managing Agent** **P.O. Box 65178** **Charlotte, NC 28265-5178** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Builders Mutual Insur.** **Attn: Managing Agent** **P.O. BOX 900027** **Raleigh, NC 27675** | - | | | | | | | 9,799.20 |
| Account No. | | | | | | | | |
| **Builders Risk Plan** **Attn: Managing Agent** **P.O. Box 31353** **Tampa, FL 33631-3353** | - | | | | | | | 0.00 |

| | |
|---|---|
| Sheet no.  __21__  of  __145__  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)   22,928.89 |

B6F (Official Form 6F) (12/07) - Cont.

In re __**Clearwater Group, Ltd.**_____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**BUILDSOFT**<br>**Attn: Managing Agent**<br>**4001 Weston Pkwy Ste 150**<br>**Cary, NC 27513** | | - | | | | | | **0.00** |
| Account No.<br><br>**Burke Brothers Hardware**<br>**Attn: Managing Agent**<br>**5227 Hillsborough Street**<br>**Raleigh, NC 27606** | | - | | | | | | **0.00** |
| Account No.<br><br>**Burns,Day&Presnell,PA**<br>**Attn: Managing Agent**<br>**PO BOX 10867**<br>**Raleigh, NC 27605** | | - | | | | | | **23.00** |
| Account No.<br><br>**Burt V. Greene**<br>**Attn: Managing Agent**<br>**3303 Tarheel Club House Rd.**<br>**Raleigh, NC 27604** | | - | | | | | | **0.00** |
| Account No.<br><br>**Business Leader International**<br>**3801 Wake Forest Ave.**<br>**Suite 215**<br>**Raleigh, NC 27609** | | - | | | | | | **2,000.00** |

Sheet no. __**22**__ of __**145**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,023.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                             ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Business Machines, Inc** **Attn: Managing Agent** **3121-C Glen Royal Rd** **Raleigh, NC 27617-7403** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Business Machines, Inc.** **Attn: Managing Agent** **3121-C Glen Royal Road** **Raleigh, NC 27617-7403** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Byrd Distributors** **Attn: Managing Agent** **240 Forlines Road** **Winterville, NC 29590** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **C&Z Drywall** **Attn: Managing Agent** **1119 Delham Road** **Knightdale, NC 27545** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Caharles & Lisa Ervin** **1417 Colonial Club Rd** **Wake Forest, NC 27587** | - | | | | | | 0.00 |

Sheet no. __23__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Camden Plumbing** <br> **9313 US 401N** <br> **Fuquay Varina, NC 27526** | - | | | | | | 2,100.00 |
| Account No. <br><br> **Campbell Oil & Gas** <br> **Attn: Managing Agent** <br> **P.O. Box 1056** <br> **Youngsville, NC 27596** | - | | | | | | 0.00 |
| Account No. <br><br> **Capital Associates** <br> **Attn: Managing Agent** <br> **1100 Crescemt Green, Suite 115** <br> **Cary, NC 27511** | - | | | | | | 16,000.00 |
| Account No. <br><br> **Capital City Lumber** <br> **Attn: Managing Agent** <br> **4216 Beryl Road** <br> **Raleigh, NC 27606** | - | | | | | | 0.00 |
| Account No. <br><br> **Capitol City Lumber Co.** <br> **Attn: Managing Agent** <br> **4216 Beryl Road** <br> **Raleigh, NC 27636** | - | | | | | | 0.00 |

Sheet no. __24__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     18,100.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Carlson Design, Inc Attn: Managing Agent 3101-201 Hemlock Forest Circle Raleigh, NC 27612 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Carol Goodson 7912 Sutterton Court Raleigh, NC 27615 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Carolina Building Attn: Managing Agent 4517 Deer Stream Lane Raleigh, NC 27603 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Carolina Debris, Inc. Attn: Managing Agent 3755 Benson Drive Raleigh, NC 27609 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Carolina Garage Doors Attn: Managing Agent 735 Beasley Lane Havelock, NC 28532 | | - | | | | | | 0.00 |

Sheet no. __25__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.** _____ ,   Case No. _____

                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Carolina Laminates Attn: Managing Agent 912 Flanders St. Garner, NC 27529 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Carolina Marble &Granite Attn: Managing Agent 1117 Corporation Pkwy Raleigh, NC 27610 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Carolina Solar Control Attn: Managing Agent 6748 Market Street Wilmington, NC 28405 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Carolina Sunrock, LLC Attn: Managing Agent P.O. Box 890390 Charlotte, NC 28289-0390 | | - | | | | | | 9,000.00 |
| Account No. | | | | | | | | |
| Carolina Tapping & Utili Attn: Managing Agent 671 City Road Clayton, NC 27520 | | - | | | | | | 0.00 |

Sheet no. __26__ of __145__ sheets attached to Schedule of                          Subtotal                | 9,000.00 |
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                          ,        Case No. _____
                                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Carolina Telecom**<br>**Attn: Managing Agent**<br>**556 East Chatham Stree**<br>**Cary, NC 27511** | - | | | | | | | 0.00 |
| Account No.<br><br>**Carolina Tile & Stone, L**<br>**Attn: Managing Agent**<br>**9401 Carlswood Ct.**<br>**Raleigh, NC 27613** | - | | | | | | | 0.00 |
| Account No.<br><br>**Carroll Service Co., INC**<br>**Attn: Managing Agent**<br>**P.O. Box 284**<br>**Garner, NC 27529** | - | | | | | | | 0.00 |
| Account No.<br><br>**Case Engineered Lumber**<br>**Attn: Managing Agent**<br>**4650 Thurmon Tanner Parkway**<br>**Flowery Branch, GA 30542** | - | | | | | | | 0.00 |
| Account No.<br><br>**Cason Builders Supply**<br>**Attn: Managing Agent**<br>**203 West King Street**<br>**East Flat Rock, NC 28726** | - | | | | | | | 0.00 |

Sheet no. __27__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                                    ,    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cast Iron Elegance, Inc.**<br>**Attn: Managing Agent**<br>**66 Mel's Meadow Drive**<br>**Fuquay Varina, NC 27526** | - | | | | | | | 1,610.50 |
| Account No.<br><br>**Cathy Cummings**<br>**1508 Gibbs Hill Ct**<br>**Raleigh, NC 27613** | - | | | | | | | 0.00 |
| Account No.<br><br>**Caudle Sand & Rock Co.**<br>**Attn: Managing Agent**<br>**P.O. Box 27396**<br>**Raleigh, NC 27611** | - | | | | | | | 0.00 |
| Account No.<br><br>**Cawthorne, Moss & Pancie**<br>**Attn: Managing Agent**<br>**333 S. White St. P.O. Box 1253**<br>**Wake Forest, NC 27588** | - | | | | | | | 1,575.00 |
| Account No.<br><br>**CDN Copper & Sheet Meta**<br>**Attn: Managing Agent**<br>**2126 Timberlake Drive**<br>**Raleigh, NC 27604** | - | | | | | | | 0.00 |

Sheet no. __28__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            3,185.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                    ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CEI** Attn: Managing Agent P.O. Box 90635 Raleigh, NC 27675 | | - | | | | | **0.00** |
| Account No. **Celey's Quality Plumbing** Attn: Managing Agent 8991 NC 27 East Benson, NC 27504 | | - | | | | | **0.00** |
| Account No. **Central Carolina Soil** Attn: Managing Agent 6325-9 Falls of Neuse Rd. Raleigh, NC 27615 | | - | | | | | **0.00** |
| Account No. **Century Tel** Attn: Managing Agent PO Box 4300 Carol Stream, IL 60197 | | - | Office phone and internet | | | | **300.00** |
| Account No. **CenturyTel** Attn: Managing Agent P.O. BOX 4300 Carol Stream, IL 60197-4300 | | - | | | | | **615.29** |

Sheet no. __29__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **915.29**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Chad & Susan LaFon 12105 Ballybrook Ct Raleigh, NC 27614 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Chad Whichard 2415 Glenwood Ave Raleigh, NC 27608 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Charles & Tina Lanier 2413 Smokerise Ct Raleigh, NC 27615 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Charles Cabinets Attn: Managing Agent PO Box 459 Four Oaks, NC 27524 | - | | | | | | 8,609.90 |
| Account No. | | | | | | | |
| Charles W. Glass 2805 Shofield Court Raleigh, NC 27615 | - | | | | | | 359.04 |
| Sheet no. __30__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 8,968.94 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                    ,    Case No. _____
                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Charles W. Glass** **Attn: Managing Agent** **2805 Shofield Court** **Raleigh, NC 27615** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Chase Card** **Attn: Managing Agent** **P.O. Box 15153** **Wilmington, DE 19886-5153** | - | | | | | | **60,920.63** |
| Account No. | | | | | | | |
| **Chase Visa** **Attn: Managing Agent** **P.O. Box 15153** **Wilmington, DE 19886-5153** | - | | | | | | **60,000.00** |
| Account No. | | | | | | | |
| **Choice Landcare** **Attn: Managing Agent** **9113 Sulkirk Dr.** **Raleigh, NC 27617** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Choice Pool & Spa** **Attn: Managing Agent** **3501 Capital Blvd. Ste 124** **Raleigh, NC 27604-3370** | - | | | | | | **0.00** |

Sheet no. __31__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **120,920.63**

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Christopher & Jennifer Mitscherlich 9508 Bartons Creek Rd Raleigh, NC 27615** | | - | | | | | | 0.00 |
| Account No. <br><br> **Christopher & Kimberly McKeel 8506 Meadowview Ln Durham, NC 27503** | | - | | | | | | 0.00 |
| Account No. <br><br> **Circle B Builders, Inc. Attn: Managing Agent 7209 Martin Road Zebulon, NC 27597** | | - | | | | | | 0.00 |
| Account No. <br><br> **Clausen Instrument Co. Attn: Managing Agent 5508 Old Wake Forest Rd Raleigh, NC 27609** | | - | | | | | | 0.00 |
| Account No. <br><br> **Clear-Vue Glass Attn: Managing Agent 121 N. Gregson Street Durham, NC 27701** | | - | | | | | | 0.00 |

Sheet no. __32__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Clift & Co. Pools & Spa**<br>**Attn: Managing Agent**<br>**4700 Capital Blvd.**<br>**Raleigh, NC 27604** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Coastal Carolina Pumping**<br>**Attn: Managing Agent**<br>**PO Box 241185**<br>**Charlotte, NC 28224-1185** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Coastal Federal Credit U**<br>**Attn: Managing Agent**<br>**PO BOX 58429**<br>**Raleigh, NC 27658** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Coastal Federal Credit U**<br>**Attn: Managing Agent**<br>**PO BOX 58429**<br>**Raleigh, NC 27658-8429** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Coastal Federal Credit Union**<br>**Attn: Managing Agent**<br>**PO BOX 58429**<br>**Raleigh, NC 27658-8429** | - | | | | | | **5,000.00** |

Sheet no. __33__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **5,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                                    ,   Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Coldwell Banker HPW** **Attn: Managing Agent** **1001 Wade Avenue, Suite 102** **Raleigh, NC 27605** | - | | | | | | | 40,000.00 |
| Account No. | | | | | | | | |
| **Coopers Pest Control** **Attn: Managing Agent** **PO Box 17032** **Raleigh, NC 27619** | - | | | | | | | 400.00 |
| Account No. | | | | | | | | |
| **Corbett Tile Distributor** **Attn: Managing Agent** **828 Purser Drive** **Raleigh, NC 27603** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Core Publishing** **Attn: Managing Agent** **1821 Hillandale Rd., Suite 1B** **Durham, NC 27705** | - | | | | | | | 7,812.50 |
| Account No. | | | | | | | | |
| **Crafttech Builders** **Attn: Managing Agent** **104 Furches St** **Raleigh, NC 27607** | - | | | | | | | 0.00 |

Sheet no. __**34**__ of __**145**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,212.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                      ,     Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Creative Tile Design** **Attn: Managing Agent** **610 North Orange Avenue** **Dunn, NC 28334** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Creedmoor Land, LLC** **c/o Capital Associates** **1100 Crescent Green, Suite 115** **Cary, NC 27511** | | - | | | | | | 5,000.00 |
| Account No. | | | | | | | | |
| **Creedmoor Partners, LLC** **Attn: Managing Agent** **8310 Bandford Way** **Raleigh, NC 27615** | | - | | | | | | 10,000.00 |
| Account No. | | | | | | | | |
| **Crescent State Bank** **Attn: Managing Agent** **PO Box 5809** **Cary, NC 27512-5809** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Cross + Associates** **Attn: Managing Agent** **5400 Glenwood Ave., Suite 412** **Raleigh, NC 27612** | | - | | | | | | 10,266.67 |

| | | |
|---|---|---|
| Sheet no. __35__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 25,266.67 |

B6F (Official Form 6F) (12/07) - Cont.

In re     **Clearwater Group, Ltd.**                                         ,        Case No. _____
                                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Currin Brothers** <br> **1610 Wolfpack Lane** <br> **Raleigh, NC 27609** | - | | | | | | **200.00** |
| Account No. <br><br> **Curvemakers, Inc.** <br> **Attn: Managing Agent** <br> **612 W. Hargett St** <br> **Raleigh, NC 27603** | - | | | | | | **0.00** |
| Account No. <br><br> **Custom Brick Company** <br> **Attn: Managing Agent** <br> **P.O. Box 6245** <br> **Raleigh, NC 27628** | - | | | | | | **0.00** |
| Account No. <br><br> **Custom Glass & Doors** <br> **Attn: Managing Agent** <br> **5301 Hillsborough Street** <br> **Raleigh, NC 27606** | - | | | | | | **0.00** |
| Account No. <br><br> **Custom Overhead Doors** <br> **Attn: Managing Agent** <br> **P.O. Box 18632** <br> **Raleigh, NC 27619** | - | | | | | | **0.00** |

Sheet no. __36__ of __145__ sheets attached to Schedule of                                  Subtotal                                  **200.00**
Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __**Clearwater Group, Ltd.**_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Cynthia C. Boulus<br>Attn: Managing Agent<br>1113 Vannstone Drive<br>Raleigh, NC 27603 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| D & D Production Const.<br>Attn: Managing Agent<br>3816 Sue Ellen Drive<br>Raleigh, NC 27604 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| D Builders Force, LLC<br>Attn: Managing Agent<br>8821-B Gulf Court<br>Raleigh, NC 27617 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| D Cubed Builders, Inc.<br>Attn: Managing Agent<br>314 Magnolia Breeze Court<br>Apex, NC 27502 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Dan Urdaneta<br>PO BOX 71580<br>Durham, NC 27722 | - | | | | | | 35,000.00 |

Sheet no. __37__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          35,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Daniel & Amy Robinson 1648 Stannard Trail Raleigh, NC 27612 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Danny Dunn Attn: Managing Agent PO BOX 1573 Hereford, AZ 85615 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Darco Landscaping, LLC Attn: Managing Agent 13109 Bold Run Hill Rd Wake Forest, NC 27587 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Darrell G. Chalk Truckin Attn: Managing Agent 3311 US 1 Hwy Franklinton, NC 27525 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Darren E. Schenkel Attn: Managing Agent 6806 Blalock Rd. Bahama, NC 27503 | | - | | | | | | 0.00 |

Sheet no. __38__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.** _____,  Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| David & Cassandra Gallagher 1710 Vintage Hill Pkwy Durham, NC 27712 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| David & Heather Perguidi 812 Oxgate Circle Raleigh, NC 27615 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| David & Lynn Reynolds 4804 Poland Place Raleigh, NC 27609 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| David & Megan Beaver 1406 Sycamore Street Raleigh, NC 27604 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Davis Well Drilling Attn: Managing Agent 702 West Green St. Franklinton, NC 27525 | | - | | | | | | 0.00 |

Sheet no. __39__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                      ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Daylight Transport, LLC** **Attn: Managing Agent** **P.O. Box 93155** **Long Beach, CA 90809** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **DBA Darco (do not use)** **Attn: Managing Agent** **13109 Bold Run Hill Rd.** **Wake Forest, NC 27587** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Debra Slaughter** **5705 Partridge Ln** **Raleigh, NC 27609** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Debris Removal, LLC** **Attn: Managing Agent** **3209 Gresham Lake Rd., Ste.114** **Raleigh, NC 27615** | - | | | | | | | **3,924.63** |
| Account No. | | | | | | | | |
| **Decked Out, Inc.** **Attn: Managing Agent** **3205 Arrowwood Drive** **Raleigh, NC 27604** | - | | | | | | | **0.00** |

Sheet no. __40__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **3,924.63**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Decktech Construction** **Attn: Managing Agent** **7361 Berkshire Downs Drive** **Raleigh, NC 27616** | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| **Deluxe Business Forms** **Attn: Managing Agent** **P.0. Box 64500** **St. Paul, MN 55164-0500** | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| **Design Lines** **Attn: Managing Agent** **1611 Jones Franklin Rd Ste 101** **Raleigh, NC 27606** | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| **Design Surfaces, Inc.** **Attn: Managing Agent** **1212 Front Street** **Raleigh, NC 27609** | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| **Design Towne Co.** **Attn: Managing Agent** **837 Valerie Drive** **Raleigh, NC 27606** | | | | | | | | 0.00 |

Sheet no. __41__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**_____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Development Resource Group** **Attn: Managing Agent** **6521 Meridien Drive, Suite 101** **Raleigh, NC 27616** | - | | | | | | 667.20 |
| Account No. | | | | | | | |
| **Diamond Glass & Mirror** **Attn: Managing Agent** **P.O. Box 460** **Zebulon, NC 27597-460** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Dickerson Hearth Product** **Attn: Managing Agent** **4821 Hargrove Road** **Raleigh, NC 27616** | - | | | | | | 4,690.00 |
| Account No. | | | | | | | |
| **Door Store of America** **Attn: Managing Agent** **8732 Glenwood Ave** **Raleigh, NC 27617** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Dottie Diener** **Attn: Managing Agent** **6419 New Market Way** **Raleigh, NC 27615** | - | | | | | | 0.00 |

Sheet no. __42__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      5,357.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                           ,      Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal (non-bank) loan | | | | |
| Dr. Donald A. & Susan L. Sugar 4813 Wynneford Way Raleigh, NC 27614-9498 | - | | | | | | 250,000.00 |
| Account No. | | | | | | | |
| Dreambuilders Enterprise Attn: Managing Agent 6224 Powell Ridge Rd Holly Springs, NC 27540 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Duke Power Attn: Managing Agent PO Box 70516 Charlotte, NC 28272 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| DUN-RITE Constr. Co. Attn: Managing Agent P.O. Box 768 Creedmoor, NC 27522 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Duncan Parnell Attn: Managing Agent P.O. Box 35649 Charlotte, NC 28235 | - | | | | | | 0.00 |

Sheet no. __43__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **250,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Durham County Attn: Managing Agent PO Box 3397 Durham, NC 27702 | - | | | | | | | 19,548.33 |
| Account No. | | | | | | | | |
| Durham, City of Attn: Managing Agent P.O. Box 591 Durham, NC 27702 | - | | | | | | | 288.00 |
| Account No. | | | | | | | | |
| Durham, City of(Inspect) Attn: Managing Agent PO BOX 591 Durham, NC 27702 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Duron Inc. Attn: Managing Agent 8327 Creedmoor Road Raleigh, NC 27613 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Duron Paints & Wallcoverings Attn: Managing Agent 8327 Creedmoor Road Raleigh, NC 27613 | - | | | | | | | 0.00 |

Sheet no. __44__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          19,836.33

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                    ,   Case No. _____

_____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **E&J Home Improvements** Attn: Managing Agent 7212 Mira Mar Place Wake Forest, NC 27587 | | - | | | | | | 0.00 |
| Account No. **E&R Contracting** Attn: Managing Agent 2501 Blue Ridge Road Suite 150 Raleigh, NC 27607 | | - | | | | | | 0.00 |
| Account No. **E.B. Smith Const.** Attn: Managing Agent P.O. Box 515 Selma, NC 27576 | | - | | | | | | 0.00 |
| Account No. **E.J. Kidd & Co.** Attn: Managing Agent 2620 Discovery Drive Raleigh, NC 27616 | | - | | | | | | 765.27 |
| Account No. **E.K.S. Wall System** Attn: Managing Agent 305 Paprika Ct. Raleigh, NC 27614 | | - | | | | | | 0.00 |

Sheet no. __45__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

765.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                                ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Eagle Point Properties** **Attn: Managing Agent** **PO Box 1422** **Holly Springs, NC 27540-1422** | | - | | | | | | **10,000.00** |
| Account No. | | | | | | | | |
| **East Wake Lighting** **Attn: Managing Agent** **7316 Siemens Rd** **Wendell, NC 27591** | | - | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Eastern Building Comp.** **Attn: Managing Agent** **PO Box 12305** **New Bern, NC 28561** | | - | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Eastern Insulation** **Attn: Managing Agent** **P.O. Box 15400** **Durham, NC 27704** | | - | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Eastern Insulation** **Attn: Managing Agent** **2425 Kiss Drive** **Durham, NC 27704** | | - | | | | | | **0.00** |

Sheet no. __46__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **10,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Eddie Goodman** **Attn: Managing Agent** **171 Morgan Parkway** **Zebulon, NC 27597** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Eddie's Construction,INC** **Attn: Managing Agent** **P.O. Box 1393** **Knightdale, NC 27545** | - | | | | | | 2,005.10 |
| Account No. | | | | | | | |
| **Edge Development, Inc** **Attn: Managing Agent** **1544 Pope Road** **Creedmoor, NC 27522** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Edward & Irene Jensen** **1517 O'Brien Circle** **Wake Forest, NC 27587** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Elkin & Associates, LLC** **Attn: Managing Agent** **PO BOX 35470** **Charlotte, NC 28535** | - | | | | | | 449.15 |

| | | |
|---|---|---|
| Sheet no. __47__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,454.25 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                        ,        Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Emily Denhoed** <br>**Attn: Managing Agent** <br>**1208 Cliffside Circle** <br>**Raleigh, NC 27615** | - | | | | | | 0.00 |
| Account No. <br><br>**Emily Gail Currin** <br>**Attn: Managing Agent** <br>**8900 Gearbox Drive** <br>**Wake Forest, NC 27587** | - | | | | | | 0.00 |
| Account No. <br><br>**Employment Security Comm** <br>**Attn: Managing Agent** <br>**P.O. Box 26504** <br>**Raleigh, NC 27611-6504** | - | | | | | | 0.00 |
| Account No. <br><br>**Engineering Consulting** <br>**Attn: Managing Agent** <br>**14026 Thunderbolt Pl. Suite100** <br>**Chantilly, VA 20151-3232** | - | | | | | | 0.00 |
| Account No. <br><br>**Erin Robinson** <br>**Attn: Managing Agent** <br>**12 Monteith Court** <br>**Durham, NC 27713** | - | | | | | | 0.00 |

Sheet no. __48__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                    ,          Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Excel Telecommunications** **Attn: Managing Agent** **P.O. Box 78466** **Phoenix, AZ 85062** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Fabulous Faux Finishes** **Attn: Managing Agent** **2744 Horseman's Ridge Drive** **Clayton, NC 27520** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Fairway Green** **Attn: Managing Agent** **3219 Northside Drive** **Raleigh, NC 27615-4126** | - | | | | | | | **299.21** |
| Account No. | | | | | | | | |
| **Falls River Community** **Attn: Managing Agent** **P.O. Box 19309** **Charlotte, NC 28219** | - | | | | | | | **575.00** |
| Account No. | | | | | | | | |
| **Falls River Community** **Attn: Managing Agent** **PO Box 19309** **Charlotte, NC 28219** | - | | | | | | | **0.00** |

Sheet no. __49__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**874.21**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                          ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**February & Associates**<br>**Attn: Managing Agent**<br>**P. O. Box 5427**<br>**Cary, NC 27512** | - | | | | | | | **0.00** |
| Account No.<br><br>**Federal Express**<br>**Attn: Managing Agent**<br>**P.O. Box 1140**<br>**Memphis, TN 38101-1140** | - | | | | | | | **0.00** |
| Account No.<br><br>**Felipe G. Ortiz**<br>**Attn: Managing Agent**<br>**416-G Hensley Drive**<br>**Ralwigh, NC 27615** | - | | | | | | | **0.00** |
| Account No.<br><br>**Ferguson Enterprises,Inc**<br>**Attn: Managing Agent**<br>**P.O. Box 100286**<br>**Atlanta, GA 30384-0286** | - | | | | | | | **0.00** |
| Account No.<br><br>**Fidelity Bank**<br>**Attn: Managing Agent**<br>**P.O. Box 1469**<br>**Fuquay Varina, NC 27526** | - | | | | | | | **0.00** |

Sheet no. __50__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.** _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Fifth Third Bank** **Attn: Managing Agent** **PO BOX 630337** **Cincinnati, OH 45263-0337** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Fine Woodworks** **Attn: Managing Agent** **9620 Barton Creek Road** **Raleigh, NC 27615** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Fireside Hearth and Home** **Attn: Managing Agent** **P.O. Box 75003** **Baltimore, MD 21275** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **First Citizen's Bank** **Attn: Managing Agent** **P.O. Box 29514** **Raleigh, NC 27626-0514** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **First Federal Bank** **Attn: Managing Agent** **PO Box 1049** **Dunn, NC 28335** | | - | | | | | 0.00 |

Sheet no. __51__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**First Indiana Bank**<br>**Attn: Managing Agent**<br>**135 N Pennsylvania Street**<br>**Indianapolis, IN 46204-2464** | - | | | | | | | **0.00** |
| Account No.<br><br>**Flavio W. Molina Mireles**<br>**Attn: Managing Agent**<br>**5510 Lacy Rd**<br>**Durham, NC 27713** | - | | | | | | | **0.00** |
| Account No.<br><br>**Fleishmann's Tree Servic**<br>**Attn: Managing Agent**<br>**4217 Boxwood Rd**<br>**Raleigh, NC 27612** | - | | | | | | | **0.00** |
| Account No.<br><br>**Flores, Jose  " Israel"**<br>**109 Gower Circle**<br>**Garner, NC 27529** | - | | | | | | | **209.60** |
| Account No.<br><br>**Ford & Associates Apprai**<br>**Attn: Managing Agent**<br>**P.O. Box 41081**<br>**Raleigh, NC 27629** | - | | | | | | | **0.00** |

Sheet no. __52__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**209.60**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                      ,    Case No. _____

                                            **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| ForeSome, Inc. Attn: Managing Agent 200 Greenlawn Rd. Vestal, NY 13850 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Foss; Adam M 5120 Cottage Bluff Lane Knighdale, NC 27545 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Franciose Construction Attn: Managing Agent 1620 Whittington Drive Raleigh, NC 27614 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Francisco Gutierrez Attn: Managing Agent 1699 Chalybeate Springs Road Angier, NC 27501 | - | | | | | | | 5,174.00 |
| Account No. | | | | | | | | |
| Frank's Appliance Repair Attn: Managing Agent 204 Grand Avenue Raleigh, NC 27606 | - | | | | | | | 0.00 |

Sheet no. __53__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **5,174.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                    ,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Franklin County Attn: Managing Agent P.O. Box 503 Louisburg, NC 27549 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Freeman's Grading Attn: Managing Agent 6018 NC 96 Hwy. West Youngsville, NC 27596 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| G&S Iron Designs Attn: Managing Agent 2100 Garner Rd. Raleigh, NC 27610 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| G&S Welding Attn: Managing Agent P.O. Box 2328 Raleigh, NC 27602 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| GarageTek Attn: Managing Agent 2200 N. Church St. Greensboro, NC 27405 | | - | | | | | | 0.00 |

Sheet no. __54__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re     **Clearwater Group, Ltd.**                                          ,          Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Garden & Art Landscapes Attn: Managing Agent 5732 N. Hawthorne Way Raleigh, NC 27613 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Garner TV & Appliance Attn: Managing Agent 875 Hwy 70 West Garner, NC 27529 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Garrett Transport & Land Attn: Managing Agent 1204 Lake Glad Road Wendell, NC 27591 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Gayle DiLalla 1617 Stannard Trail Raleigh, NC 27612 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| General American Door Co Attn: Managing Agent 2420 Magnolia Ct Richmond, VA 23223 | | - | | | | | | 0.00 |

Sheet no. __55__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| General Materials Attn: Managing Agent P.O. Box 751955 Charlotte, NC 28275-1955 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| General Rental Attn: Managing Agent 6925 Old Wake Forest Rd Raleigh, NC 27616 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| General Rental Center Attn: Managing Agent 3512 Wortham Street Durham, NC 27705 | - | | | | | | 43.45 |
| Account No. | | | | | | | |
| General Shale Brick Attn: Managing Agent P.O. Box 75819 Charlotte, NC 28275 | - | | | | | | 964.26 |
| Account No. | | | | | | | |
| Generate Design Attn: Managing Agent 8311 Six Forks Road   Ste 201 Raleigh, NC 27615 | - | | | | | | 2,200.00 |

| | | |
|---|---|---|
| Sheet no. __56__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,207.71 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __**Clearwater Group, Ltd.**_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Glass, Carol** **Attn: Managing Agent** **12104 Ballybrook Ct** **Raleigh, NC 27614-8350** | - | | | | | | 20,112.00 |
| Account No. | | | | | | | |
| **Glass, Richard** **Attn: Managing Agent** **2308 Sunnystone Way** **Raleigh, NC 27613-6081** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Glenn & Eileen Taylor** **808 Dothan Ct** **Raleigh, NC 27614** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Goldston Well Drilling** **Attn: Managing Agent** **302 Saint Andrews Lane** **Cary, NC 27511** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Goodwin Sand & Gravel** **Attn: Managing Agent** **P.O. Box 25851** **Raleigh, NC 27611** | - | | | | | | 0.00 |

Sheet no. __**57**__ of __**145**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **20,112.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.** _____ ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Gordan Parisoe** **Attn: Managing Agent** **12417 Moriah Way** **Raleigh, NC 27614** | - | | | | | | 10,000.00 |
| Account No. | | | | | | | |
| **Grainger** **Attn: Managing Agent** **4820 Signett Drive** **Raleigh, NC 27615-1977** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Grate Expectations** **Attn: Managing Agent** **420 Wood Road** **Pittsboro, NC 27312** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Gray, Inc** **Attn: Managing Agent** **1505 Capital Blvd Ste 14C** **Raleigh, NC 27603** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Greco Family Inc.** **Attn: Managing Agent** **166 Serenity Drive** **Smithfield, NC 27577** | - | | | | | | 0.00 |

Sheet no. __58__ of __145__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)          10,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Clearwater Group, Ltd.**_____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Greg & Coutney Beyer 10904 Magic Hollow Ct Raleigh, NC 27614 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Gregory L. Cherry Attn: Managing Agent 1519 MacDonald Ave Garner, NC 27529 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Greycliff HOA Attn: Managing Agent 8368-204 Six Forks Road Raleigh, NC 27615 | - | | | | | | 625.00 |
| Account No. | | | | | | | |
| Guaranteed Supply Co. Attn: Managing Agent P.O. Box 36030 Greensboro, NC 27416-6030 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Gulley's Backhoe Service Attn: Managing Agent 308 Rand Road Raleigh, NC 27603 | - | | | | | | 0.00 |

Sheet no. __59__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    625.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Guy C Lee Attn: Managing Agent 900 N. Salem Street Apex, NC 37502 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Haigh, Anne-Marie Attn: Managing Agent 2520 Hiking Trail Raleigh, NC 27615 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Hamm's Professional Tree Attn: Managing Agent 3935 Colorado Ave. Durham, NC 27707 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Hanson Aggregates Caroli Attn: Managing Agent PO Box 730510 Dallas, TX 75373-0510 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Hard-Mar, Inc. Attn: Managing Agent P.O. Box 884 Youngsville, NC 27596 | - | | | | | | | 0.00 |

Sheet no. __60__ of __145__ sheets attached to Schedule of    Subtotal
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                                    ,    Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Harris Appraisal Service Attn: Managing Agent 5836 Faringdon Place, Suite 2 Raleigh, NC 27609 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| HBC Audio & Communicatio Attn: Managing Agent 744 Parkridge Dr. Clayton, NC 27520 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Heater Utilities, Inc. Attn: Managing Agent 202 Mac Kenan Court Cary, NC 27511 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Hector G Maldonado 9341Woodlief Road Wake Forest, NC 27587 | - | | | | | | | 307.64 |
| Account No. | | | | | | | | |
| Hector Maldonado Galvan 9341 Woodlief Road Wake Forest, NC 27587 | - | | | | | | | 0.00 |

Sheet no. __61__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | Subtotal (Total of this page) | 307.64 |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                                  ,     Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Henry & Clara Felder <br> 1808 Haddington Ct <br> Durham, NC 27712 | - | | | | | | 0.00 |
| Account No. <br><br> Henry & Linda Landau <br> 1800 Pony Run Rd <br> Raleigh, NC 27615 | - | | | | | | 0.00 |
| Account No. <br><br> Henry & Susan Howes <br> 1816 Stannard Trail <br> Raleigh, NC 27612 | - | | | | | | 0.00 |
| Account No. <br><br> Henson Building Material <br> Attn: Managing Agent <br> 177 Duke Street <br> Forest City, NC 28043 | - | | | | | | 0.00 |
| Account No. <br><br> Heritage Of Wake Forest <br> Attn: Managing Agent <br> PO BOX 97243 <br> Raleigh, NC 27624 | - | | | | | | 0.00 |

Sheet no. __62__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                      ,        Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Heritage Point Homeowners Assoc.** **c/o Neil Johnson, President** **2226 Valley Forge Drive** **Raleigh, NC 27615** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **HERTZ** **Attn: Managing Agent** **PO BOX 26390** **OKLAHOMA CITY, OK 73126-0390** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Hertz Equipment Rental** **Attn: Managing Agent** **P.O. Box 650280** **Dallas, TX 75265-0280** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Hestand Associates, Inc** **Attn: Managing Agent** **P.O. Box 17128** **Raleigh, NC 27619** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Home Builders, Ral-Wake** **Attn: Managing Agent** **5580 Centerview Drive, Ste.115** **Raleigh, NC 27606-3390** | - | | | | | | 0.00 |

Sheet no. __63__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.**                                        ,        Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| Home Improvement Svcs. Attn: Managing Agent P.O. Box 1409 Clayton, NC 27528 | - | | | | | | | 0.00 |
| **Account No.** | | | | | | | | |
| Homes By Harry Krohn Attn: Managing Agent 6928 Darcy Lane Raleigh, NC 27606 | - | | | | | | | 0.00 |
| **Account No.** | | | | | | | | |
| Horizon Forest Products Attn: Managing Agent 2801 Hermitage Road Richmond, VA 23220 | - | | | | | | | 9,585.00 |
| **Account No.** | | | | | | | | |
| Hoskot, Thomas Attn: Managing Agent 130 Critcher Farm Lane Benson, NC 27504 | - | | | | | | | 0.00 |
| **Account No.** | | | | | | | | |
| HOSPICE OF WAKE CNTY Attn: Managing Agent 1300 St. Marys Street  #400 Raleigh, NC 27605 | - | | | | | | | 1,000.00 |

Sheet no. __64__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          10,585.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                          ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| House of Lights of Cary Attn: Managing Agent 264 W. Chatham St. P.O. Box 27 Cary, NC 27511 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| House of Lights, Inc. Attn: Managing Agent P.O. Box 40249 Raleigh, NC 27629-0249 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Howard L. Karp Attn: Managing Agent 135 Ridgewood Rd. Middlesex, NC 27557 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Howard Perry & Walston Attn: Managing Agent 4112 Blue Ridge Road, Suite #2 Raleigh, NC 27612 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Hubert & Monica Barkley 3708 Windmeade Wake Forest, NC 27587 | - | | | | | | | 0.00 |

Sheet no. __65__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                    ,      Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Hughes Supply, Inc. Attn: Managing Agent P.O. Box 75898 Charlotte, NC 28275-0898 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| HUMANA Attn: Managing Agent 1100 Employers Blvd Green Bay, WI 54344 | - | | | | | | | 235.94 |
| Account No. | | | | | | | | |
| Hunter Innovations Attn: Managing Agent 9800 Chander Drive Raleigh, NC 27615 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Hydro-Cut Attn: Managing Agent P.O. Box 1262 Clayton, NC 27520 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Ian & Judi Sunshine 6704 Rollingwood Dr Raleigh, NC 27613 | - | | | | | | | 0.00 |

Sheet no. __66__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       235.94

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Ihrie Supply Company Attn: Managing Agent P.O. Box 1629 Wilson, NC 27894-1629 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Imperial Stucco, DBA Attn: Managing Agent 4309 Liberty Rd. Greensboro, NC 27406 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Inman Park Co. Assoc. Attn: Managing Agent PO Box 98358 Raleigh, NC 27624 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Innovative Systems Attn: Managing Agent 164 Corportate Blvd Indian Trail, NC 28079 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Insulating, Inc. Attn: Managing Agent 1212 Home Court Raleigh, NC 27603 | | - | | | | | | 3,117.22 |

Sheet no. __67__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,117.22

3,117.22

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. **Interior Distributors** Attn: Managing Agent P.O. Box 277525 Atlanta, GA 30384-7525 | - | | | | | | 2,919.22 |
| Account No. **Internal Revenue Service** Attn: Managing Agent PO Box 1219 Charlotte, NC 28201-1219 | - | | | | | | 0.00 |
| Account No. **International Granite Pr** Attn: Managing Agent 8804 Gulf Court Suite E Raleigh, NC 27617 | - | | | | | | 0.00 |
| Account No. **Interstate Lightning** Attn: Managing Agent 6709 New Strickland Lane Raleigh, NC 27603 | - | | | | | | 0.00 |
| Account No. **Isais Orrostieta Bravo** Attn: Managing Agent 1108 King St. Henderson, NC 27536 | - | | | | | | 0.00 |

Sheet no. __68__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   2,919.22

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                                    ,          Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **J. Spell Enterprises**<br>**Attn: Managing Agent**<br>**1912 Carpenter Upchurch Rd**<br>**Cary, NC 27519** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **J.J. Haines & Company**<br>**Attn: Managing Agent**<br>**70-A Weathers Street**<br>**Youngsville, NC 27596** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Jacey Sumner**<br>**4122 Carpenter Pond Rd.**<br>**Durham, NC 27703** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Jacey Sumner**<br>**4122 Carpenter Pond Road**<br>**Durham, NC 27703** | - | | | | | | 137.92 |
| Account No. | | | | | | | |
| **Jacobs Custom Cabinets**<br>**Attn: Managing Agent**<br>**5816 Triangle Drive**<br>**Raleigh, NC 27617** | - | | | | | | 0.00 |

Sheet no. __69__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          137.92

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                      ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| James & Wen Jeng 1019 Upchurch Farm Rd Cary, NC 27519 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| James B. Batts Dist. Co. Attn: Managing Agent 2146 Stantonsburg Road Wilson, NC 27893 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| Jan Beresford Trust 3320 Canoe Brook Pkwy Raleigh, NC 27614 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| Jason & Casey Wood 1401 Colonial Club Rd Wake Forest, NC 27587 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| Jason & Jill Edwards 1200 Coldstream Ct Raleigh, NC 27615 | | | | | | | | 0.00 |

Sheet no. __70__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                                      ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**JDM Design**<br>**6405 Westgate Rd**<br>**Suite 107**<br>**Raleigh, NC 27617** | | - | | | | | | 459.56 |
| Account No.<br><br>**Jeanette Johnson**<br>**Attn: Managing Agent**<br>**8615 Windjammer Dr.**<br>**Raleigh, NC 27615** | | - | | | | | | 0.00 |
| Account No.<br><br>**Jeff & Amy Outlaw**<br>**8512 Meadowview Ln**<br>**Durham, NC 27503** | | - | | | | | | 0.00 |
| Account No.<br><br>**Jefferson Drywall**<br>**Attn: Managing Agent**<br>**2362 Hwy. 50 S.**<br>**Benson, NC 27504** | | - | | | | | | 0.00 |
| Account No.<br><br>**Jeffrey & Patricia Henry**<br>**5804 Stone Spring Ct**<br>**Raleigh, NC 27613** | | - | | | | | | 0.00 |

Sheet no. __71__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    459.56

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                          ,    Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jeffreys Appliance Centr Attn: Managing Agent 3514 Capital Blvd Raleigh, NC 27604 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Jenks Water Pump Service Attn: Managing Agent 6156 Riverside Drive Wake Forest, NC 27587 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Jerry & Kathy Clayton 127 Federal House Wy Wake Forest, NC 27587 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Jerry L. Baker Masonry Attn: Managing Agent 4034 Old Beulah Rd Selma, NC 27576 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Jesus Jimenez-Mejia 103 1/2 hardees Street Durham, NC 27703 | - | | | | | | | 0.00 |

Sheet no. __72__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                      ,          Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jim Dvorak** <br>**Attn: Managing Agent** <br>**205 Allison Drive** <br>**Knightdale, NC 27545** | - | | | | | | 0.00 |
| Account No. <br><br> **Jim Krueck Wallpapering** <br>**Attn: Managing Agent** <br>**824 Wimbleton Drive** <br>**Raleigh, NC 27609** | - | | | | | | 0.00 |
| Account No. <br><br> **Jim Schwartz & Laura Graham** <br>**9104 Reedham Oaks Ct** <br>**Raleigh, NC 27615** | - | | | | | | 0.00 |
| Account No. <br><br> **JMJ Pipeline & Excavatio** <br>**Attn: Managing Agent** <br>**9408 Bartons Creek Road** <br>**Raleigh, NC 27615** | - | | | | | | 0.00 |
| Account No. <br><br> **Joel Powell Backhoe Svc** <br>**Attn: Managing Agent** <br>**13629 New Light Road** <br>**Raleigh, NC 27614** | - | | | | | | 0.00 |

Sheet no. __73__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                      ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **John & Amy Marcotte** <br> **75 Nottingham Dr** <br> **E. Longmeadow, MA 01028** | - | | | | | | 0.00 |
| Account No. <br><br> **John & Karen Gearing** <br> **9403 Carlswood Ct** <br> **Raleigh, NC 27613** | - | | | | | | 0.00 |
| Account No. <br><br> **John & Karen McKay** <br> **111 Edgewater St** <br> **Newport, NC 28570** | - | | | | | | 0.00 |
| Account No. <br><br> **John & Kristen Wingenbach** <br> **3212 Hiking Trail** <br> **Raleigh, NC 27615** | - | | | | | | 0.00 |
| Account No. <br><br> **John A McRae, PE** <br> **Attn: Managing Agent** <br> **8517 Wanstraw Way** <br> **Apex, NC 27539** | - | | | | | | 0.00 |

Sheet no. __74__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                    ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | - | | | | | |
| **John A McRae, PE** **Attn: Managing Agent** **8517 Wanstraw Way** **Apex, NC 27539** | | | | | | | **2,250.00** |
| Account No. | | - | | | | | |
| **John Ostrout** **Attn: Managing Agent** **7112 Outrigger Drive** **Wendell, NC 27591** | | | | | | | **0.00** |
| Account No. | | - | | | | | |
| **John Toomey** **800 Reading Circle** **Raleigh, NC 27615** | | | | | | | **0.00** |
| Account No. | | - | | | | | |
| **John Toomey** **Attn: Managing Agent** **800 Reading Circle** **Raleigh, NC 27615** | | | | | | | **0.00** |
| Account No. | | - | | | | | |
| **Jonathan & Courtnay Glass** **6100 Larkdale Ct** **Raleigh, NC 27609** | | | | | | | **0.00** |

Sheet no. __75__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,250.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jonathan & Monica Massey 1517 O'Brien Circle Wake Forest, NC 27587 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Jonathan N Flores 147 Pebblestone Court Willow Spring, NC 27592 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Jones Brothers Flooring Attn: Managing Agent 5100 Unicorn Dr. Ste. 103 Wake Forest, NC 27587 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Jose Israel Flores 68 Farrah Street Garner, NC 27529 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Jose L. Sanchez Attn: Managing Agent 411 Cooke Lane Louisburg, NC 27549 | - | | | | | | | 0.00 |

Sheet no. __76__ of __145__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)                                 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                                   ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| JPH Tile & Marble Works Attn: Managing Agent 109 Weaver Road Youngsville, NC 27596 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| JRD Electric Company Attn: Managing Agent 2023 Reaves Drive Raleigh, NC 27608 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| JSTR Construction Attn: Managing Agent 3332 Old US Hwy 1 New Hill, NC 27562 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Juan Cabrera Attn: Managing Agent 1316 Sasswood Ln. Zebulon, NC 27597 | | - | | | | | | 1,550.00 |
| Account No. | | | | | | | | |
| Juan Gonzalez Attn: Managing Agent 927 Durham Road, Ste. 108 Wake Forest, NC 27587 | | - | | | | | | 0.00 |

Sheet no. __77__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,550.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.** _____,  Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Juan Hernandez** **Attn: Managing Agent** **2007 Bundy Ave** **Durham, NC 27704** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Jueta Caddell & Georgia Karuntzos** **1010 Ridgelift Rd** **Hillsborough, NC 27278** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **JW Distributors, Inc.** **Attn: Managing Agent** **1517 Buckhorn Road** **Mebane, NC 27302** | - | | | | | | **8,159.00** |
| Account No. | | | | | | | |
| **Karl & Rita Bongarten** **8 Lakeside Ln** **Durham, NC 27712** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Kay & Sons Woodworks** **Attn: Managing Agent** **2040 Forestville Road** **Wake Forest, NC 27587** | - | | | | | | **0.00** |

Sheet no. __**78**__ of __**145**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,159.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Kelly's NC Pressure Wash** **Attn: Managing Agent** **46 Golden Heather** **Chapel Hill, NC 27517** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Kenwood Reserve HOA** **Attn: Managing Agent** **8368 Six Forks Road Ste 204** **Raleigh, NC 27615** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Kenwood Reserve Homeowners Assoc** **Attn: Managing Agent** **8368 Six Forks Road, Suite 204** **Raleigh, NC 27615** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Kevin & Kathy Lavin** **6016 Glenthorne Drive** **Raleigh, NC 27613** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Kevin Nesline** **1116 Berwyn Way** **Raleigh, NC 27615** | - | | | | | | 0.00 |

Sheet no. __79__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                        ,        Case No. _____
_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **KeyStone Consulting** Attn: Managing Agent 4246 Louisburg Rd. Raleigh, NC 27616 | - | | | | | | 0.00 |
| Account No. **Kidd Well Drilling LLC** Attn: Managing Agent 13408 Old Creedmoor Rd Wake Forest, NC 27587 | - | | | | | | 0.00 |
| Account No. **Kitchen & Bath Galleries** Attn: Managing Agent 275 Hwy 54 W Durham, NC 27713 | - | | | | | | 0.00 |
| Account No. **Kittinger,Cheney & Assoc** Attn: Managing Agent 911 Paverstone Drive, Ste. A Raleigh, NC 27615 | - | | | | | | 285.00 |
| Account No. **Klingspor's Woodworking** Attn: Managing Agent PO box 5069 Hickory, NC 28603-5069 | - | | | | | | 0.00 |

Sheet no. __80__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

285.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                      ,        Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kristine M Segovia** <br> **9413 Woodlief Road** <br> **Wake Forest, NC 27587** | - | | | | | | | **0.00** |
| Account No. <br><br> **Kristine Segovia** <br> **Attn: Managing Agent** <br> **9413 Woodlief Road** <br> **Wake Forest, NC 27587** | - | | | | | | | **0.00** |
| Account No. <br><br> **Kyle Hancock** <br> **7932 Ligon Mill Road** <br> **Wake Forest, NC 27587** | - | | | | | | | **0.00** |
| Account No. <br><br> **Kyle Hancock** <br> **Attn: Managing Agent** <br> **7932 Ligon Mill Road** <br> **Wake Forest, NC 27587** | - | | | | | | | **0.00** |
| Account No. <br><br> **Lab Distributing** <br> **Attn: Managing Agent** <br> **P.O. Box 40548** <br> **Raleigh, NC 27629** | - | | | | | | | **0.00** |

Sheet no. __81__ of __145__ sheets attached to Schedule of          Subtotal          **0.00**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                          ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Lafmin & Tonya Morgan** **2304 Vintage Hill Dr** **Durham, NC 27712** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Landmark Sales** **Attn: Managing Agent** **9129 Palm Bay Circle** **Raleigh, NC 27617** | | - | | | | | | 642.96 |
| Account No. | | | | | | | | |
| **LandShapers** **Attn: Managing Agent** **1417 N Mineral  Springs Road** **Durham, NC 27703** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Larry & Brenda Haynes** **1924 Torrey Pines Pl** **Raleigh, NC 27615** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Larry Woodard & Son** **Attn: Managing Agent** **84 Hardy Road** **Wendell, NC 27591** | | - | | | | | | 0.00 |

Sheet no. __82__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           642.96

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                           ,        Case No. _____

_____

                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Latta Realty**<br>**8813 Stahe Ford Rd**<br>**Raleigh, NC 27615** | - | | | | | | | **31,950.00** |
| Account No.<br><br>**Laura K Howell, LLC**<br>**Attn: Managing Agent**<br>**PO Box 1289 30 North Main St.**<br>**Wendell, NC 27591** | - | | | | | | | **0.00** |
| Account No.<br><br>**Laurel Lane**<br>**Attn: Managing Agent**<br>**68 Shipwash Drive**<br>**Garner, NC 27529** | - | | | | | | | **4,971.67** |
| Account No.<br><br>**Lawrence Curry**<br>**Attn: Managing Agent**<br>**2712 Talbot Court**<br>**Raleigh, NC 27610** | - | | | | | | | **0.00** |
| Account No.<br><br>**Lazaro Contracting, Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 90487**<br>**Raleigh, NC 27675** | - | | | | | | | **0.00** |

Sheet no. __83__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**36,921.67**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                          ,                Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Le Bleu of Raleigh** **Attn: Managing Agent** **6708 Westborough Drive** **Raleigh, NC 27612-1886** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Lee & Tracey Foreman** **1524 Eglantyne Ct** **Raleigh, NC 27613** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Leobardo Molina** **Attn: Managing Agent** **2620 Cooksbury Drive** **Durham, NC 27704** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **LifeStyle Technologies** **Attn: Managing Agent** **7633 East 63rd Place Ste 220** **Tulsa, OK 74133** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Lights Unlimited** **Attn: Managing Agent** **11470A US 15-501 Ste 101** **Chapel Hill, NC 27517** | | - | | | | | 11,902.03 |

Sheet no. __84__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          | 11,902.03

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Lights Unlimited, Garner** Attn: Managing Agent 310 McCormick Street Garner, NC 27529 | | - | | | | | | 0.00 |
| Account No. **Lights Unlimited, Youngs** Attn: Managing Agent 225 Weathers Street Youngsville, NC 27596 | | - | | | | | | 0.00 |
| Account No. **Linwood Massey Wallpaper** Attn: Managing Agent 158 Strickland's Cross Rds. Four Oaks, NC 27824 | | - | | | | | | 0.00 |
| Account No. **Lockton Risk Services** Attn: Managing Agent P.O. Box 87-9610 Kansas City, MO 64187 | | - | | | | | | 0.00 |
| Account No. **Lowes Business Account** Attn: Managing Agent P.O. Box 4554   Dept. 79 Carol Stream, IL 60197-4554 | | - | | | | | | 3,060.62 |

Sheet no. __85__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **3,060.62**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                            ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Construction material purchases | | | | |
| Lowes Commercial Services Attn: Managing Agent PO Box 530970 Atlanta, GA 30353-0970 | - | | | | | | | 3,100.00 |
| Account No. | | | | | | | | |
| Luck Stone Attn: Managing Agent P.O. Box 29871 Richmond, VA 23242-0871 | - | | | | | | | 2,957.54 |
| Account No. | | | | | | | | |
| Luis Rebollar Attn: Managing Agent 319 Rice Lane  Lot#3 Wake Forest, NC 27587 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Lustgarten; Steve Attn: Managing Agent 549 Vista Del Lago Wake Forest, NC 27587 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| MacConnell & Associates Attn: Managing Agent P.O. Box 129 Morrisville, NC 27560-0129 | - | | | | | | | 0.00 |

Sheet no.  __86__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          6,057.54

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.**                                          ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Mail Boxes Etc.**<br>**Attn: Managing Agent**<br>**9650 Strickland Rd   Suite 103**<br>**Raleigh, NC 27615** | | - | | | | | 0.00 |
| Account No. <br><br>**Mailboxes Etc. Leesville**<br>**Attn: Managing Agent**<br>**9800 Leesville Rd. Ste 114**<br>**Raleigh, NC 27613** | | - | | | | | 0.00 |
| Account No. <br><br>**Majestic Marble**<br>**Attn: Managing Agent**<br>**117 Franklin Park Drive**<br>**Youngsville, NC 27596** | | - | | | | | 0.00 |
| Account No. <br><br>**Mancilla's Painting**<br>**Attn: Managing Agent**<br>**1708 Horton Rd.**<br>**Knightdale, NC 27595** | | - | | | | | 0.00 |
| Account No. <br><br>**Mark & Laura Stowers**<br>**1120 Hidden Hills Dr**<br>**Wake Forest, NC 27587** | | - | | | | | 0.00 |

Sheet no. __87__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Mark S. Burns** **Attn: Managing Agent** **3604 Woodlea Drive** **Raleigh, NC 27604** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Mark Van Etten** **Attn: Managing Agent** **1913 Grande Harmony Place** **Cary, NC 27513** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Mark Wiener & Suzanne Zorn** **7305 Rainwater Dr** **Raleigh, NC 27615** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Martin Marietta Aggregat** **Attn: Managing Agent** **P.O. Box 75328** **Charlotte, NC 28275** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Mary Ann Grote** **Attn: Managing Agent** **12120 Ballybrook Court** **Raleigh, NC 27614** | | - | | | | | | 0.00 |

Sheet no. __88__ of __145__ sheets attached to Schedule of       Subtotal       0.00
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                          ,        Case No. _____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Marzec Stair Building** **Attn: Managing Agent** **1635 Kildonan Place** **Cary, NC 27511** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **MASC Consulting Inc.** **Attn: Managing Agent** **1404 Wall Rd. Suite 400** **Wake Forest, NC 27587** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Master Pools by New Ber** **Attn: Managing Agent** **5205 Capital Blvd** **Raleigh, NC 27616** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Matt & Jacey Sumner** **4122 Carpenter Pond Rd** **Durham, NC 27703** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Maynard & Ann Sherwin** **1918 Medfield Rd** **Raleigh, NC 27607** | | - | | | | | 0.00 |

Sheet no. __89__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                              ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **McBee** **PO Box 1186** **Lancaster, CA 93584** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **McCracken Propane** **Attn: Managing Agent** **3176 US 1 Hwy** **Franklinton, NC 27525** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **McDonald Brothers, Inc** **Attn: Managing Agent** **P.O. Box 1606** **Southern Pines, NC 28388-1606** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **McDonald Ceilings** **Attn: Managing Agent** **8416 Briana Drive** **Raleigh, NC 27603** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Michael & Nicole Benedict** **1501 Gibbs Hill Ct** **Raleigh, NC 27613** | - | | | | | | 0.00 |

Sheet no. __90__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                          ,          Case No. _____
                                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Michael & Patricia Nardozzi 1321 Gironde Ct Wake Forest, NC 27587 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Michael & Rebecca Putnam 1604 Barony Lake Way Raleigh, NC 27613 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Miguel Rebollar 28 Trails End Lane Franklinton, NC 27525 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Mike Wilson Attn: Managing Agent 1108 Sky Ridge Dr Raleigh, NC 27603 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Millridge Landscape Attn: Managing Agent 860 Park Ave. Youngsville, NC 27596 | - | | | | | | 0.00 |

Sheet no. __91__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Montgomery's Florist** **Attn: Managing Agent** **7457 Six Forks Rd.** **Raleigh, NC 27615** | - | | | | | | 0.00 |
| Account No. | | | Personal (non-bank) loan | | | | |
| **Morris & Carol T. Glass** **12104 Ballybrook Court** **Raleigh, NC 27614-8350** | - | | | | | | 338,296.00 |
| Account No. | | | | | | | |
| **Moulding Associates, Inc** **Attn: Managing Agent** **933 Hensley Lane** **Wylie, TX 75098** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Mulch Master/Waste Indut** **Attn: Managing Agent** **10200 Durant Rd** **Raleigh, NC 27614** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Natiowide Insurance** **Attn: Managing Agent** **PO BOX 10479** **Des Moines, IA 50306-0479** | - | | | | | | 1,821.32 |

Sheet no. _**92**_ of _**145**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**340,117.32**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                        ,   Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **NC Child Support** **Attn: Managing Agent** **P.O. Box 900012** **Raleigh, NC 27675-9012** | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| **NC Department of Revenue** **Attn: Managing Agent** **PO Box 25000** **Raleigh, NC 27640-0615** | | | | | | | | 204.57 |
| Account No. | | - | | | | | | |
| **NC DMV** **3148 Mail Service Center** **Raleigh, NC 27699** | | | | | | | | 24.00 |
| Account No. | | - | | | | | | |
| **NC Home Builders SIF** **Attn: Managing Agent** **P.O. Box 150005** **Raleigh, NC 27624-0005** | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| **NC Secretary of State** **Attn: Managing Agent** **Post Office Box 29525** **Raleigh, NC 27626-0525** | | | | | | | | 0.00 |

Sheet no. __93__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

228.57

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| NC State Drywall Co. Attn: Managing Agent P.O. Box 5217 Cary, NC 27512 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Neuse River Refinishings Attn: Managing Agent 312 Dunwoody Drive Raleigh, NC 27615 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| New Century Northwest Attn: Managing Agent 775 Vincent St. Eugene, OR 97401 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| New Wave Systems Attn: Managing Agent 2800 Highwoods Blvd. Raleigh, NC 27604 | | - | | | | | | 6,882.14 |
| Account No. | | | | | | | | |
| Nextel Attn: Managing Agent P.O. Box 4181 Carol Stream, IL 60197-4181 | | - | | | | | | 0.00 |

Sheet no. __94__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    6,882.14

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                    ,                Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Noles Cabinets** **Attn: Managing Agent** **2290 N Grassland Drive** **Fuquay-Varina, NC 27526** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Norandex/Reynolds** **Attn: Managing Agent** **1317 Transport Drive** **Raleigh, NC 27603** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Norman & Karen Rabins** **5732 N Hawthorne Wy** **Raleigh, NC 27615** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **North Carolina DMV** **Attn: Managing Agent** **1100 New Bern Avenue** **Raleigh, NC 27610** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **North Main Construction** **Attn: Managing Agent** **10207-G Chapel Hill Rd.** **Morrisville, NC 27560** | - | | | | | | 0.00 |

Sheet no. __95__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                    ,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**North State Disposal**<br>**Attn: Managing Agent**<br>**2246 Spring Hill Church Road**<br>**Lillington, NC 27546** | | - | | | | | | 0.00 |
| Account No.<br><br>**North Wake Mini Storage**<br>**Attn: Managing Agent**<br>**P.O. Box 1455**<br>**Wake Forest, NC 27588** | | - | | | | | | 0.00 |
| Account No.<br><br>**Northwestern Mutual Life**<br>**Attn: Managing Agent**<br>**PO BOX 3181**<br>**Milwaukee, WI 53201-3181** | | - | | | | | | 614.45 |
| Account No.<br><br>**October Builders**<br>**Attn: Managing Agent**<br>**3925 Quail Hollow Drive**<br>**Raleigh, NC 27609** | | - | | | | | | 0.00 |
| Account No.<br><br>**ODD Fellows**<br>**7805 Six Forks Rd.**<br>**Raleigh, NC 27615** | | - | | | | | | 980.00 |

Sheet no. **96** of **145** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,594.45**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                    ,          Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ohio Casualty Group**<br>**Attn: Managing Agent**<br>**P.O. Box 5001**<br>**Hamilton, OH 45012** | - | | | | | | 0.00 |
| Account No.<br><br>**Old Dominion**<br>**Attn: Managing Agent**<br>**P.O. Box 60908**<br>**Charlotte, NC 28260** | - | | | | | | 0.00 |
| Account No.<br><br>**Old Mill Stream**<br>**Attn: Managing Agent**<br>**3224 Oak Grove Church Road**<br>**Newton Grove, NC 28366** | - | | | | | | 0.00 |
| Account No.<br><br>**Olde Dominion Builders**<br>**Attn: Managing Agent**<br>**3304 Taylors Ridge Road**<br>**Wake Forest, NC 27587** | - | | | | | | 0.00 |
| Account No.<br><br>**Ostrout Masonry**<br>**Attn: Managing Agent**<br>**150 Hayes Way**<br>**Franklinton, NC 27525** | - | | | | | | 0.00 |

Sheet no. __97__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Overhead Door Co. of Ral Attn: Managing Agent 3224 Gresham Lake Rd Raleigh, NC 27615 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Paradigm Enterprises, In Attn: Managing Agent 1006 Communications Dr. Durham, NC 27704 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Paragon Commercial Bank Attn: Managing Agent 3535 Glenwood Avenue Raleigh, NC 27612 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Pat & Jennifer Polson 12513 Ribbongrass Ct Raleigh, NC 27614 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Patrick Flanagan Attn: Managing Agent 2200 Aurburn-Knightdale Rd. Raleigh, NC 27610 | - | | | | | | | 0.00 |

Sheet no. __98__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Paul & Krys Dixon**<br>**6304 Secret Drive**<br>**Raleigh, NC 27612** | | - | | | | | | 0.00 |
| Account No.<br><br>**Paul & Mary Pat Kelly**<br>**12000 Raspberry Ln**<br>**Raleigh, NC 27614** | | - | | | | | | 0.00 |
| Account No.<br><br>**Paul & Michelle Gunton**<br>**340 Thornwood Drive**<br>**Youngsville, NC 27596** | | - | | | | | | 0.00 |
| Account No.<br><br>**Paul House**<br>**Attn: Managing Agent**<br>**733 W Watson**<br>**Benson, NC 27504** | | - | | | | | | 0.00 |
| Account No.<br><br>**Paul Kelly**<br>**Attn: Managing Agent**<br>**12000 Raspberry Lane**<br>**Raleigh, NC 27614-7132** | | - | | | | | | 0.00 |

Sheet no. __**99**__ of __**145**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                          ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Paul Latz DBA Closet Cre Attn: Managing Agent 2415 Presidential Dr. Ste.110 Durham, NC 27703 | - | | | | | | | 0.00 |
| Account No. | | | | Personal (non-bank) loan | | | | |
| Paul M. & Mary Patricia Kelly 12000 Raspberry Lane Raleigh, NC 27614-7132 | - | | | | | | | 100,000.00 |
| Account No. | | | | | | | | |
| Paul Morris Attn: Managing Agent 6722 Miles Drive Raleigh, NC 27615 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| PCM Construction Attn: Managing Agent 1400 Crescent Green Dr.Ste 100 Cary, NC 27518 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Peak Steel Attn: Managing Agent 1610 N. Salem Street Apex, NC 27523 | - | | | | | | | 0.00 |

Sheet no. __100__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

100,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                          ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Peele's Plastering Attn: Managing Agent 7528 Troy Stone Drive Fuquay-Varina, NC 27526 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Pella Window & Door Co. Attn: Managing Agent 102 Main St. Pella, IA 50219 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Peoples Insurance Agency Attn: Managing Agent 8366 Six Forks Rd Suite 204 Raleigh, NC 27615 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Performance Point, LLC Attn: Managing Agent 2034 Van Buren Avenue, Ste. A Indian Trail, NC 28079 | | - | | | | | | 1,280.00 |
| Account No. | | | | | | | | |
| Pete Brady Engineering Attn: Managing Agent 1010 E. Lady Diana Court Apex, NC 27502 | | - | | | | | | 0.00 |

Sheet no. __101__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,280.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Peyton Steele** **Attn: Managing Agent** **2222 Creston Road** **Raleigh, NC 27608** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Pickard Roofing Company** **Attn: Managing Agent** **P.O. Box 76** **Durham, NC 27702** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Piedmont Electric** **Attn: Managing Agent** **P.O. Drawer 1469** **Hillsborough, NC 27278** | - | | | | | | | 178.52 |
| Account No. | | | | | | | | |
| **Piedmont Portables** **Attn: Managing Agent** **P.O. Box 1957** **Burlington, NC 27216-1957** | - | | | | | | | 276.07 |
| Account No. | | | | | | | | |
| **Piedmont Professional** **Attn: Managing Agent** **P.O. Box 1132** **Pittsboro, NC 27312** | - | | | | | | | 0.00 |

Sheet no. __102__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       454.59

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Piedmont Surveys, Inc Attn: Managing Agent P.O. Box 562, 105 Church St. Louisburg, NC 27549 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Pine State Electric Attn: Managing Agent 937 Washington St. P.O.Box 237 Durham, NC 27701 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Pinecrest, Inc Attn: Managing Agent 2118 Blaisdell Ave. Minneapolis, MN 55404 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Planworx Architecture Attn: Managing Agent 5711 Six Forks Rd Ste # 100 Raleigh, NC 27609 | - | | | | | | | 8,510.00 |
| Account No. | | | | | | | | |
| Poole's Plumbing, Inc Attn: Managing Agent 3708-101 Conquest Drive Garner, NC 27529 | - | | | | | | | 10,722.00 |

Sheet no. __103_ of __145_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **19,232.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                    ,          Case No. _____

                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Post & Pickets** Attn: Managing Agent 215 Tryon Road Raleigh, NC 27603 | - | | | | | | 0.00 |
| Account No. **Post Concrete, Ltd** Attn: Managing Agent 13200 Strickland Rd.Ste114-296 Raleigh, NC 27613 | - | | | | | | 0.00 |
| Account No. **Priest Craven & Assoc** Attn: Managing Agent 3803-b Computer Drive Ste# 104 Raleigh, NC 27609 | - | | | | | | 0.00 |
| Account No. **Professional Builders** Attn: Managing Agent 10405 Chapel Hill Road Morrisville, NC 27560-8710 | - | | | | | | 60,676.01 |
| Account No. **Professional Concrete** Attn: Managing Agent PO BOX 323 Garner, NC 27529 | - | | | | | | 0.00 |

Sheet no. __104__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    60,676.01

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                           ,        Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Progress Energy Attn: Managing Agent Raleigh, NC 27698-0001 | | - | | | | | | 683.40 |
| Account No. | | | | | | | | |
| ProSource Wholesale Floo Attn: Managing Agent 2409 Alwin Court Raleigh, NC 27604 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Protective Products Attn: Managing Agent 1065 Progress Circle Lawrenceville, GA 30043 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| PSNC PO Box 100256 Columbia, SC 29202 | | - | | | | | | 191.42 |
| Account No. | | | | | | | | |
| Public Service Co. of NC Attn: Managing Agent PO Box 100256 Columbia, SC 29202 | | - | | | | | | 0.00 |

Sheet no. __105__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

874.82

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Quality Custom Work, Inc** **Attn: Managing Agent** **9512 Ligon Mill Road** **Wake Forest, NC 27587** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Quality Overhead Doors** **Attn: Managing Agent** **202 Coley Farm Rd.** **Fuquay Varina, NC 27526-9669** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Quality Wallpaper Instal** **Attn: Managing Agent** **P.O. Box 178** **Four Oaks, NC 27524** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Quartz Surfacing** **Attn: Managing Agent** **1129-111 Corporation Parkway** **Raleigh, NC 27610** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **R&B Service Co.** **Attn: Managing Agent** **543 Hillcrest Dr.** **Garner, NC 27529** | - | | | | | | | 0.00 |

Sheet no. __106__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                      ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **R.L. Bradsher Contr.** **Attn: Managing Agent** **3729 Overlook Road** **Raleigh, NC 27616** | | - | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Raincatchers** **Attn: Managing Agent** **2228 Bethlehem Rd.** **Raleigh, NC 27610** | | - | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Raleigh Contractor Sales** **Attn: Managing Agent** **2011 Raleigh Blvd.  Suite 103** **Raleigh, NC 27604** | | - | | | | | | **9,000.00** |
| Account No. | | | | | | | | |
| **Raleigh Deco Hdwr & Plmg** **Attn: Managing Agent** **2641 Noblin Rd Suite 104** **Raleigh, NC 27604** | | - | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Raleigh Green Landscapin** **Attn: Managing Agent** **3073 Bruce Garner Rd.** **Creedmoor, NC 27522** | | - | | | | | | **0.00** |

Sheet no. __**107**_ of __**145**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **9,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                              ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Raleigh Heating and Air** 2800 Rowland Rd. Raleigh, NC 27615 | - | | | | | | 2,388.00 |
| Account No. **Raleigh Ladder/Scaffold** Attn: Managing Agent 6241-100  Westgate Road Raleigh, NC 27613 | - | | | | | | 0.00 |
| Account No. **Raleigh Saw Co., Inc.** Attn: Managing Agent 5805 C Departure Drive Raleigh, NC 27616 | - | | | | | | 0.00 |
| Account No. **Raleigh Waterproofing** Attn: Managing Agent 2610 Rowland Road Raleigh, NC 27615 | - | | | | | | 0.00 |
| Account No. **Raleigh, City (Inspect)** Attn: Managing Agent Raleigh, NC | - | | | | | | 0.00 |

Sheet no. __**108**_ of _**145**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **2,388.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Raleigh, City of Attn: Managing Agent PO Box 96084 Charlotte, NC 28296-0084 | - | | | | | | | 14.40 |
| Account No. | | | | | | | | |
| Randy Schaut 5909 Shadyview Drive Wendell, NC 27591 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| RBC Centura Attn: Managing Agent 4300 Glenwood Ave Raleigh, NC 27612 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| RC's Tools & Supply Attn: Managing Agent 2895 Grove Hill Rd Franklinton, NC 27525 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Readilite Barricade Attn: Managing Agent P.O. Box 58280 Raleigh, NC 27658 | - | | | | | | | 89.72 |

Sheet no. __**109**__ of __**145**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    104.12

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,   Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Ready Mixed Concrete Co. Attn: Managing Agent PO Box 27326 Raleigh, NC 27611 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Regional Plumbing Attn: Managing Agent 282 West Thicket Drive Angier, NC 27501 | - | | | | | | 1,342.50 |
| Account No. | | | | | | | |
| Regions Bank Attn: Managing Agent 3700 Glenwood Avenue, Ste. 100 Raleigh, NC 27612 | - | | | | | | 24,995.00 |
| Account No. | | | | | | | |
| Regions Bank Attn: Managing Agent 3700 Glenwood Avenue, Ste. 100 Raleigh, NC 27612 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Reisinger Carpet Attn: Managing Agent 404 Skygrove Drive Holly Springs, NC 27540-5502 | - | | | | | | 0.00 |

Sheet no. __110__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **26,337.50**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| ReNu Fiberglass Attn: Managing Agent P.O. Box 1542 Wilson, NC 27893 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Residential Elevator Attn: Managing Agent P.O. Box 1298 Crawfordville, FL 32326 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Restoration Woodworks Attn: Managing Agent PO Box 448 Efland, NC 27243 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| RGR Mechanical Attn: Managing Agent P.O. Box 4097 Cary, NC 27519 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Richard & Ardith Vines 303 Villa Drive Durham, NC 27712 | - | | | | | | | 0.00 |

Sheet no. __111__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __**Clearwater Group, Ltd.**_____,   Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Richard B. Glass**<br>**2308 Sunnystone Way**<br>**Raleigh, NC 27613-6081** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Riddick Interiors**<br>**Attn: Managing Agent**<br>**P.O. Box 783**<br>**Louisburg, NC 27549** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Rising Sun Pools**<br>**5608 Hillsoborough St**<br>**Raleigh, NC 27606** | - | | | | | | 5,000.00 |
| Account No. | | | | | | | |
| **Rivers & Associates,Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 929**<br>**Greenville, NC 27835** | - | | | | | | 2,139.15 |
| Account No. | | | | | | | |
| **RL Bradsher**<br>**3729 Overlook Rd.**<br>**Raleigh, NC 27616** | - | | | | | | 334.95 |
| Sheet no. _**112**_ of _**145**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 7,474.10 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,   Case No. _____
                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| RMS Marble Refinishing Attn: Managing Agent 100 Canter Gable Place Youngsville, NC 27596 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| RN Electrical Inc Attn: Managing Agent 15213 Aiken Rd. Wake Forest, NC 27587 | - | | | | | | 12,291.00 |
| Account No. | | | | | | | |
| Robert & Dale Hart 321 Villa Drive Durham, NC 27712 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Robert & Kelly Bradley 9032 New Century Rd Wake Forest, NC 27587 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Rodney & Alison Whitaker 11 Lakeside Ln Durham, NC 27712 | - | | | | | | 0.00 |

Sheet no. __113__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     12,291.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                    ,        Case No. _____
_____
                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Rodneys Sign Company Attn: Managing Agent 600 Irving Parkway Holly Springs, NC 27540 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Roger & Jennifer Lias 5809 Stone Spring Rd Raleigh, NC 27615 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Ron & Ann Willard 921 Berwyn Way Raleigh, NC 27615 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Ron Logan Attn: Managing Agent 3205 Arrowwood Drive Raleigh, NC 27604 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Ronald L Horvath P.E. Attn: Managing Agent 7002 Old Trail Drive Durham, NC 27712 | - | | | | | | | 0.00 |

Sheet no. __114__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Roper Brothers Lumber Co** Attn: Managing Agent P.O. Box 488 Colonial Heights, VA 23834-0488 | - | | | | | | 0.00 |
| Account No. **Royal Oaks Stairs** Attn: Managing Agent 3201 Wellington Court Unit 104 Raleigh, NC 27615 | - | | | | | | 0.00 |
| Account No. **Royce Company** Attn: Managing Agent 4821 Hargrove Rd Ste# 121 Raleigh, NC 27616 | - | | | | | | 0.00 |
| Account No. **RTP Lighting** Attn: Managing Agent 5410 hWY 55 #AA Durham, NC 27713 | - | | | | | | 0.00 |
| Account No. **Russell Concrete** Attn: Managing Agent 7216 Berkshire Downs Drive Raleigh, NC 27616 | - | | | | | | 0.00 |

Sheet no. __115__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| S&W Tree Service Attn: Managing Agent 1176 Daw Pate Road Pikeville, NC 27863 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| S.D. Puckett & Associate Attn: Managing Agent 5518  HWY55 Durham, NC 27713 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| S.T. Wooten Corporation Attn: Managing Agent P.O. Box 2408 Wilson, NC 27894-2408 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Safway Services, Inc. Attn: Managing Agent 6408 Old Westgate Rd. Raleigh, NC 27617 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| SAHGE Construction Attn: Managing Agent 3201 #16 Stream Side Road Raleigh, NC 27613 | | - | | | | | | 0.00 |

Sheet no. __116__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.**                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Sally Pilati** 1809 Stannard Trail Raleigh, NC 27612 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **SBPA** Attn: Managing Agent PO Box 2582 Chapel Hill, NC 27515-2582 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Schwartz Plumbing** 1129 Corporation Parkway Raleigh, NC 27610 | - | | | | | | 1,345.00 |
| Account No. | | | | | | | |
| **Scott & Celeste Sacks** 1333 Colonial Club Rd Wake Forest, NC 27587 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Sealing Agents** Attn: Managing Agent 2034 Van Buren Avenue, Ste. A Indian Trail, NC 28079 | - | | | | | | 0.00 |

Sheet no. __117__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,345.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____, Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Sean Mickshutz<br>Attn: Managing Agent<br>629 Wait Avenue<br>Wake Forest, NC 27587 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Sears Commercial One<br>Attn: Managing Agent<br>PO Box 689134<br>Des Moines, IA 50368-9134 | | - | | | | | 16,514.56 |
| Account No. | | | | | | | |
| Security Solutions<br>Attn: Managing Agent<br>3224 Lake Woodard Dr.<br>Raleigh, NC 27604 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Seegars Fence Co., Inc.<br>Attn: Managing Agent<br>P.O. Box 41145<br>Raleigh, NC 27629 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Seneca Landscapes, Inc<br>Attn: Managing Agent<br>360 Barn Hill Lane<br>Wake Forest, NC 27587 | | - | | | | | 0.00 |

Sheet no. _**118**_ of _**145**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,514.56

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                             ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Service Magic** **Attn: Managing Agent** **14023 Denver West Parkway,Suite 200** **Golden, CO 80401** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Sherwin Williams** **Attn: Managing Agent** **11904 Galaxy Rd** **Wake Forest, NC 27587** | - | | | | | | 76.70 |
| Account No. | | | | | | | |
| **Shotwell Transfer Statio** **Attn: Managing Agent** **3209 Gresham Lake Rd., Ste.114** **Raleigh, NC 27615** | - | | | | | | 1,491.75 |
| Account No. | | | | | | | |
| **Signature Structures** **Attn: Managing Agent** **2121 Stonehenge Drive #8** **Raleigh, NC 27615** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Signs etc.** **Attn: Managing Agent** **5107 Falls of Neuse suite B104** **Raleigh, NC 27609** | - | | | | | | 0.00 |

Sheet no. __119__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,568.45**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                                    ,        Case No. _____

                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Simon Montalvo Attn: Managing Agent 6305 Shanda Drive #J Raleigh, NC 27609 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Smart Energy Solutions Attn: Managing Agent 6 Lakeview Drive Sanford, NC 27332 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Smith Debnam Narron WSM Attn: Managing Agent P.O. Box 26268 Raleigh, NC 27611 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Smith Moore Leatherwood 434 Fayetteville St. Suite 2800 Raleigh, NC 27601 | - | | | | | | | 1,314.80 |
| Account No. | | | | | | | | |
| Snow Hill Realty, Inc. Attn: Managing Agent 1214 Rocky Point Lane Durham, NC 27712 | - | | | | | | | 0.00 |

Sheet no. __120__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,314.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                                                    ,          Case No. _____
                                                              **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Soil & Environmental** <br> **Attn: Managing Agent** <br> **11010 Raven Ridge Rd.** <br> **Raleigh, NC 27614** | - | | | | | | 0.00 |
| Account No. <br><br> **Solar Solutions** <br> **Attn: Managing Agent** <br> **5400 S. Miami Blvd.** <br> **Durham, NC 27703** | - | | | | | | 0.00 |
| Account No. <br><br> **Southeast Toyota Finance** <br> **Attn: Managing Agent** <br> **PO BOX 91656** <br> **Mobile, AL 36691-1656** | - | | | | | | 0.00 |
| Account No. <br><br> **Southeastern Freight** <br> **Attn: Managing Agent** <br> **PO BOX 100104** <br> **Columbia, SC 29202-3104** | - | | | | | | 368.27 |
| Account No. <br><br> **Southern Concrete Develo** <br> **Attn: Managing Agent** <br> **119 Powell Drive** <br> **Fuquay Varina, NC 27526** | - | | | | | | 0.00 |

Sheet no. __121__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

368.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Southern Energy Management<br>Attn: Managing Agent<br>101 Kitty Hawk Drive<br>Morrisville, NC 27560 | | - | | | | | | 1,172.40 |
| Account No. | | | | | | | | |
| Southern Gutter Co.<br>Attn: Managing Agent<br>4713 Tolley Court<br>Raleigh, NC 27616 | | - | | | | | | 1,551.05 |
| Account No. | | | | | | | | |
| Southern Lawnscapes<br>Attn: Managing Agent<br>PO Box 90752<br>Raleigh, NC 27675 | | - | | | | | | 785.00 |
| Account No. | | | | | | | | |
| Southern Staircase<br>Attn: Managing Agent<br>5101 Nelson Road Ste 200<br>Morrisville, NC 27560 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| SouthTrust Bank<br>Attn: Managing Agent<br>P.O. Box 830716<br>Birmingham, AL 35283-0716 | | - | | | | | | 0.00 |

Sheet no. __122__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,508.45**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____ ,   Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Sprint** **Attn: Managing Agent** **P.O. Box 4181** **Carol Stream, IL 60197-4181** | | - | | | | | | 30,000.00 |
| Account No. | | | | | | | | |
| **St. Ives Community Association HOA** **Attn: Managing Agent** **PO Box 97243** **Raleigh, NC 27624** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Steele/McKinney Ltd.** **Attn: Managing Agent** **3737 Glenwood Ave., Ste. 100** **Raleigh, NC 27612** | | - | | | | | | 2,834.54 |
| Account No. | | | | | | | | |
| **Stephen M. Lustgarten** **2211 Narrawood St** **Raleigh, NC 27614** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Steve & Beth Brissette** **8620 Cold Springs Rd** **Raleigh, NC 27615** | | - | | | | | | 0.00 |

Sheet no. __123__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,834.54

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                         ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Steve & Melanie Sievers** <br> **320 Villa Drive** <br> **Durham, NC 27712** | - | | | | | | 0.00 |
| Account No. <br><br> **Steve Campbell** <br> **10 Wellington Ct.** <br> **Franklinton, NC 27525** | - | | | | | | 120.00 |
| Account No. <br><br> **Steven B. Wald** <br> **132 Richardson Road** <br> **Robbinsville, NJ 08691** | - | | Personal (non-bank) loan | | | | 50,000.00 |
| Account No. <br><br> **Stewart-Proctor** <br> **Attn: Managing Agent** <br> **322 Chaponoke Rd.** <br> **Raleigh, NC 27603** | - | | | | | | 0.00 |
| Account No. <br><br> **Stock Building Supply** <br> **Attn: Managing Agent** <br> **PO Box 404934** <br> **Atlanta, GA 30384-4934** | - | | | | | | 268,653.28 |

Sheet no. __124__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        318,773.28

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.**                 ,      Case No. _____

                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Stone Accents, Inc** **Attn: Managing Agent** **612 West Hargett Street** **Raleigh, NC 27603** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Stone Age Designs-Charlo** **Attn: Managing Agent** **4913 Chastain Ave. Unit 20** **Charlotte, NC 28217** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Stonecrafters** **Attn: Managing Agent** **2508 Weybridge Dr** **Raleigh, NC 27615** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Stonemoor Owners Assoc.** **Attn: Managing Agent** **PO BOX  97006** **Raleigh, NC 27624-7006** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Stonemoor Owners Association** **c/o PPM** **6739 Falls of Neuse Road** **Raleigh, NC 27615** | - | | | | | | 0.00 |

Sheet no. __125__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal      0.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __**Clearwater Group, Ltd.**_____,   Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Strategic Solutions Attn: Managing Agent 104 Wade Avenue Dunn, NC 28334 | - | | | | | | 978.50 |
| Account No. | | | | | | | |
| Strickland Construction Attn: Managing Agent 10772 Patrician Way Zebulon, NC 27597 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Stuart Law Firm Attn: Managing Agent 4101-118 Lake Boone Trail Raleigh, NC 27607 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Sunbelt Rentals Attn: Managing Agent PO BOX 409211 Atlanta, GA 30384-9211 | - | | | | | | 199.95 |
| Account No. | | | | | | | |
| Sunshine Media, Inc. Attn: Managing Agent 1540 E. Maryland Avenue Phoenix, AZ 85014 | - | | | | | | 0.00 |

Sheet no. __126_ of __145_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    1,178.45

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sunshine Woodworks, Inc Attn: Managing Agent 2664 Old Graham Rd Pittsboro, NC 27312 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| SUNTRUST BANK Attn: Managing Agent P.O. Box 832 Wake Forest, NC 27588 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Superior Wood Floors Attn: Managing Agent 13605 Possum Track Road Raleigh, NC 27614 | - | | | | | | | 2,635.75 |
| Account No. | | | | | | | | |
| Susan Buonomo 6515 Hearthstone Dr Raleigh, NC 27615 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Susan Sugar Attn: Managing Agent 12709 Softbreeze Lane Wake Forest, NC 27587 | - | | | | | | | 10,006.02 |

Sheet no. _127_ of _145_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            12,641.77

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                          ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | | | | | |
| **Sylvester Caolan & Lia Pate** **1233 Westerham Dr** **Wake Forest, NC 27587** | | | | | | | | 0.00 |
| Account No. | | | - | | | | | |
| **T & J Final Touch** **Attn: Managing Agent** **442 Horace Baker Rd** **Zebulon, NC 27597** | | | | | | | | 0.00 |
| Account No. | | | - | | | | | |
| **T&D Concrete, LLC** **Attn: Managing Agent** **1840 Forestville Road** **Wake Forest, NC 27587** | | | | | | | | 0.00 |
| Account No. | | | - | | | | | |
| **Talbert Building Supply** **Attn: Managing Agent** **P.O. Box 349** **Roxboro, NC 27573** | | | | | | | | 0.00 |
| Account No. | | | - | | | | | |
| **Talton's Metal Products,** **Attn: Managing Agent** **PO Box 1110** **Fuquay-Varina, NC 27526-1110** | | | | | | | | 0.00 |

Sheet no. __128_ of __145_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Tarheel Overhead Doors Attn: Managing Agent 4220 Coghill Drive Wilson, NC 27896 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Terratech Engineering Attn: Managing Agent 4905 Professional Court Raleigh, NC 27609 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| The Alternative Board Attn: Managing Agent 11031 Sheridan Boulevard Westminster, CO 80020 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| The Alternative Board Attn: Managing Agent 11031 Sheridan Blvd Westminster, CO 80020-3201 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| The Contractor Yard Attn: Managing Agent 2512 Yonkers Road Raleigh, NC 27604 | - | | | | | | 0.00 |

Sheet no. __129__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____ ,   Case No. _____

**Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **The Countertop Factory** <br> **Attn: Managing Agent** <br> **6009 Triangle Drive** <br> **Raleigh, NC 27617** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **The Fuller House** <br> **Attn: Managing Agent** <br> **3434 Kildaire Farm RD** <br> **Raleigh, NC 27606** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **The Hardwood Store of NC** <br> **Attn: Managing Agent** <br> **309 Bethel Street** <br> **Gibsonville, NC 27249** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **The News & Observer** <br> **Attn: Managing Agent** <br> **P.O. Box 3033** <br> **Raleigh, NC 27602-3033** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Thi & Tina Pham** <br> **1609 Sharnbrook Ct** <br> **Raleigh, NC 27614** | - | | | | | | 0.00 |

Sheet no. __130__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                                        ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Office space | | | | |
| Think Fast, LLC Attn: Managing Agent 2304 Wesvill Court #320 Raleigh, NC 27607 | - | | | | | | | 1,350.00 |
| Account No. | | | | | | | | |
| Think Fast, LLC Attn: Managing Agent 2304 Wesvill Ste 320 Raleigh, NC 27607 | - | | | | | | | 2,700.00 |
| Account No. | | | | | | | | |
| Thomas & Patricia Streeter 2416 Smokerise Ct Raleigh, NC 27615 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Thomas Boylan Attn: Managing Agent 7404 Stonecliff Drive #103 Raleigh, NC 27615 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Thomas Boylan Attn: Managing Agent 2121 Stonehenge Drive #8 Raleigh, NC 27615 | - | | | | | | | 0.00 |

Sheet no. __131__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         4,050.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clearwater Group, Ltd.**                                          ,        Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Thomas Concrete<br>Attn: Managing Agent<br>P.O. Box 725569<br>Atlanta, GA 31139 | | - | | | | | | 2,868.00 |
| Account No. | | | | | | | | |
| Thompson Cabinet Shop<br>Attn: Managing Agent<br>4712 Fayetteville Rd.<br>Raleigh, NC 27603 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Tier One Bank<br>Attn: Managing Agent<br>PO BOX  2369<br>Omaha, NE 68103-2369 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Tim & Beth Griffin<br>10400 Baileywick Rd<br>Raleigh, NC 27615 | | - | | | | | | 0.00 |
| Account No. | | | | Office CATV | | | | |
| Time Warner Cable<br>Attn: Managing Agent<br>13840 Ballantyne Corp. Plaza<br>Charlotte, NC 28277 | | - | | | | | | 200.00 |

Sheet no. _**132**_ of _**145**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **3,068.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Time Warner Cable**<br>**Attn: Managing Agent**<br>**P.O. Box 70873**<br>**Charlotte, NC 28272-0873** | - | | | | | | **110.82** |
| Account No.<br><br>**Tom & Debbie Coffman**<br>**1123 Stonebridge Dr**<br>**Durham, NC 27712** | - | | | | | | **0.00** |
| Account No.<br><br>**Tom Fenton**<br>**Attn: Managing Agent**<br>**1724 Kingston Heath Way**<br>**Raleigh, NC 27613** | - | | | | | | **0.00** |
| Account No.<br><br>**Top Quality Countertops,**<br>**Attn: Managing Agent**<br>**513 Robinson Drive**<br>**Wake Forest, NC 27587** | - | | | | | | **0.00** |
| Account No.<br><br>**Total Laser Care of NC**<br>**Attn: Managing Agent**<br>**9509 Miranda Drive**<br>**Raleigh, NC 27613** | - | | | | | | **0.00** |

Sheet no. __133_ of __145_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **110.82**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.** _____,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Treyburn Owners Assn.**<br>**Attn: Managing Agent**<br>**PO BOX 11904**<br>**Newark, NJ 07101-9104** | | - | | | | | 330.00 |
| Account No.<br><br>**Triangle Custom Granite**<br>**Attn: Managing Agent**<br>**1464-335 Garner Station Blvd.**<br>**Raleigh, NC 27603** | | - | | | | | 0.00 |
| Account No.<br><br>**Triangle East Builders**<br>**Attn: Managing Agent**<br>**1209 N. Arendell Avenue**<br>**Zebulon, NC 27597** | | - | | | | | 0.00 |
| Account No.<br><br>**Triangle Metalworks, Inc.**<br>**1423 Wait Ave.**<br>**Wake Forest, NC 27587** | | - | | | | | 500.00 |
| Account No.<br><br>**Triangle New Homes**<br>**Attn: Managing Agent**<br>**P.O. Box 402035**<br>**Atlanta, GA 30384-2035** | | - | | | | | 7,458.00 |

Sheet no. __134__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,288.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Triangle Overhead Door** **Attn: Managing Agent** **4020 Blackard Pond Rd** **Raleigh, NC 27604** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Triangle Porta-John** **Attn: Managing Agent** **P.O. Box 10262** **Greensboro, NC 27404** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Triangle Tile & Stone** **Attn: Managing Agent** **6601 Hillsborough St.,Ste. 101** **Raleigh, NC 27606** | - | | | | | | 5,537.13 |
| Account No. | | | | | | | |
| **Triangle Weatherization** **Attn: Managing Agent** **109 Royce Drive** **Cary, NC 27511** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Triangle Woodworks** **Attn: Managing Agent** **4400 Raven's Crest Lane** **Raleigh, NC 27616** | - | | | | | | 0.00 |

Sheet no. __135__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,537.13

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Typesthetics Attn: Managing Agent 2412 Atlantic Ave. Raleigh, NC 27604 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Ultra-Clean Carpets Attn: Managing Agent 3709 Barwell Rd Raleigh, NC 67610 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Underground Const. Attn: Managing Agent P.O. Box 664 Garner, NC 27529 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| United Parcel Service Attn: Managing Agent PO Box 7247-0244 Philadelphia, PA 19170-0001 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| UPS Attn: Managing Agent PO Box 42086 Philadelphia, PA 19101-2086 | | - | | | | | | 47.98 |

Sheet no. __136__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **47.98**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                                    ,      Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **UPS Store** **Attn: Managing Agent** **7413 Six Forks Road** **Raleigh, NC 27615** | - | | | | | | 152.15 |
| Account No. | | | | | | | |
| **Varner Concrete Construc** **Attn: Managing Agent** **3203 Women's Club Drive Ste 20** **Raleigh, NC 27612** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Varney's Waterproofing** **Attn: Managing Agent** **3737 Graham Sherron Road** **Wake Forest, NC 27587** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Verizon Wireless** **Attn: Managing Agent** **P.O. Box 660108** **Dallas, TX 75266-0108** | - | | | | | | 727.41 |
| Account No. | | | | | | | |
| **Verizon Wireless** **Attn: Managing Agent** **P.O. Box 660636** **Dallas, TX 75266-0636** | - | | | | | | 0.00 |

Sheet no. __137_ of __145_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

879.56

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                                ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Vicente Godinez Attn: Managing Agent 113 Radcliff Circle Durham, NC 27713 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Victor Calamaco Attn: Managing Agent Lot 50 Gannon Lane Louisburg, NC 27549 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Viking Office Products Attn: Managing Agent P.O. Box 30488 Los Angelas, CA 90030 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Vincent & Stephanie Garofano 1801 Kenwyck Mnr Wy Raleigh, NC 27612 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Wachovia Bank Attn: Managing Agent P.O. Box 740502 Atlanta, GA 30374-0502 | | - | | | | | | 772.54 |

Sheet no. __138__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    772.54

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.**                                              ,        Case No. _____

                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Wake County** **Attn: Managing Agent** **PO BOX 96058** **CHARLOTTE, NC 28296** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Wake County LBOX#75421** **Attn: Managing Agent** **P.O. Box 550** **Raleigh, NC 27602-0550** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Wake County Revenue** **Attn: Managing Agent** **PO BOX 2331** **Raleigh, NC 27602** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Wake EMC** **Attn: Managing Agent** **P.O. Box 1229** **Wake Forest, NC 27588-1229** | | - | | | | | 489.59 |
| Account No. | | | | | | | |
| **Wake Forest Federal S&L** **Attn: Managing Agent** **PO Box 1167** **Wake Forest, NC 27588-1167** | | - | | | | | 0.00 |

| | |
|---|---|
| Sheet no. __**139**__ of __**145**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) **489.59** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clearwater Group, Ltd.**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Wake Forest, Town of** **Attn: Managing Agent** **P.O. Box 900002** **Raleigh, NC 27675-9000** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Wake Living** **189 Wind Chime Ct.** **Suite 104** **Raleigh, NC 27615** | - | | | | | | 3,500.00 |
| Account No. | | | | | | | |
| **Wake Stone Corp** **Attn: Managing Agent** **PO Box 190** **Knightdale, NC 27545** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Wake Stone Corporation** **Attn: Managing Agent** **P.O. Box 190** **Knightdale, NC 27545** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Wakefield Lighting, Inc.** **Attn: Managing Agent** **2004 S. Main Street, Ste #100** **Wake Forest, NC 27587** | - | | | | | | 0.00 |

Sheet no. __**140**__ of __**145**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,500.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Wakefield Plantation HOA**<br>**Attn: Managing Agent**<br>**6739 Falls of Neuse Road**<br>**Raleigh, NC 27615** | - | | | | | | | **0.00** |
| Account No.<br><br>**Wallis & Morton, PA**<br>**Attn: Managing Agent**<br>**8382 Six Forks Rd Suite 200**<br>**Raleigh, NC 27615** | - | | | | | | | **0.00** |
| Account No.<br><br>**Wallis & Morton, PA**<br>**Attn: Managing Agent**<br>**8382 Six Forks Road Suite 200**<br>**Raleigh, NC 27615** | - | | | | | | | **0.00** |
| Account No.<br><br>**Walnut Creek of Thomasvi**<br>**Attn: Managing Agent**<br>**P.O. Box 1489**<br>**Thomasville, NC 27361** | - | | | | | | | **0.00** |
| Account No.<br><br>**Wells Fargo Bank**<br>**Attn: Managing Agent**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** | - | | | | | | | **0.00** |

Sheet no. __141__ of __145__ sheets attached to Schedule of   Subtotal
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business loan - no collateral | | | | |
| Wells Fargo Business Direct Attn: Managing Agent PO Box 348750 Sacramento, CA 95834 | - | | | | | | | 97,495.71 |
| Account No. | | | | | | | | |
| West Durham Lumber Attn: Managing Agent 1 Barringer Place Durham, NC 27705 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Western Cedar Roofs, Inc Attn: Managing Agent 198 Cleveland Crossing Garner, NC 27529 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Wheeless, Inc. Attn: Managing Agent PO Box 1535 Garner, NC 27529 | - | | | | | | | 16,548.88 |
| Account No. | | | | | | | | |
| Whitley Metal, Inc Attn: Managing Agent 671 Mt. Pleasant Road Willow Springs, NC 27592 | - | | | | | | | 0.00 |

Sheet no. __142__ of __145__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

114,044.59

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.**                                      ,          Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Wilkinson Supply Co. Attn: Managing Agent P.O. Box 6066 Raleigh, NC 27628 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| William & Virginia Houston 108 Kendlewick Dr Cary, NC 27511 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| William E. Rouse III Attn: Managing Agent 7436 Berkshire Downs Raleigh, NC 27604 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| William Workman 4432 Mitchell Mill Road Wake Forest, NC 27587 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Williams Painting Attn: Managing Agent 437 Raleigh Farms Rd. Youngsville, NC 27596 | | - | | | | | | 0.00 |

Sheet no. _143_ of _145_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clearwater Group, Ltd.**                                     ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. <br><br> **Willow Springs Land., Attn: Managing Agent 7728 Maude Stewart Road Fuquay Varina, NC 27526** | - | | | | | | 0.00 |
| Account No. <br><br> **Wilson Trucking Corp. Attn: Managing Agent P.O. Box 200 Fisherville, VA 22939** | - | | | | | | 0.00 |
| Account No. <br><br> **Woodtech, Inc. Attn: Managing Agent P.O. Box 557 Princeton, NC 27569** | - | | | | | | 0.00 |
| Account No. <br><br> **Woodworking Shop Attn: Managing Agent 856 21st Street Drive S. E. Hickory, NC 28603** | - | | | | | | 0.00 |
| Account No. <br><br> **Working Assets Attn: Managing Agent P. O Box 2024 Mechanicsburg, PA 17055** | - | | | | | | 0.00 |

Sheet no. __144__ of __145__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Clearwater Group, Ltd.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Xpedx** **Attn: Managing Agent** **P.O. Box 371083** **Pittsburgh, PA 15250-7083** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Xteriors Factory Outlet** **Attn: Managing Agent** **2110-A Capital Blvd.** **Raleigh, NC 27604** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Your Other Warehouse** **Attn: Managing Agent** **PO BOX 973750** **Dallas, TX 75397-3750** | - | | | | | | 229.84 |
| Account No. | | | | | | | |
| **Z Eddie's Roofing** **Attn: Managing Agent** **2848 Packing Plant Rd.** **Smithfield, NC 27577** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Zigre Construction** **Attn: Managing Agent** **2503 Sims-Bridge Rd.** **Kitrell, NC 27544** | - | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __145_ of __145_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 229.84 |
| | Total (Report on Summary of Schedules) | 1,923,593.98 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Clearwater Group, Ltd.**                         ,       Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bennie & Susan Glenn**<br>**6206 Treyburn Point**<br>**Durham, NC 27712** | **Tenant** |
| **Craig & Dawn Williamson**<br>**2701 Peachleaf St.**<br>**Wake Forest, NC 27587** | **Tenant** |
| **Jim Schwartz and Laura Graham**<br>**9104 Reed Ham Oaks Court**<br>**Raleigh, NC 27615** | **Remodel contract - ends upon completion of work** |
| **Justin Raprager**<br>**6409 Mountain Oaks Way**<br>**Wake Forest, NC 27587** | **Tenant** |
| **Quintin & Traci Crawford**<br>**2708 Charleston Oaks**<br>**Raleigh, NC 27614** | **Tenant** |
| **Think Fast, LLC**<br>**Attn: Managing Agent**<br>**2304 Wesvill Court #320**<br>**Raleigh, NC 27607** | **Landlord - Office space**<br>**Contract expires on November 30, 2009** |
| **Tom & Julie Johnson**<br>**10917 Grand Journey**<br>**Raleigh, NC 27614** | **Tenant** |

    **0**
  _____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

**B6H (Official Form 6H) (12/07)**

In re  **Clearwater Group, Ltd.** _____ ,   Case No. _____
                                         Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Toomey**<br>**800 Redding Circle**<br>**Raleigh, NC 27615** | **Various** |
| **Rich Glass**<br>**2308 Sunnystone Way**<br>**Raleigh, NC 27613** | **Various** |

**0**
_____  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Clearwater Group, Ltd.**                      Case No. _____

                                      Debtor(s)          Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **179** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 22, 2009**                  Signature    **/s/ Richard Glass**

                                               **Richard Glass**

                                               **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Clearwater Group, Ltd.**                                                        Case No. _____

                                                   Debtor(s)          Chapter     **7**     _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$11,020,396.00** | **2007** |
| **$8,000,000.00** | **2008** |
| **$4,900,000.00** | **2009** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------------------------------|------------------------------|-----------------------------------|--------------------|
| Poole's Plumbing, Inc. | June 15, 2009 and July 15, 2009 | $11,007.11 | $0.00 |
| 1st Choice Cabinetry LLC | July 21, 2009 and July 31, 2009 | $9,460.00 | $0.00 |
| Lights Unlimited of Wake | July 31, 2009 | $8,993.54 | $0.00 |
| Professional Builders | June 03, 2009 and July 22, 2009 | $30,129.13 | $0.00 |
| Blue Cross Blue Shield | June 19, 2009 and July 31, 2009 | $9,853.98 | $0.00 |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-----------------|-------------|--------------------|
| Dr. Donald A. & Susan L. Sugar<br>4813 Wynneford Way<br>Raleigh, NC 27614-9498 | | $10,000.02 | $0.00 |
| Morris & Carol T. Glass<br>12104 Ballybrook Court<br>Raleigh, NC 27614-8350 | | $20,112.00 | $0.00 |
| Interest on loan via HEL from RG | | $2,187.15 | $0.00 |

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Interest on loan via Credit card from RG** | | **$8,477.00** | **$0.00** |
| **Richard Glass** | | **$11,919.91** | **$0.00** |
| **John Toomey** | | **$10,137.64** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Kevin Lavin, et al. v. Clearwater Group, Ltd., et al. 06CVS3424** | **Construction defect** | **Wake County Courthouse Superior Court North Carolina** | **Pending** |
| **Mary Latta v. Clearwater Group, Ltd. 09CVD008509** | **Money owed** | **District Court** | **Consent Judgment** |
| **Horizon Forest Products, LP v. Clearwater Group, Ltd. 09CVD009575** | **Money owed** | **Wake County North Carolina District Court** | **Consent Judgment** |
| **Clearwater Group, Ltd. v. Lisa and Richard Vanblarcom and Curb Appeal Properties, Inc. 07CVS016883** | **Breach of Contract** | **Wake County Courthouse North Carolina Superior court** | **Pending - Discovery** |
| **Business Leader Holding v. Clearwater Group, Ltd. 09CVD012285** | | **District Court** | **Pending** |
| **Laura Graham and James Schwartz v. Clearwater Group, Ltd. and Richard Glass 09CVS17585** | **Breach of Contract** | **Wake County Courthouse North Carolina Superior Court** | **Pending** |
| **Poole's Plumbing, Inc. v. Clearwater Group, Ltd. and Richard Glass 09CVD17388** | **Money owed** | **Wake County North Carolina District Court** | **Confession of Judgment filed September 2, 2009** |
| **Laurel- Lane Interiors, Inc. 09CVM1569** | **Claim of Lien on Real Property** | **Durham County North Carolina** | |
| **Carolina Sunrock LLC v. Clearwater Group, Ltd. 09CVS18164** | | **Wake County North Carolina Superior Court** | **Confession of Judgment filed September 14, 2009** |
| **Raleigh Contractor Sale v. Clearwater Group Ltd. 09CVM370** | | **Orange County North Carolina** | |
| **Kenneth T. Romans v. Clearwater Group Ltd. 08CVS18368** | | **Wake County North Carolina Superior Court** | |
| **Insulating Inc. v. Clearwater Group Ltd. 09CVD14349** | | **Wake County North Carolina District Court** | |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Carolina Sunrock LLC v. Clearwater Group Ltd. 09CVM4820** | | **Wake County North Carolina** | |
| **Raleigh Contractor Sale v. Clearwater Group Ltd. 09CVM5114 09CVM5115 09CVM5116** | | **Wake County North Carolina** | |
| **James A. Schwartz v. Clearwater Group Ltd. 09CVM7182 09CVM7183** | | **Wake County North Carolina** | |
| **Bedford at Falls River v. Clearwater Group Ltd. 09CVM7673 09CVM7674 09CVM7675 09CVM7676** | | **Wake County North Carolina** | |
| **Falls River Community v. Clearwater Group Ltd. 09CVM7719** | | **Wake County North Carolina** | |
| **RN Electrical Inc. v. Clearwater Group Ltd. 09CVM7734** | | **Wake County North Carolina** | |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

5

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None □   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Everett, Gaskins, Hancock & Stevens**<br>**P.O. Box 911**<br>**Raleigh, NC 27602** | | **$5,000.00** |

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

6

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Paragon Commercial Bank** | **Checking account** | **Moved to Capital Bank** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

8

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kittinger Cheney & Associates**<br>**911 Paverstone Drive**<br>**Suite A**<br>**Raleigh, NC 27615** | **2001 - Present** |

None ☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Kiytinger Cheney & Associates** | **911 Paverstone Drive**<br>**Suite A**<br>**Raleigh, NC 27615** | |

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Kittinger Cheney** | |
| **Richard B. Glass** | **2308 Sunnystone Way**<br>**Raleigh, NC 27613** |

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Paragon Bank** | |
| **SunTrust Bank** | |
| **Fifth Third Bank** | |
| **First Federal Bank** | |
| **Regions Bank** | |
| **Wake Forest Federal** | |

9

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|---|---|
| DATE OF INVENTORY | RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Richard Glass**<br>**2308 Sunnystone Way**<br>**Raleigh, NC 27615** | **President** | **50%** |
| **John M. Toomey**<br>**800 Reading Circle**<br>**Raleigh, NC 27615** | **VP** | **50%** |

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Richard Glass** | | **Household & Utilities**<br>**$1,444.60** |
| **Richard Glass** | | **Charges & Meals**<br>**$2,077.84** |
| **Richard Glass** | | **Health Insurance**<br>**$17,034.50** |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Richard Glass** | | **Other** **$6,170.31** |
| **John Toomey** | | **Household & Utilities** **$791.26** |
| **John Toomey** | | **Charges & Meals** **$ 7,185.27** |
| **John Toomey** | | **Health Insurance** **$ 9,729.20** |
| **John Toomey** | | **Interest on HEL** **$ 4,677.58** |
| **John Toomey** | | **Other** **$ 2,561.67** |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☐   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)
**American Funds - Simple IRA**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **October 22, 2009**                    Signature   **/s/ Richard Glass**
                                                            **Richard Glass**
                                                            **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Clearwater Group, Ltd.**

Case No. _____

Debtor(s)

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept............................................................ | $ | **5,000.00** |
| Prior to the filing of this statement I have received............................................... | $ | **5,000.00** |
| Balance Due.............................................................................................................. | $ | **0.00** |

2.    The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3.    The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value and exemption planning.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 22, 2009**

**/s/ Bill Janvier**
**Bill Janvier**
**Everett, Gaskins, Hancock & Stevens**
**127 West Hargett St.**
**Suite 600**
**Raleigh, NC 27601**
**(919) 755-0025   Fax: (919) 755-0009**

---

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Clearwater Group, Ltd.**
_____  Case No. _____

Debtor(s)  Chapter  **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 22, 2009**
_____

**/s/ Richard Glass**
_____
**Richard Glass/President**
Signer/Title

1st Choice Cabinetry
Attn: Managing Agent
2620 Westinghouse Blvd.
Raleigh, NC 27604

1st Choice Custom Concre
Attn: Managing Agent
P.O. Box 995
Youngsville, NC 27596

A Perfect Kleen
Attn: Managing Agent
110 Thomerson Ln.
Louisburg, NC 27549

A&B Building, Inc.
Attn: Managing Agent
2429 Laurel Falls Lane
Raleigh, NC 27603

AAA Cooper Transportatio
Attn: Managing Agent
P.O. Box 6827
Dothan, AL 36302-6827

AAW Inc.
Attn: Managing Agent
13900 S Broadway
Los Angeles, CA 90061

ABC Best Concrete Work
Attn: Managing Agent
PO BOX 1834
Smithfield, NC 27577

ABC Detailing
Attn: Managing Agent
107 Chessington Court
Cary, NC 27513

ABC Supply Co, Inc
Attn: Managing Agent
301 Perimeter Point Blvd.
Winston-Salem, NC 27105

Absolute Stone
Attn: Managing Agent
8055 Chapel Hill Road
Cary, NC 27513

Abu Sharifuzzaman & Tahmina Akhtar
1604 Stannard Trail
Raleigh, NC 27612

Accent Imaging
Attn: Managing Agent
6503 Hilburn Drive
Raleigh, NC 27613

Access Ability, Inc
Attn: Managing Agent
962 Trinity Rd
Raleigh, NC 27607

Acculine Survey
Attn: Managing Agent
2555 Capitol Drive, Ste D
Creedmoor, NC 27522

Acculine Surveying
Attn: Managing Agent
2555 Capitol Drive, Ste. D
Creedmoor, NC 27522

Ace Laser Recycling, Inc
Attn: Managing Agent
P.O. Box 2604
Sanford, NC 27331

Action-Garner Glass Co.
Attn: Managing Agent
P.O. Box 1689
Apex, NC 27502

Adam & Tiffany Neijna
305 Dunwoody Dr
Raleigh, NC 27615

Adam Foss
5120 Cottage Bluff Lane
Knightdale, NC 27545

Adam Neijna, PLLC
Attn: Managing Agent
8951 Harvest Oaks Dr., Ste.101
Raleigh, NC 27615

Adam R Taylor
808 Dothan Ct
Raleigh, NC 27614

Adam Taylor
Attn: Managing Agent
808 Dothan Court
Raleigh, NC 27614

Adams Products Company
Attn: Managing Agent
P.O. Box 281479
Atlanta, GA 30384-1479

Adela Castillo
Attn: Managing Agent
9341 Woodlief Road
Wake Forest, NC 27587-8991

AFLAC
Attn: Managing Agent
1932 Wynnton Rd
Columbus, GA 31999

Aldridge, Donald
Attn: Managing Agent
113 Burnham Court
Garner, NC  2729

Alex & Elisabeth Schroder
9105 Reedham Oaks Ct
Raleigh, NC 27615

Alfredo Serrano
Attn: Managing Agent
7516 Old Bunch Road
Wendell, NC 27591

All About Garage Doors
Attn: Managing Agent
356 East Fourth Street
Wendell, NC 27591

All Carolina Crane
Attn: Managing Agent
6108 Triangle Drive
Raleigh, NC 27617

All South Supply
Attn: Managing Agent
1001 Corporation Parkway
Raleigh, NC 27610

Allen's Siding
Attn: Managing Agent
9236 Mangum Dairy Rd
Wake Forest, NC 27587

Allied Fence Co.
Attn: Managing Agent
5840 Lease Lane
Raleigh, NC 27613

Alvin & Marqueda Welton
3 Chevoit Ct
Durham, NC 27712

American Concrete Cuttin
Attn: Managing Agent
P.O. Box 49512
Greensboro, NC 27419

American Funds Service
Attn: Managing Agent
PO Box 2560
Norfolk, VA 23501-2560

American International C
Attn: Managing Agent
P.O. Box 382014
Pittsburgh, PA 15250-8014

American Products, Inc.
Attn: Managing Agent
P.O. Box 890659
Charlotte, NC 28289-0659

AmeriGas
1503 W Garner Road
Garner, NC 27529-2811

Ammons Pittman Realty
Attn: Managing Agent
911 Paverstone Dr. #A
Raleigh, NC 27615

AMP Electrical Contracto
Attn: Managing Agent
1121 Chilmark Ave
Wake Forest, NC 27587

Angie's List
Attn: Managing Agent
1030 East Washington Street
Indianapolis, IN 46202

Ann-Marie Haigh
2520 Hiking Trail
Raleigh, NC 27615

Anne-Marie Haigh
2520 Hiking Trail
Raleigh, NC 27615

Apex Marble & Granite
Attn: Managing Agent
P.O. Box 181
Apex, NC 27502-0181

Apex Saunas & Wine Cell
Attn: Managing Agent
8 Dundas Circle, Ste F
Greensboro, NC 27407

Appalachian Woodwrights
Attn: Managing Agent
P.O. Box 984 728 East Union St
Morganton, NC 28680

Appliance World
Attn: Managing Agent
5910-125 Duraleigh Road
Raleigh, NC 27612

Aqua North Carolina, Inc
Attn: Managing Agent
P.O. Box 1229
Newark, NJ 07101-1229

ARAMARK
Attn: Managing Agent
1057 Solutions Center
Chicago, IL 60677-1000

Araneda Law Firm
Attn: Managing Agent
PO Box 31383
Raleigh, NC 27622-1383

Arcadia Consulting
Attn: Managing Agent
302 Jefferson Street, Suite 200
Raleigh, NC 27605

Arch PAGING
Attn: Managing Agent
P.O. Box 660770
Dallas, TX 75266

Architectural Concrete
Attn: Managing Agent
101 Johnston Circle
Palmetto, GA 30268

Ardnek Footings, Inc.
Attn: Managing Agent
409 Arborhill Lane
Holly Springs, NC 27540

Armfield Flooring Center
Attn: Managing Agent
P.O. Box 890556
Charlotte, NC 28289-0556

ASPYRE
Attn: Managing Agent
1053 Bullard Court
Raleigh, NC 27615

Associated Scaffolding
Attn: Managing Agent
PO Box 2129
Durham, NC 27702-2129

Atlantic Whirlpools, Inc
Attn: Managing Agent
8721 Glenwood Ave
Raleigh, NC 27617

Audio Advice
8621 Glenwood Ave
Raleigh, NC 27617

Aurelio A Cervantes
Attn: Managing Agent
2520 Garner Road  #146
Garner, NC 27610

B & B Contracting
Attn: Managing Agent
4529 Goosehaven Lane
Holly Springs, NC 27540

Balance Point, Inc.
Attn: Managing Agent
201 Frostwood Drive
Cary, NC 27518-7027

Bank of America
Attn: Managing Agent
PO BOX 17309
Baltimore, MD 21297-1309

Barry L. Scott & Co.
Attn: Managing Agent
P.O. Box 12493
Raleigh, NC 27605

Basinger, Inc.
Attn: Managing Agent
26 Autumn Drive
Franklinton, NC 27525

Bass, Nixon, & Kennedy
Attn: Managing Agent
6310 Chapel Hill Rd. Ste 250
Raleigh, NC 27607

Bateman's Stone Masonry
Attn: Managing Agent
5001 Martin Farm Rd
Raleigh, NC 27613

Batteries Plus
Attn: Managing Agent
4907 Atlantic Avenue
Raleigh, NC 27604

BB&T
Bankruptcy Section
PO Box 1847
Wilson, NC 27894

Beautimar Manufacted Mar
Attn: Managing Agent
1221 Home Court
Raleigh, NC 27603

Bedford @Falls River HOA
Attn: Managing Agent
PO BOX 97006
Raleigh, NC 27624-7006

Bell South
Attn: Managing Agent
PO Box 33009
Charlotte, NC 28243-0001

Bender Kitchen & Bath De
Attn: Managing Agent
735 Pershing Rd.
Raleigh, NC 27608

Bennie & Susan Glenn
6206 Treyburn Point Dr
Durham, NC 27712

Bennie & Susan Glenn
6206 Treyburn Point
Durham, NC 27712

Best Rent-All, Inc
Attn: Managing Agent
2410 Guess Rd
Durham, NC 27705

Best Tile
Attn: Managing Agent
P.O. Box 909
Ludlow, MA 01056

Better Business Bureau of Eastern
Attn: Managing Agent
5540 Munford Road, Suite 130
Raleigh, NC 27612-2655

Bill Ryan
Attn: Managing Agent
5912 Orchid Valley Rd.
Raleigh, NC 27613

Billy Huff General Svcs.
Attn: Managing Agent
7911 North Creek Rd.
Willow Springs, NC 27592

Bitting Electric, Inc.
Attn: Managing Agent
508 Old Apex Rd.
Cary, NC 27511

Black & Decker
Attn: Managing Agent
P.O. Box 98692
Chicago, IL 60693

Bland Grading & Hauling
Attn: Managing Agent
1616 Sharecake Rd
Clinton, NC 28328

Blinson Service Co.
Attn: Managing Agent
7228 Becky Circle
Raleigh, NC 27615

Blue Cross Blue Shield
Attn: Managing Agent
P.O. Box 580017
Charlotte, NC 28258-0017

Blue Tarp
Attn: Managing Agent
P.O. Box 930765
Kansas City, MO 64193

Bob Weslowski
Attn: Managing Agent
4408 Quail Hollow Drive
Raleigh, NC 27609

Bollinger Door Company
Attn: Managing Agent
107 Valley Park Drive
Knightdale, NC 27545

Boyd Poisel
Attn: Managing Agent
4901 Swisswood Drive
Raleigh, NC 27613

Boylan; Thomas P.
7404 Stonecliff Drive #103
Raleigh, NC 27615

BP Grading, Inc.
Attn: Managing Agent
419 John Jones Road
Bahama, NC 27503

Bradley & Sarah Gross
1701 Wysong Ct
Raleigh, NC 27612

Branch Banking & Trust
Attn: Managing Agent
P. O. Box 580002
Charlotte, NC 28258-0002

Brandco
Attn: Managing Agent
6317 J. Richard Drive
Raleigh, NC 27617

Brandco Inc.
Attn: Managing Agent
P. O. Box 90005
Raleigh, NC 27675

Brandywine, LLC
Attn: Managing Agent
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

Brandywine, LLC
Attn: Managing Agent
3920 Dover Road
Durham, NC 27707

Brannan Garage Doors
Attn: Managing Agent
201 Weldon Drive
Clayton, NC 27520

Brazeal LLC
Attn: Managing Agent
2660-D Yonkers Rd.
Raleigh, NC 27604

Brent L. Gaskins
Attn: Managing Agent
113 Gregory Manor
Youngsville, NC 27596

Brian & Amy Smith
4804 Metcalf Dr
Raleigh, NC 27612

Brian & Dana Kachel
9401 Carlswood Ct
Raleigh, NC 27613

Brian & Deborah Hadley
10417 Whitestone Dr
Raleigh, NC 27615

Brian Kachel
Attn: Managing Agent
9401 Carlswood Court
Raleigh, NC 27613

Brooks Building Products
Attn: Managing Agent
3401 Tarheel Drive
Raleigh, NC 27609

Brown Brothers Plumbing
Attn: Managing Agent
P.O. Box 15668
Durham, NC 27704

Bruce N. Rice Building
Attn: Managing Agent
95 Traylee Drive
Wake Forest, NC 27587

Builder Products, Inc.
Attn: Managing Agent
PO Box 41386
Raleigh, NC 27629

Builders FirstSource
Attn: Managing Agent
P.O. Box 65178
Charlotte, NC 28265-5178

Builders Mutual Insur.
Attn: Managing Agent
P.O. BOX 900027
Raleigh, NC 27675

Builders Risk Plan
Attn: Managing Agent
P.O. Box 31353
Tampa, FL 33631-3353

BUILDSOFT
Attn: Managing Agent
4001 Weston Pkwy Ste 150
Cary, NC 27513

Burke Brothers Hardware
Attn: Managing Agent
5227 Hillsborough Street
Raleigh, NC 27606

Burns,Day&Presnell,PA
Attn: Managing Agent
PO BOX 10867
Raleigh, NC 27605

Burt V. Greene
Attn: Managing Agent
3303 Tarheel Club House Rd.
Raleigh, NC 27604

Business Leader International
3801 Wake Forest Ave.
Suite 215
Raleigh, NC 27609

Business Machines, Inc
Attn: Managing Agent
3121-C Glen Royal Rd
Raleigh, NC 27617-7403

Business Machines, Inc.
Attn: Managing Agent
3121-C Glen Royal Road
Raleigh, NC 27617-7403

Byrd Distributors
Attn: Managing Agent
240 Forlines Road
Winterville, NC 29590

C&Z Drywall
Attn: Managing Agent
1119 Delham Road
Knightdale, NC 27545

Caharles & Lisa Ervin
1417 Colonial Club Rd
Wake Forest, NC 27587

Camden Plumbing
9313 US 401N
Fuquay Varina, NC 27526

Campbell Oil & Gas
Attn: Managing Agent
P.O. Box 1056
Youngsville, NC 27596

Capital Associates
Attn: Managing Agent
1100 Crescemt Green, Suite 115
Cary, NC 27511

Capital City Lumber
Attn: Managing Agent
4216 Beryl Road
Raleigh, NC 27606

Capitol City Lumber Co.
Attn: Managing Agent
4216 Beryl Road
Raleigh, NC 27636

Carlson Design, Inc
Attn: Managing Agent
3101-201 Hemlock Forest Circle
Raleigh, NC 27612

Carol Goodson
7912 Sutterton Court
Raleigh, NC 27615

Carolina Building
Attn: Managing Agent
4517 Deer Stream Lane
Raleigh, NC 27603

Carolina Debris, Inc.
Attn: Managing Agent
3755 Benson Drive
Raleigh, NC 27609

Carolina Garage Doors
Attn: Managing Agent
735 Beasley Lane
Havelock, NC 28532

Carolina Laminates
Attn: Managing Agent
912 Flanders St.
Garner, NC 27529

Carolina Marble &Granite
Attn: Managing Agent
1117 Corporation Pkwy
Raleigh, NC 27610

Carolina Solar Control
Attn: Managing Agent
6748 Market Street
Wilmington, NC 28405

Carolina Sunrock, LLC
Attn: Managing Agent
P.O. Box 890390
Charlotte, NC 28289-0390

Cathy Cummings
1508 Gibbs Hill Ct
Raleigh, NC 27613

Chad & Susan LaFon
12105 Ballybrook Ct
Raleigh, NC 27614

Carolina Tapping & Utili
Attn: Managing Agent
671 City Road
Clayton, NC 27520

Caudle Sand & Rock Co.
Attn: Managing Agent
P.O. Box 27396
Raleigh, NC 27611

Chad Whichard
2415 Glenwood Ave
Raleigh, NC 27608

Carolina Telecom
Attn: Managing Agent
556 East Chatham Stree
Cary, NC 27511

Cawthorne, Moss & Pancie
Attn: Managing Agent
333 S. White St. P.O. Box 1253
Wake Forest, NC 27588

Charles & Tina Lanier
2413 Smokerise Ct
Raleigh, NC 27615

Carolina Tile & Stone, L
Attn: Managing Agent
9401 Carlswood Ct.
Raleigh, NC 27613

CDN Copper & Sheet Meta
Attn: Managing Agent
2126 Timberlake Drive
Raleigh, NC 27604

Charles Cabinets
Attn: Managing Agent
PO Box 459
Four Oaks, NC 27524

Carrie Barbee
Ragsdale Liggett, PLLC
PO Box 31507
Raleigh, NC 27622

CEI
Attn: Managing Agent
P.O. Box 90635
Raleigh, NC 27675

Charles W. Glass
2805 Shofield Court
Raleigh, NC 27615

Carroll Service Co., INC
Attn: Managing Agent
P.O. Box 284
Garner, NC 27529

Celey's Quality Plumbing
Attn: Managing Agent
8991 NC 27 East
Benson, NC 27504

Charles W. Glass
Attn: Managing Agent
2805 Shofield Court
Raleigh, NC 27615

Case Engineered Lumber
Attn: Managing Agent
4650 Thurmon Tanner Parkway
Flowery Branch, GA 30542

Central Carolina Soil
Attn: Managing Agent
6325-9 Falls of Neuse Rd.
Raleigh, NC 27615

Charles W. Glass
2805 Shofield Ct
Raleigh, NC 27615

Cason Builders Supply
Attn: Managing Agent
203 West King Street
East Flat Rock, NC 28726

Century Tel
Attn: Managing Agent
PO Box 4300
Carol Stream, IL 60197

Chase Card
Attn: Managing Agent
P.O. Box 15153
Wilmington, DE 19886-5153

Cast Iron Elegance, Inc.
Attn: Managing Agent
66 Mel's Meadow Drive
Fuquay Varina, NC 27526

CenturyTel
Attn: Managing Agent
P.O. BOX 4300
Carol Stream, IL 60197-4300

Chase Visa
Attn: Managing Agent
P.O. Box 15153
Wilmington, DE 19886-5153

Choice Landcare
Attn: Managing Agent
9113 Sulkirk Dr.
Raleigh, NC 27617

Choice Pool & Spa
Attn: Managing Agent
3501 Capital Blvd. Ste 124
Raleigh, NC 27604-3370

Christopher & Jennifer Mitscherlich
9508 Bartons Creek Rd
Raleigh, NC 27615

Christopher & Kimberly McKeel
8506 Meadowview Ln
Durham, NC 27503

Circle B Builders, Inc.
Attn: Managing Agent
7209 Martin Road
Zebulon, NC 27597

Clausen Instrument Co.
Attn: Managing Agent
5508 Old Wake Forest Rd
Raleigh, NC 27609

Clear-Vue Glass
Attn: Managing Agent
121 N. Gregson Street
Durham, NC 27701

Clift & Co. Pools & Spa
Attn: Managing Agent
4700 Capital Blvd.
Raleigh, NC 27604

Coastal Carolina Pumping
Attn: Managing Agent
PO Box 241185
Charlotte, NC 28224-1185

Coastal Federal Credit U
Attn: Managing Agent
PO BOX 58429
Raleigh, NC 27658

Coastal Federal Credit U
Attn: Managing Agent
PO BOX 58429
Raleigh, NC 27658-8429

Coastal Federal Credit Union
Attn: Managing Agent
PO BOX 58429
Raleigh, NC 27658-8429

Coldwell Banker HPW
Attn: Managing Agent
1001 Wade Avenue, Suite 102
Raleigh, NC 27605

Coopers Pest Control
Attn: Managing Agent
PO Box 17032
Raleigh, NC 27619

Corbett Tile Distributor
Attn: Managing Agent
828 Purser Drive
Raleigh, NC 27603

Core Publishing
Attn: Managing Agent
1821 Hillandale Rd., Suite 1B
Durham, NC 27705

Crafttech Builders
Attn: Managing Agent
104 Furches St
Raleigh, NC 27607

Craig & Dawn Williamson
2701 Peachleaf St.
Wake Forest, NC 27587

Creative Tile Design
Attn: Managing Agent
610 North Orange Avenue
Dunn, NC 28334

Creedmoor Land, LLC
c/o Capital Associates
1100 Crescent Green, Suite 115
Cary, NC 27511

Creedmoor Partners, LLC
Attn: Managing Agent
8310 Bandford Way
Raleigh, NC 27615

Crescent State Bank
Attn: Managing Agent
PO Box 5809
Cary, NC 27512-5809

Cross + Associates
Attn: Managing Agent
5400 Glenwood Ave., Suite 412
Raleigh, NC 27612

Currin Brothers
1610 Wolfpack Lane
Raleigh, NC 27609

Curvemakers, Inc.
Attn: Managing Agent
612 W. Hargett St
Raleigh, NC 27603

Custom Brick Company
Attn: Managing Agent
P.O. Box 6245
Raleigh, NC 27628

Custom Glass & Doors
Attn: Managing Agent
5301 Hillsborough Street
Raleigh, NC 27606

Custom Overhead Doors
Attn: Managing Agent
P.O. Box 18632
Raleigh, NC 27619

Cynthia C. Boulus
Attn: Managing Agent
1113 Vannstone Drive
Raleigh, NC 27603

D & D Production Const.
Attn: Managing Agent
3816 Sue Ellen Drive
Raleigh, NC 27604

D Builders Force, LLC
Attn: Managing Agent
8821-B Gulf Court
Raleigh, NC 27617

D Cubed Builders, Inc.
Attn: Managing Agent
314 Magnolia Breeze Court
Apex, NC 27502

Dan Urdaneta
PO BOX 71580
Durham, NC 27722

Daniel & Amy Robinson
1648 Stannard Trail
Raleigh, NC 27612

Danny Dunn
Attn: Managing Agent
PO BOX 1573
Hereford, AZ 85615

Darco Landscaping, LLC
Attn: Managing Agent
13109 Bold Run Hill Rd
Wake Forest, NC 27587

Darrell G. Chalk Truckin
Attn: Managing Agent
3311 US 1 Hwy
Franklinton, NC 27525

Darren E. Schenkel
Attn: Managing Agent
6806 Blalock Rd.
Bahama, NC 27503

David & Cassandra Gallagher
1710 Vintage Hill Pkwy
Durham, NC 27712

David & Heather Perguidi
812 Oxgate Circle
Raleigh, NC 27615

David & Lynn Reynolds
4804 Poland Place
Raleigh, NC 27609

David & Megan Beaver
1406 Sycamore Street
Raleigh, NC 27604

Davis Well Drilling
Attn: Managing Agent
702 West Green St.
Franklinton, NC 27525

Daylight Transport, LLC
Attn: Managing Agent
P.O. Box 93155
Long Beach, CA 90809

DBA Darco (do not use)
Attn: Managing Agent
13109 Bold Run Hill Rd.
Wake Forest, NC 27587

Debra Slaughter
5705 Partridge Ln
Raleigh, NC 27609

Debris Removal, LLC
Attn: Managing Agent
3209 Gresham Lake Rd., Ste.114
Raleigh, NC 27615

Decked Out, Inc.
Attn: Managing Agent
3205 Arrowwood Drive
Raleigh, NC 27604

Decktech Construction
Attn: Managing Agent
7361 Berkshire Downs Drive
Raleigh, NC 27616

Deluxe Business Forms
Attn: Managing Agent
P.0. Box 64500
St. Paul, MN 55164-0500

Design Lines
Attn: Managing Agent
1611 Jones Franklin Rd Ste 101
Raleigh, NC 27606

Design Surfaces, Inc.
Attn: Managing Agent
1212 Front Street
Raleigh, NC 27609

Design Towne Co.
Attn: Managing Agent
837 Valerie Drive
Raleigh, NC 27606

Development Resource Group
Attn: Managing Agent
6521 Meridien Drive, Suite 101
Raleigh, NC 27616

Diamond Glass & Mirror
Attn: Managing Agent
P.O. Box 460
Zebulon, NC 27597-460

Dickerson Hearth Product
Attn: Managing Agent
4821 Hargrove Road
Raleigh, NC 27616

Door Store of America
Attn: Managing Agent
8732 Glenwood Ave
Raleigh, NC 27617

Dottie Diener
Attn: Managing Agent
6419 New Market Way
Raleigh, NC 27615

Doug McClanahan
McClanahan Law Firm, PLLC
343 East Six Forks Road, Suite 388
Raleigh, NC 27609

Dr. Donald A. & Susan L. Sugar
4813 Wynneford Way
Raleigh, NC 27614-9498

Dreambuilders Enterprise
Attn: Managing Agent
6224 Powell Ridge Rd
Holly Springs, NC 27540

Duke Power
Attn: Managing Agent
PO Box 70516
Charlotte, NC 28272

DUN-RITE Constr. Co.
Attn: Managing Agent
P.O. Box 768
Creedmoor, NC 27522

Duncan Parnell
Attn: Managing Agent
P.O. Box 35649
Charlotte, NC 28235

Durham County
Attn: Managing Agent
200 E. Main St.
Durham, NC 27701

Durham County
Attn: Managing Agent
PO Box 3397
Durham, NC 27702

Durham, City of
Attn: Managing Agent
P.O. Box 591
Durham, NC 27702

Durham, City of(Inspect)
Attn: Managing Agent
PO BOX 591
Durham, NC 27702

Duron Inc.
Attn: Managing Agent
8327 Creedmoor Road
Raleigh, NC 27613

Duron Paints & Wallcoverings
Attn: Managing Agent
8327 Creedmoor Road
Raleigh, NC 27613

E&J Home Improvements
Attn: Managing Agent
7212 Mira Mar Place
Wake Forest, NC 27587

E&R Contracting
Attn: Managing Agent
2501 Blue Ridge Road Suite 150
Raleigh, NC 27607

E.B. Smith Const.
Attn: Managing Agent
P.O. Box 515
Selma, NC 27576

E.J. Kidd & Co.
Attn: Managing Agent
2620 Discovery Drive
Raleigh, NC 27616

E.K.S. Wall System
Attn: Managing Agent
305 Paprika Ct.
Raleigh, NC 27614

Eagle Point Properties
Attn: Managing Agent
PO Box 1422
Holly Springs, NC 27540-1422

East Wake Lighting
Attn: Managing Agent
7316 Siemens Rd
Wendell, NC 27591

Eastern Building Comp.
Attn: Managing Agent
PO Box 12305
New Bern, NC 28561

Eastern Insulation
Attn: Managing Agent
P.O. Box 15400
Durham, NC 27704

Eastern Insulation
Attn: Managing Agent
2425 Kiss Drive
Durham, NC 27704

Eddie Goodman
Attn: Managing Agent
171 Morgan Parkway
Zebulon, NC 27597

Eddie's Construction,INC
Attn: Managing Agent
P.O. Box 1393
Knightdale, NC 27545

Edge Development, Inc
Attn: Managing Agent
1544 Pope Road
Creedmoor, NC 27522

Edward & Irene Jensen
1517 O'Brien Circle
Wake Forest, NC 27587

Elkin & Associates, LLC
Attn: Managing Agent
PO BOX 35470
Charlotte, NC 28535

Emily Denhoed
Attn: Managing Agent
1208 Cliffside Circle
Raleigh, NC 27615

Emily Gail Currin
Attn: Managing Agent
8900 Gearbox Drive
Wake Forest, NC 27587

Employment Security Comm
Attn: Managing Agent
P.O. Box 26504
Raleigh, NC 27611-6504

Engineering Consulting
Attn: Managing Agent
14026 Thunderbolt Pl. Suite100
Chantilly, VA 20151-3232

Erin Robinson
Attn: Managing Agent
12 Monteith Court
Durham, NC 27713

Ethan J. Fleischer
Bugg & Wolf, PA
PO Box 2917
Durham, NC 27715

Excel Telecommunications
Attn: Managing Agent
P.O. Box 78466
Phoenix, AZ 85062

Fabulous Faux Finishes
Attn: Managing Agent
2744 Horseman's Ridge Drive
Clayton, NC 27520

Fairway Green
Attn: Managing Agent
3219 Northside Drive
Raleigh, NC 27615-4126

Falls River Community
Attn: Managing Agent
P.O. Box 19309
Charlotte, NC 28219

Falls River Community
Attn: Managing Agent
PO Box 19309
Charlotte, NC 28219

February & Associates
Attn: Managing Agent
P. O. Box 5427
Cary, NC 27512

Federal Express
Attn: Managing Agent
P.O. Box 1140
Memphis, TN 38101-1140

Felipe G. Ortiz
Attn: Managing Agent
416-G Hensley Drive
Ralwigh, NC 27615

Ferguson Enterprises,Inc
Attn: Managing Agent
P.O. Box 100286
Atlanta, GA 30384-0286

Fidelity Bank
Attn: Managing Agent
P.O. Box 1469
Fuquay Varina, NC 27526

Fifth Third Bank
Attn: Managing Agent
6310 Fairview Road
Charlotte, NC 28210

Fifth Third Bank
Attn: Managing Agent
PO BOX 630337
Cincinnati, OH 45263-0337

Fine Woodworks
Attn: Managing Agent
9620 Barton Creek Road
Raleigh, NC 27615

Fireside Hearth and Home
Attn: Managing Agent
P.O. Box 75003
Baltimore, MD 21275

First Citizen's Bank
Attn: Managing Agent
P.O. Box 29514
Raleigh, NC 27626-0514

First Federal Bank
Attn: Managing Agent
200 East Divine Street
Dunn, NC 28334

First Federal Bank
Attn: Managing Agent
PO Box 1049
Dunn, NC 28335

First Indiana Bank
Attn: Managing Agent
135 N Pennsylvania Street
Indianapolis, IN 46204-2464

Flavio W. Molina Mireles
Attn: Managing Agent
5510 Lacy Rd
Durham, NC 27713

Fleishmann's Tree Servic
Attn: Managing Agent
4217 Boxwood Rd
Raleigh, NC 27612

Flores, Jose   " Israel"
109 Gower Circle
Garner, NC 27529

Ford & Associates Apprai
Attn: Managing Agent
P.O. Box 41081
Raleigh, NC 27629

ForeSome, Inc.
Attn: Managing Agent
200 Greenlawn Rd.
Vestal, NY 13850

Foss;  Adam M
5120 Cottage Bluff Lane
Knighdale, NC 27545

Franciose Construction
Attn: Managing Agent
1620 Whittington Drive
Raleigh, NC 27614

Francisco Gutierrez
Attn: Managing Agent
1699 Chalybeate Springs Road
Angier, NC 27501

Frank's Appliance Repair
Attn: Managing Agent
204 Grand Avenue
Raleigh, NC 27606

Franklin County
Attn: Managing Agent
P.O. Box 503
Louisburg, NC 27549

Freeman's Grading
Attn: Managing Agent
6018 NC 96 Hwy. West
Youngsville, NC 27596

G&S Iron Designs
Attn: Managing Agent
2100 Garner Rd.
Raleigh, NC 27610

G&S Welding
Attn: Managing Agent
P.O. Box 2328
Raleigh, NC 27602

GarageTek
Attn: Managing Agent
2200 N. Church St.
Greensboro, NC 27405

Garden & Art Landscapes
Attn: Managing Agent
5732 N. Hawthorne Way
Raleigh, NC 27613

Garner TV & Appliance
Attn: Managing Agent
875 Hwy 70 West
Garner, NC 27529

Garrett Transport & Land
Attn: Managing Agent
1204 Lake Glad Road
Wendell, NC 27591

Gayle DiLalla
1617 Stannard Trail
Raleigh, NC 27612

General American Door Co
Attn: Managing Agent
2420 Magnolia Ct
Richmond, VA 23223

General Materials
Attn: Managing Agent
P.O. Box 751955
Charlotte, NC 28275-1955

General Rental
Attn: Managing Agent
6925 Old Wake Forest Rd
Raleigh, NC 27616

General Rental Center
Attn: Managing Agent
3512 Wortham Street
Durham, NC 27705

General Shale Brick
Attn: Managing Agent
P.O. Box 75819
Charlotte, NC 28275

Generate Design
Attn: Managing Agent
8311 Six Forks Road   Ste 201
Raleigh, NC 27615

Glass, Carol
Attn: Managing Agent
12104 Ballybrook Ct
Raleigh, NC 27614-8350

Glass, Richard
Attn: Managing Agent
2308 Sunnystone Way
Raleigh, NC 27613-6081

Glenn & Eileen Taylor
808 Dothan Ct
Raleigh, NC 27614

Goldston Well Drilling
Attn: Managing Agent
302 Saint Andrews Lane
Cary, NC 27511

Goodwin Sand & Gravel
Attn: Managing Agent
P.O. Box 25851
Raleigh, NC 27611

Gordan Parisoe
Attn: Managing Agent
12417 Moriah Way
Raleigh, NC 27614

Grainger
Attn: Managing Agent
4820 Signett Drive
Raleigh, NC 27615-1977

Grate Expectations
Attn: Managing Agent
420 Wood Road
Pittsboro, NC 27312

Gray, Inc
Attn: Managing Agent
1505 Capital Blvd Ste 14C
Raleigh, NC 27603

Greco Family Inc.
Attn: Managing Agent
166 Serenity Drive
Smithfield, NC 27577

Greg & Coutney Beyer
10904 Magic Hollow Ct
Raleigh, NC 27614

Gregory L. Cherry
Attn: Managing Agent
1519 MacDonald Ave
Garner, NC 27529

Greycliff HOA
Attn: Managing Agent
8368-204 Six Forks Road
Raleigh, NC 27615

Guaranteed Supply Co.
Attn: Managing Agent
P.O. Box 36030
Greensboro, NC 27416-6030

Gulley's Backhoe Service
Attn: Managing Agent
308 Rand Road
Raleigh, NC 27603

Guy C Lee
Attn: Managing Agent
900 N. Salem Street
Apex, NC 37502

Haigh, Anne-Marie
Attn: Managing Agent
2520 Hiking Trail
Raleigh, NC 27615

Hamm's Professional Tree
Attn: Managing Agent
3935 Colorado Ave.
Durham, NC 27707

Hanson Aggregates Caroli
Attn: Managing Agent
PO Box 730510
Dallas, TX 75373-0510

Hard-Mar, Inc.
Attn: Managing Agent
P.O. Box 884
Youngsville, NC 27596

Harris Appraisal Service
Attn: Managing Agent
5836 Faringdon Place, Suite 2
Raleigh, NC 27609

HBC Audio & Communicatio
Attn: Managing Agent
744 Parkridge Dr.
Clayton, NC 27520

Heater Utilities, Inc.
Attn: Managing Agent
202 Mac Kenan Court
Cary, NC 27511

Hector G Maldonado
9341Woodlief Road
Wake Forest, NC 27587

Hector Maldonado Galvan
9341 Woodlief Road
Wake Forest, NC 27587

Henry & Clara Felder
1808 Haddington Ct
Durham, NC 27712

Henry & Linda Landau
1800 Pony Run Rd
Raleigh, NC 27615

Henry & Susan Howes
1816 Stannard Trail
Raleigh, NC 27612

Henson Building Material
Attn: Managing Agent
177 Duke Street
Forest City, NC 28043

Heritage Of Wake Forest
Attn: Managing Agent
PO BOX 97243
Raleigh, NC 27624

Heritage Point Homeowners Assoc.
c/o Neil Johnson, President
2226 Valley Forge Drive
Raleigh, NC 27615

HERTZ
Attn: Managing Agent
PO BOX 26390
OKLAHOMA CITY, OK 73126-0390

Hertz Equipment Rental
Attn: Managing Agent
P.O. Box 650280
Dallas, TX 75265-0280

Hestand Associates, Inc
Attn: Managing Agent
P.O. Box 17128
Raleigh, NC 27619

Home Builders, Ral-Wake
Attn: Managing Agent
5580 Centerview Drive, Ste.115
Raleigh, NC 27606-3390

Home Improvement Svcs.
Attn: Managing Agent
P.O. Box 1409
Clayton, NC 27528

Homes By Harry Krohn
Attn: Managing Agent
6928 Darcy Lane
Raleigh, NC 27606

Horizon Forest Products
Attn: Managing Agent
2801 Hermitage Road
Richmond, VA 23220

Hoskot, Thomas
Attn: Managing Agent
130 Critcher Farm Lane
Benson, NC 27504

HOSPICE OF WAKE CNTY
Attn: Managing Agent
1300 St. Marys Street  #400
Raleigh, NC 27605

House of Lights of Cary
Attn: Managing Agent
264 W. Chatham St. P.O. Box 27
Cary, NC 27511

House of Lights, Inc.
Attn: Managing Agent
P.O. Box 40249
Raleigh, NC 27629-0249

Howard L. Karp
Attn: Managing Agent
135 Ridgewood Rd.
Middlesex, NC 27557

Howard Perry & Walston
Attn: Managing Agent
4112 Blue Ridge Road, Suite #2
Raleigh, NC 27612

Hubert & Monica Barkley
3708 Windmeade
Wake Forest, NC 27587

Hughes Supply, Inc.
Attn: Managing Agent
P.O. Box 75898
Charlotte, NC 28275-0898

HUMANA
Attn: Managing Agent
1100 Employers Blvd
Green Bay, WI 54344

Hunter Innovations
Attn: Managing Agent
9800 Chander Drive
Raleigh, NC 27615

Hydro-Cut
Attn: Managing Agent
P.O. Box 1262
Clayton, NC 27520

Ian & Judi Sunshine
6704 Rollingwood Dr
Raleigh, NC 27613

Ihrie Supply Company
Attn: Managing Agent
P.O. Box 1629
Wilson, NC 27894-1629

Imperial Stucco, DBA
Attn: Managing Agent
4309 Liberty Rd.
Greensboro, NC 27406

Inman Park Co. Assoc.
Attn: Managing Agent
PO Box 98358
Raleigh, NC 27624

Innovative Systems
Attn: Managing Agent
164 Corportate Blvd
Indian Trail, NC 28079

Insulating, Inc.
Attn: Managing Agent
1212 Home Court
Raleigh, NC 27603

Interior Distributors
Attn: Managing Agent
P.O. Box 277525
Atlanta, GA 30384-7525

Internal Revenue Service
Attn: Managing Agent
PO Box 1219
Charlotte, NC 28201-1219

International Granite Pr
Attn: Managing Agent
8804 Gulf Court Suite E
Raleigh, NC 27617

Interstate Lightning
Attn: Managing Agent
6709 New Strickland Lane
Raleigh, NC 27603

IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

Isais Orrostieta Bravo
Attn: Managing Agent
1108 King St.
Henderson, NC 27536

Israel Flores
109 Gower Circle
Garner, NC 27529

J. Spell Enterprises
Attn: Managing Agent
1912 Carpenter Upchurch Rd
Cary, NC 27519

J.J. Haines & Company
Attn: Managing Agent
70-A Weathers Street
Youngsville, NC 27596

Jacey Sumner
4122 Carpenter Pond Rd.
Durham, NC 27703

Jacey Sumner
4122 Carpenter Pond Road
Durham, NC 27703

Jacobs Custom Cabinets
Attn: Managing Agent
5816 Triangle Drive
Raleigh, NC 27617

James & Wen Jeng
1019 Upchurch Farm Rd
Cary, NC 27519

James B. Batts Dist. Co.
Attn: Managing Agent
2146 Stantonsburg Road
Wilson, NC 27893

Jan Beresford Trust
3320 Canoe Brook Pkwy
Raleigh, NC 27614

Jason & Casey Wood
1401 Colonial Club Rd
Wake Forest, NC 27587

Jason & Jill Edwards
1200 Coldstream Ct
Raleigh, NC 27615

JDM Design
6405 Westgate Rd
Suite 107
Raleigh, NC 27617

Jeanette Johnson
Attn: Managing Agent
8615 Windjammer Dr.
Raleigh, NC 27615

Jeff & Amy Outlaw
8512 Meadowview Ln
Durham, NC 27503

Jefferson Drywall
Attn: Managing Agent
2362 Hwy. 50 S.
Benson, NC 27504

Jeffrey & Patricia Henry
5804 Stone Spring Ct
Raleigh, NC 27613

Jeffreys Appliance Centr
Attn: Managing Agent
3514 Capital Blvd
Raleigh, NC 27604

Jenks Water Pump Service
Attn: Managing Agent
6156 Riverside Drive
Wake Forest, NC 27587

Jerry & Kathy Clayton
127 Federal House Wy
Wake Forest, NC 27587

Jerry L. Baker Masonry
Attn: Managing Agent
4034 Old Beulah Rd
Selma, NC 27576

Jesus Jimenez-Mejia
103 1/2 hardees Street
Durham, NC 27703

Jim Dvorak
Attn: Managing Agent
205 Allison Drive
Knightdale, NC 27545

Jim Krueck Wallpapering
Attn: Managing Agent
824 Wimbleton Drive
Raleigh, NC 27609

Jim Schwartz & Laura Graham
9104 Reedham Oaks Ct
Raleigh, NC 27615

Jim Schwartz and Laura Graham
9104 Reed Ham Oaks Court
Raleigh, NC 27615

JMJ Pipeline & Excavatio
Attn: Managing Agent
9408 Bartons Creek Road
Raleigh, NC 27615

Joel Powell Backhoe Svc
Attn: Managing Agent
13629 New Light Road
Raleigh, NC 27614

John & Amy Marcotte
75 Nottingham Dr
E. Longmeadow, MA 01028

John & Karen Gearing
9403 Carlswood Ct
Raleigh, NC 27613

John & Karen McKay
111 Edgewater St
Newport, NC 28570

John & Kristen Wingenbach
3212 Hiking Trail
Raleigh, NC 27615

John A McRae, PE
Attn: Managing Agent
8517 Wanstraw Way
Apex, NC 27539

John M. Toomey
800 Reading Circle
Raleigh, NC 27615

John Ostrout
Attn: Managing Agent
7112 Outrigger Drive
Wendell, NC 27591

John R. Hemphill
Ragsdale Liggett PLLC
PO Box 31507
Raleigh, NC 27622

John Toomey
800 Reading Circle
Raleigh, NC 27615

John Toomey
Attn: Managing Agent
800 Reading Circle
Raleigh, NC 27615

John Toomey
800 Redding Circle
Raleigh, NC 27615

Jonathan & Courtnay Glass
6100 Larkdale Ct
Raleigh, NC 27609

Jonathan & Monica Massey
1517 O'Brien Circle
Wake Forest, NC 27587

Jonathan Flores
147 Pebblestone Court
Willow Spring, NC 27592

Jonathan N Flores
147 Pebblestone Court
Willow Spring, NC 27592

Jones Brothers Flooring
Attn: Managing Agent
5100 Unicorn Dr. Ste. 103
Wake Forest, NC 27587

Jose Israel Flores
68 Farrah Street
Garner, NC 27529

Jose L. Sanchez
Attn: Managing Agent
411 Cooke Lane
Louisburg, NC 27549

JPH Tile & Marble Works
Attn: Managing Agent
109 Weaver Road
Youngsville, NC 27596

JRD Electric Company
Attn: Managing Agent
2023 Reaves Drive
Raleigh, NC 27608

JSTR Construction
Attn: Managing Agent
3332 Old US Hwy 1
New Hill, NC 27562

Juan Cabrera
Attn: Managing Agent
1316 Sasswood Ln.
Zebulon, NC 27597

Juan Gonzalez
Attn: Managing Agent
927 Durham Road, Ste. 108
Wake Forest, NC 27587

Juan Hernandez
Attn: Managing Agent
2007 Bundy Ave
Durham, NC 27704

Jueta Caddell & Georgia Karuntzos
1010 Ridgelift Rd
Hillsborough, NC 27278

Justin Raprager
6409 Mountain Oaks Way
Wake Forest, NC 27587

JW Distributors, Inc.
Attn: Managing Agent
1517 Buckhorn Road
Mebane, NC 27302

Karl & Rita Bongarten
8 Lakeside Ln
Durham, NC 27712

Kay & Sons Woodworks
Attn: Managing Agent
2040 Forestville Road
Wake Forest, NC 27587

Kelly's NC Pressure Wash
Attn: Managing Agent
46 Golden Heather
Chapel Hill, NC 27517

Kenwood Reserve HOA
Attn: Managing Agent
8368 Six Forks Road Ste 204
Raleigh, NC 27615

Kenwood Reserve Homeowners Assoc
Attn: Managing Agent
8368 Six Forks Road, Suite 204
Raleigh, NC 27615

Kevin & Kathy Lavin
6016 Glenthorne Drive
Raleigh, NC 27613

Kevin Nesline
1116 Berwyn Way
Raleigh, NC 27615

KeyStone Consulting
Attn: Managing Agent
4246 Louisburg Rd.
Raleigh, NC 27616

Kidd Well Drilling LLC
Attn: Managing Agent
13408 Old Creedmoor Rd
Wake Forest, NC 27587

Kitchen & Bath Galleries
Attn: Managing Agent
275 Hwy 54 W
Durham, NC 27713

Kittinger,Cheney & Assoc
Attn: Managing Agent
911 Paverstone Drive, Ste. A
Raleigh, NC 27615

Klingspor's Woodworking
Attn: Managing Agent
PO box 5069
Hickory, NC 28603-5069

Kristine M Segovia
9413 Woodlief Road
Wake Forest, NC 27587

Kristine Segovia
Attn: Managing Agent
9413 Woodlief Road
Wake Forest, NC 27587

Kristine Segovia
11215 Featherbrook Rd  #2D
Charlotte, NC 28262

Kyle Hancock
7932 Ligon Mill Road
Wake Forest, NC 27587

Kyle Hancock
Attn: Managing Agent
7932 Ligon Mill Road
Wake Forest, NC 27587

Kyle Hancock
7932 Ligon Mill Rd
Wake Forest, NC 27587

Lab Distributing
Attn: Managing Agent
P.O. Box 40548
Raleigh, NC 27629

Lafmin & Tonya Morgan
2304 Vintage Hill Dr
Durham, NC 27712

Landmark Sales
Attn: Managing Agent
9129 Palm Bay Circle
Raleigh, NC 27617

LandShapers
Attn: Managing Agent
1417 N Mineral  Springs Road
Durham, NC 27703

Larry & Brenda Haynes
1924 Torrey Pines Pl
Raleigh, NC 27615

Larry Woodard & Son
Attn: Managing Agent
84 Hardy Road
Wendell, NC 27591

Latta Realty
8813 Stahe Ford Rd
Raleigh, NC 27615

Laura K Howell, LLC
Attn: Managing Agent
PO Box 1289 30 North Main St.
Wendell, NC 27591

Laurel Lane
Attn: Managing Agent
68 Shipwash Drive
Garner, NC 27529

Lawrence Curry
Attn: Managing Agent
2712 Talbot Court
Raleigh, NC 27610

Lazaro Contracting, Inc.
Attn: Managing Agent
P.O. Box 90487
Raleigh, NC 27675

Le Bleu of Raleigh
Attn: Managing Agent
6708 Westborough Drive
Raleigh, NC 27612-1886

Lee & Tracey Foreman
1524 Eglantyne Ct
Raleigh, NC 27613

Leobardo Molina
Attn: Managing Agent
2620 Cooksbury Drive
Durham, NC 27704

LifeStyle Technologies
Attn: Managing Agent
7633 East 63rd Place Ste 220
Tulsa, OK 74133

Lights Unlimited
Attn: Managing Agent
11470A US 15-501 Ste 101
Chapel Hill, NC 27517

Lights Unlimited, Garner
Attn: Managing Agent
310 McCormick Street
Garner, NC 27529

Lights Unlimited, Youngs
Attn: Managing Agent
225 Weathers Street
Youngsville, NC 27596

Linwood Massey Wallpaper
Attn: Managing Agent
158 Strickland's Cross Rds.
Four Oaks, NC 27824

Lockton Risk Services
Attn: Managing Agent
P.O. Box 87-9610
Kansas City, MO 64187

Lowes Business Account
Attn: Managing Agent
P.O. Box 4554   Dept. 79
Carol Stream, IL 60197-4554

Lowes Commercial Services
Attn: Managing Agent
PO Box 530970
Atlanta, GA 30353-0970

Luck Stone
Attn: Managing Agent
P.O. Box 29871
Richmond, VA 23242-0871

Luis Rebollar
Attn: Managing Agent
319 Rice Lane  Lot#3
Wake Forest, NC 27587

Lustgarten; Steve
Attn: Managing Agent
549 Vista Del Lago
Wake Forest, NC 27587

MacConnell & Associates
Attn: Managing Agent
P.O. Box 129
Morrisville, NC 27560-0129

Mail Boxes Etc.
Attn: Managing Agent
9650 Strickland Rd   Suite 103
Raleigh, NC 27615

Mailboxes Etc. Leesville
Attn: Managing Agent
9800 Leesville Rd. Ste 114
Raleigh, NC 27613

Majestic Marble
Attn: Managing Agent
117 Franklin Park Drive
Youngsville, NC 27596

Mancilla's Painting
Attn: Managing Agent
1708 Horton Rd.
Knightdale, NC 27595

Mark & Laura Stowers
1120 Hidden Hills Dr
Wake Forest, NC 27587

Mark S. Burns
Attn: Managing Agent
3604 Woodlea Drive
Raleigh, NC 27604

Matt & Jacey Sumner
4122 Carpenter Pond Rd
Durham, NC 27703

Michael S. Yopp
5630 Six Forks Road
Suite 201
Raleigh, NC 27609

Mark Van Etten
Attn: Managing Agent
1913 Grande Harmony Place
Cary, NC 27513

Maynard & Ann Sherwin
1918 Medfield Rd
Raleigh, NC 27607

Miguel Rebollar
28 Trails End Lane
Franklinton, NC 27525

Mark W. Moran
Munck Butrus Carter PC
12770 Coit Road, Suite 600
Dallas, TX 75251

McBee
PO Box 1186
Lancaster, CA 93584

Mike Wilson
Attn: Managing Agent
1108 Sky Ridge Dr
Raleigh, NC 27603

Mark Wiener & Suzanne Zorn
7305 Rainwater Dr
Raleigh, NC 27615

McCracken Propane
Attn: Managing Agent
3176 US 1 Hwy
Franklinton, NC 27525

Millridge Landscape
Attn: Managing Agent
860 Park Ave.
Youngsville, NC 27596

Martin Marietta Aggregat
Attn: Managing Agent
P.O. Box 75328
Charlotte, NC 28275

McDonald Brothers, Inc
Attn: Managing Agent
P.O. Box 1606
Southern Pines, NC 28388-1606

Montgomery's Florist
Attn: Managing Agent
7457 Six Forks Rd.
Raleigh, NC 27615

Mary Ann Grote
Attn: Managing Agent
12120 Ballybrook Court
Raleigh, NC 27614

McDonald Ceilings
Attn: Managing Agent
8416 Briana Drive
Raleigh, NC 27603

Morris & Carol T. Glass
12104 Ballybrook Court
Raleigh, NC 27614-8350

Marzec Stair Building
Attn: Managing Agent
1635 Kildonan Place
Cary, NC 27511

Michael & Nicole Benedict
1501 Gibbs Hill Ct
Raleigh, NC 27613

Moulding Associates, Inc
Attn: Managing Agent
933 Hensley Lane
Wylie, TX 75098

MASC Consulting Inc.
Attn: Managing Agent
1404 Wall Rd. Suite 400
Wake Forest, NC 27587

Michael & Patricia Nardozzi
1321 Gironde Ct
Wake Forest, NC 27587

Mulch Master/Waste Indut
Attn: Managing Agent
10200 Durant Rd
Raleigh, NC 27614

Master Pools by New Ber
Attn: Managing Agent
5205 Capital Blvd
Raleigh, NC 27616

Michael & Rebecca Putnam
1604 Barony Lake Way
Raleigh, NC 27613

Natiowide Insurance
Attn: Managing Agent
PO BOX 10479
Des Moines, IA 50306-0479

NC Child Support
Attn: Managing Agent
P.O. Box 900012
Raleigh, NC 27675-9012

NC Department of Revenue
Attn: Managing Agent
PO Box 25000
Raleigh, NC 27640-0002

NC Department of Revenue
Attn: Managing Agent
PO Box 25000
Raleigh, NC 27640-0615

NC DMV
3148 Mail Service Center
Raleigh, NC 27699

NC Home Builders SIF
Attn: Managing Agent
P.O. Box 150005
Raleigh, NC 27624-0005

NC Secretary of State
Attn: Managing Agent
Post Office Box 29525
Raleigh, NC 27626-0525

NC State Drywall Co.
Attn: Managing Agent
P.O. Box 5217
Cary, NC 27512

Neuse River Refinishings
Attn: Managing Agent
312 Dunwoody Drive
Raleigh, NC 27615

New Century Northwest
Attn: Managing Agent
775 Vincent St.
Eugene, OR 97401

New Wave Systems
Attn: Managing Agent
2800 Highwoods Blvd.
Raleigh, NC 27604

Nextel
Attn: Managing Agent
P.O. Box 4181
Carol Stream, IL 60197-4181

Noles Cabinets
Attn: Managing Agent
2290 N Grassland Drive
Fuquay-Varina, NC 27526

Norandex/Reynolds
Attn: Managing Agent
1317 Transport Drive
Raleigh, NC 27603

Norman & Karen Rabins
5732 N Hawthorne Wy
Raleigh, NC 27615

North Carolina DMV
Attn: Managing Agent
1100 New Bern Avenue
Raleigh, NC 27610

North Main Construction
Attn: Managing Agent
10207-G Chapel Hill Rd.
Morrisville, NC 27560

North State Disposal
Attn: Managing Agent
2246 Spring Hill Church Road
Lillington, NC 27546

North Wake Mini Storage
Attn: Managing Agent
P.O. Box 1455
Wake Forest, NC 27588

Northwestern Mutual Life
Attn: Managing Agent
PO BOX 3181
Milwaukee, WI 53201-3181

O. Craig Tierney, Jr.
Brown Crump Vanore & Tierney, LL
PO Box 1729
Raleigh, NC 27602

October Builders
Attn: Managing Agent
3925 Quail Hollow Drive
Raleigh, NC 27609

ODD Fellows
7805 Six Forks Rd.
Raleigh, NC 27615

Ohio Casualty Group
Attn: Managing Agent
P.O. Box 5001
Hamilton, OH 45012

Old Dominion
Attn: Managing Agent
P.O. Box 60908
Charlotte, NC 28260

Old Mill Stream
Attn: Managing Agent
3224 Oak Grove Church Road
Newton Grove, NC 28366

Olde Dominion Builders
Attn: Managing Agent
3304 Taylors Ridge Road
Wake Forest, NC 27587

Ostrout Masonry
Attn: Managing Agent
150 Hayes Way
Franklinton, NC 27525

Overhead Door Co. of Ral
Attn: Managing Agent
3224 Gresham Lake Rd
Raleigh, NC 27615

Paradigm Enterprises, In
Attn: Managing Agent
1006 Communications Dr.
Durham, NC 27704

Paragon Bank
Attn: Managing Agent
3535 Glenwood Avenue
Raleigh, NC 27612

Paragon Commercial Bank
Attn: Managing Agent
3535 Glenwood Avenue
Raleigh, NC 27612

Pat & Jennifer Polson
12513 Ribbongrass Ct
Raleigh, NC 27614

Patrick Flanagan
Attn: Managing Agent
2200 Aurburn-Knightdale Rd.
Raleigh, NC 27610

Paul & Krys Dixon
6304 Secret Drive
Raleigh, NC 27612

Paul & Mary Pat Kelly
12000 Raspberry Ln
Raleigh, NC 27614

Paul & Michelle Gunton
340 Thornwood Drive
Youngsville, NC 27596

Paul House
Attn: Managing Agent
733 W Watson
Benson, NC 27504

Paul Kelly
Attn: Managing Agent
12000 Raspberry Lane
Raleigh, NC 27614-7132

Paul Latz DBA Closet Cre
Attn: Managing Agent
2415 Presidential Dr.  Ste.110
Durham, NC 27703

Paul M. & Mary Patricia Kelly
12000 Raspberry Lane
Raleigh, NC 27614-7132

Paul Morris
Attn: Managing Agent
6722 Miles Drive
Raleigh, NC 27615

PCM Construction
Attn: Managing Agent
1400 Crescent Green Dr.Ste 100
Cary, NC 27518

Peak Steel
Attn: Managing Agent
1610 N. Salem Street
Apex, NC 27523

Peele's Plastering
Attn: Managing Agent
7528 Troy Stone Drive
Fuquay-Varina, NC 27526

Pella Window & Door Co.
Attn: Managing Agent
102 Main St.
Pella, IA 50219

Peoples Insurance Agency
Attn: Managing Agent
8366 Six Forks Rd Suite 204
Raleigh, NC 27615

Performance Point, LLC
Attn: Managing Agent
2034 Van Buren Avenue, Ste. A
Indian Trail, NC 28079

Pete Brady Engineering
Attn: Managing Agent
1010 E. Lady Diana Court
Apex, NC 27502

Peyton Steele
Attn: Managing Agent
2222 Creston Road
Raleigh, NC 27608

Pickard Roofing Company
Attn: Managing Agent
P.O. Box 76
Durham, NC 27702

Piedmont Electric
Attn: Managing Agent
P.O. Drawer 1469
Hillsborough, NC 27278

Piedmont Portables
Attn: Managing Agent
P.O. Box 1957
Burlington, NC 27216-1957

Piedmont Professional
Attn: Managing Agent
P.O. Box 1132
Pittsboro, NC 27312

Piedmont Surveys, Inc
Attn: Managing Agent
P.O. Box 562, 105 Church St.
Louisburg, NC 27549

Pine State Electric
Attn: Managing Agent
937 Washington St. P.O.Box 237
Durham, NC 27701

Progress Energy
Attn: Managing Agent
Raleigh, NC 27698-0001

Quintin & Traci Crawford
2708 Charleston Oaks
Raleigh, NC 27614

Pinecrest, Inc
Attn: Managing Agent
2118 Blaisdell Ave.
Minneapolis, MN 55404

ProSource Wholesale Floo
Attn: Managing Agent
2409 Alwin Court
Raleigh, NC 27604

R&B Service Co.
Attn: Managing Agent
543 Hillcrest Dr.
Garner, NC 27529

Planworx Architecture
Attn: Managing Agent
5711 Six Forks Rd Ste # 100
Raleigh, NC 27609

Protective Products
Attn: Managing Agent
1065 Progress Circle
Lawrenceville, GA 30043

R.L. Bradsher Contr.
Attn: Managing Agent
3729 Overlook Road
Raleigh, NC 27616

Poole's Plumbing, Inc
Attn: Managing Agent
3708-101 Conquest Drive
Garner, NC 27529

PSNC
PO Box 100256
Columbia, SC 29202

Raincatchers
Attn: Managing Agent
2228 Bethlehem Rd.
Raleigh, NC 27610

Post & Pickets
Attn: Managing Agent
215 Tryon Road
Raleigh, NC 27603

Public Service Co. of NC
Attn: Managing Agent
PO Box 100256
Columbia, SC 29202

Raleigh Contractor Sales
Attn: Managing Agent
2011 Raleigh Blvd.  Suite 103
Raleigh, NC 27604

Post Concrete, Ltd
Attn: Managing Agent
13200 Strickland Rd.Ste114-296
Raleigh, NC 27613

Quality Custom Work, Inc
Attn: Managing Agent
9512 Ligon Mill Road
Wake Forest, NC 27587

Raleigh Deco Hdwr & Plmg
Attn: Managing Agent
2641 Noblin Rd Suite 104
Raleigh, NC 27604

Priest Craven & Assoc
Attn: Managing Agent
3803-b Computer Drive Ste# 104
Raleigh, NC 27609

Quality Overhead Doors
Attn: Managing Agent
202 Coley Farm Rd.
Fuquay Varina, NC 27526-9669

Raleigh Green Landscapin
Attn: Managing Agent
3073 Bruce Garner Rd.
Creedmoor, NC 27522

Professional Builders
Attn: Managing Agent
10405 Chapel Hill Road
Morrisville, NC 27560-8710

Quality Wallpaper Instal
Attn: Managing Agent
P.O. Box 178
Four Oaks, NC 27524

Raleigh Heating and Air
2800 Rowland Rd.
Raleigh, NC 27615

Professional Concrete
Attn: Managing Agent
PO BOX 323
Garner, NC 27529

Quartz Surfacing
Attn: Managing Agent
1129-111 Corporation Parkway
Raleigh, NC 27610

Raleigh Ladder/Scaffold
Attn: Managing Agent
6241-100  Westgate Road
Raleigh, NC 27613

Raleigh Saw Co., Inc.
Attn: Managing Agent
5805 C Departure Drive
Raleigh, NC 27616

Raleigh Waterproofing
Attn: Managing Agent
2610 Rowland Road
Raleigh, NC 27615

Raleigh, City (Inspect)
Attn: Managing Agent
Raleigh, NC

Raleigh, City of
Attn: Managing Agent
PO Box 96084
Charlotte, NC 28296-0084

Randy Schaut
5909 Shadyview Drive
Wendell, NC 27591

RBC Centura
Attn: Managing Agent
4300 Glenwood Ave
Raleigh, NC 27612

RC's Tools & Supply
Attn: Managing Agent
2895 Grove Hill Rd
Franklinton, NC 27525

Readilite Barricade
Attn: Managing Agent
P.O. Box 58280
Raleigh, NC 27658

Ready Mixed Concrete Co.
Attn: Managing Agent
PO Box 27326
Raleigh, NC 27611

Regional Plumbing
Attn: Managing Agent
282 West Thicket Drive
Angier, NC 27501

Regions Bank
Attn: Managing Agent
4900 Falls of Neuse Road
Raleigh, NC 27615

Regions Bank
Attn: Managing Agent
3700 Glenwood Avenue, Ste. 100
Raleigh, NC 27612

Reisinger Carpet
Attn: Managing Agent
404 Skygrove Drive
Holly Springs, NC 27540-5502

ReNu Fiberglass
Attn: Managing Agent
P.O. Box 1542
Wilson, NC 27893

Residential Elevator
Attn: Managing Agent
P.O. Box 1298
Crawfordville, FL 32326

Restoration Woodworks
Attn: Managing Agent
PO Box 448
Efland, NC 27243

RGR Mechanical
Attn: Managing Agent
P.O. Box 4097
Cary, NC 27519

Rich Glass
2308 Sunnystone Way
Raleigh, NC 27613

Richard & Ardith Vines
303 Villa Drive
Durham, NC 27712

Richard B. Glass
2308 Sunnystone Way
Raleigh, NC 27613-6081

Richard B. Glass
2308 Sunnystone Way
Raleigh, NC 27613

Riddick Interiors
Attn: Managing Agent
P.O. Box 783
Louisburg, NC 27549

Rising Sun Pools
5608 Hillsoborough St
Raleigh, NC 27606

Rivers & Associates,Inc.
Attn: Managing Agent
P.O. Box 929
Greenville, NC 27835

RL Bradsher
3729 Overlook Rd.
Raleigh, NC 27616

RMS Marble Refinishing
Attn: Managing Agent
100 Canter Gable Place
Youngsville, NC 27596

RN Electrical Inc
Attn: Managing Agent
15213 Aiken Rd.
Wake Forest, NC 27587

Robert & Dale Hart
321 Villa Drive
Durham, NC 27712

Roper Brothers Lumber Co
Attn: Managing Agent
P.O. Box 488
Colonial Heights, VA 23834-0488

SAHGE Construction
Attn: Managing Agent
3201 #16 Stream Side Road
Raleigh, NC 27613

Robert & Kelly Bradley
9032 New Century Rd
Wake Forest, NC 27587

Royal Oaks Stairs
Attn: Managing Agent
3201 Wellington Court Unit 104
Raleigh, NC 27615

Sally Pilati
1809 Stannard Trail
Raleigh, NC 27612

Robert W. Sumner
Stephanie A. Gaston
PO Box 27808
Raleigh, NC 27611

Royce Company
Attn: Managing Agent
4821 Hargrove Rd Ste# 121
Raleigh, NC 27616

SBPA
Attn: Managing Agent
PO Box 2582
Chapel Hill, NC 27515-2582

Rodney & Alison Whitaker
11 Lakeside Ln
Durham, NC 27712

RTP Lighting
Attn: Managing Agent
5410 hWY 55 #AA
Durham, NC 27713

Schwartz Plumbing
1129 Corporation Parkway
Raleigh, NC 27610

Rodneys Sign Company
Attn: Managing Agent
600 Irving Parkway
Holly Springs, NC 27540

Russell Concrete
Attn: Managing Agent
7216 Berkshire Downs Drive
Raleigh, NC 27616

Scott & Celeste Sacks
1333 Colonial Club Rd
Wake Forest, NC 27587

Roger & Jennifer Lias
5809 Stone Spring Rd
Raleigh, NC 27615

S&W Tree Service
Attn: Managing Agent
1176 Daw Pate Road
Pikeville, NC 27863

Sealing Agents
Attn: Managing Agent
2034 Van Buren Avenue, Ste. A
Indian Trail, NC 28079

Ron & Ann Willard
921 Berwyn Way
Raleigh, NC 27615

S.D. Puckett & Associate
Attn: Managing Agent
5518  HWY55
Durham, NC 27713

Sean Mickshutz
Attn: Managing Agent
629 Wait Avenue
Wake Forest, NC 27587

Ron Logan
Attn: Managing Agent
3205 Arrowwood Drive
Raleigh, NC 27604

S.T. Wooten Corporation
Attn: Managing Agent
P.O. Box 2408
Wilson, NC 27894-2408

Sears Commercial One
Attn: Managing Agent
PO Box 689134
Des Moines, IA 50368-9134

Ronald L Horvath P.E.
Attn: Managing Agent
7002 Old Trail Drive
Durham, NC 27712

Safway Services, Inc.
Attn: Managing Agent
6408 Old Westgate Rd.
Raleigh, NC 27617

Security Solutions
Attn: Managing Agent
3224 Lake Woodard Dr.
Raleigh, NC 27604

Seegars Fence Co., Inc.
Attn: Managing Agent
P.O. Box 41145
Raleigh, NC 27629

Seneca Landscapes, Inc
Attn: Managing Agent
360 Barn Hill Lane
Wake Forest, NC 27587

Service Magic
Attn: Managing Agent
14023 Denver West Parkway,Suite 200
Golden, CO 80401

Sherwin Williams
Attn: Managing Agent
11904 Galaxy Rd
Wake Forest, NC 27587

Shotwell Transfer Statio
Attn: Managing Agent
3209 Gresham Lake Rd., Ste.114
Raleigh, NC 27615

Signature Structures
Attn: Managing Agent
2121 Stonehenge Drive #8
Raleigh, NC 27615

Signs etc.
Attn: Managing Agent
5107 Falls of Neuse suite B104
Raleigh, NC 27609

Simon Montalvo
Attn: Managing Agent
6305 Shanda Drive #J
Raleigh, NC 27609

Smart Energy Solutions
Attn: Managing Agent
6 Lakeview Drive
Sanford, NC 27332

Smith Debnam Narron WSM
Attn: Managing Agent
P.O. Box 26268
Raleigh, NC 27611

Smith Moore Leatherwood
434 Fayetteville St.
Suite 2800
Raleigh, NC 27601

Snow Hill Realty, Inc.
Attn: Managing Agent
1214 Rocky Point Lane
Durham, NC 27712

Soil  & Environmental
Attn: Managing Agent
11010 Raven Ridge Rd.
Raleigh, NC 27614

Solar Solutions
Attn: Managing Agent
5400 S. Miami Blvd.
Durham, NC 27703

Southeast Toyota Finance
Attn: Managing Agent
P.O. Box 91656
Mobile, AL 36691-1656

Southeast Toyota Finance
Attn: Managing Agent
PO BOX 91656
Mobile, AL 36691-1656

Southeastern Freight
Attn: Managing Agent
PO BOX 100104
Columbia, SC 29202-3104

Southern Concrete Develo
Attn: Managing Agent
119 Powell Drive
Fuquay Varina, NC 27526

Southern Energy Management
Attn: Managing Agent
101 Kitty Hawk Drive
Morrisville, NC 27560

Southern Gutter Co.
Attn: Managing Agent
4713 Tolley Court
Raleigh, NC 27616

Southern Lawnscapes
Attn: Managing Agent
PO Box 90752
Raleigh, NC 27675

Southern Staircase
Attn: Managing Agent
5101 Nelson Road Ste 200
Morrisville, NC 27560

SouthTrust Bank
Attn: Managing Agent
P.O. Box 830716
Birmingham, AL 35283-0716

Sprint
Attn: Managing Agent
P.O. Box 4181
Carol Stream, IL 60197-4181

St. Ives Community Association H
Attn: Managing Agent
PO Box 97243
Raleigh, NC 27624

Steele/McKinney Ltd.
Attn: Managing Agent
3737 Glenwood Ave., Ste. 100
Raleigh, NC 27612

Stephen M. Lustgarten
2211 Narrawood St
Raleigh, NC 27614

Stephen M. Lustgarten
2211 Narrawood
Raleigh, NC 27614

Steve & Beth Brissette
8620 Cold Springs Rd
Raleigh, NC 27615

Steve & Melanie Sievers
320 Villa Drive
Durham, NC 27712

Steve Campbell
10 Wellington Ct.
Franklinton, NC 27525

Steven B. Wald
132 Richardson Road
Robbinsville, NJ 08691

Steven C. Lawrence
Anderson Johnson Lawrence Butler
PO Drawer 2737
Fayetteville, NC 28302-2737

Stewart-Proctor
Attn: Managing Agent
322 Chaponoke Rd.
Raleigh, NC 27603

Stock Building Supply
Attn: Managing Agent
PO Box 404934
Atlanta, GA 30384-4934

Stone Accents, Inc
Attn: Managing Agent
612 West Hargett Street
Raleigh, NC 27603

Stone Age Designs-Charlo
Attn: Managing Agent
4913 Chastain Ave. Unit 20
Charlotte, NC 28217

Stonecrafters
Attn: Managing Agent
2508 Weybridge Dr
Raleigh, NC 27615

Stonemoor Owners Assoc.
Attn: Managing Agent
PO BOX  97006
Raleigh, NC 27624-7006

Stonemoor Owners Association
c/o PPM
6739 Falls of Neuse Road
Raleigh, NC 27615

Strategic Solutions
Attn: Managing Agent
104 Wade Avenue
Dunn, NC 28334

Strickland Construction
Attn: Managing Agent
10772 Patrician Way
Zebulon, NC 27597

Stuart Law Firm
Attn: Managing Agent
4101-118 Lake Boone Trail
Raleigh, NC 27607

Sunbelt Rentals
Attn: Managing Agent
PO BOX 409211
Atlanta, GA 30384-9211

Sunshine Media, Inc.
Attn: Managing Agent
1540 E. Maryland Avenue
Phoenix, AZ 85014

Sunshine Woodworks, Inc
Attn: Managing Agent
2664 Old Graham Rd
Pittsboro, NC 27312

Suntrust Bank
Attn: Managing Agent
8521 Six Forks Road
Raleigh, NC 27615

SUNTRUST BANK
Attn: Managing Agent
P.O. Box 832
Wake Forest, NC 27588

Superior Wood Floors
Attn: Managing Agent
13605 Possum Track Road
Raleigh, NC 27614

Susan Buonomo
6515 Hearthstone Dr
Raleigh, NC 27615

Susan Sugar
Attn: Managing Agent
12709 Softbreeze Lane
Wake Forest, NC 27587

Sylvester Caolan & Lia Pate
1233 Westerham Dr
Wake Forest, NC 27587

T & J Final Touch
Attn: Managing Agent
442 Horace Baker Rd
Zebulon, NC 27597

T&D Concrete, LLC
Attn: Managing Agent
1840 Forestville Road
Wake Forest, NC 27587

Talbert Building Supply
Attn: Managing Agent
P.O. Box 349
Roxboro, NC 27573

The Hardwood Store of NC
Attn: Managing Agent
309 Bethel Street
Gibsonville, NC 27249

Thomas Concrete
Attn: Managing Agent
P.O. Box 725569
Atlanta, GA 31139

Talton's Metal Products,
Attn: Managing Agent
PO Box 1110
Fuquay-Varina, NC 27526-1110

The Law Offices of Adam Neijna,PLLC
Attn: Managing Agent
8951 Harvest Oaks Drive, Suite 101
Raleigh, NC 27615

Thompson Cabinet Shop
Attn: Managing Agent
4712 Fayetteville Rd.
Raleigh, NC 27603

Tarheel Overhead Doors
Attn: Managing Agent
4220 Coghill Drive
Wilson, NC 27896

The News & Observer
Attn: Managing Agent
P.O. Box 3033
Raleigh, NC 27602-3033

Tier One Bank
Attn: Managing Agent
PO BOX  2369
Omaha, NE 68103-2369

Terratech Engineering
Attn: Managing Agent
4905 Professional Court
Raleigh, NC 27609

Thi & Tina Pham
1609 Sharnbrook Ct
Raleigh, NC 27614

Tim & Beth Griffin
10400 Baileywick Rd
Raleigh, NC 27615

The Alternative Board
Attn: Managing Agent
11031 Sheridan Boulevard
Westminster, CO 80020

Think Fast, LLC
Attn: Managing Agent
2304 Wesvill Court #320
Raleigh, NC 27607

Time Warner Cable
Attn: Managing Agent
13840 Ballantyne Corp. Plaza
Charlotte, NC 28277

The Alternative Board
Attn: Managing Agent
11031 Sheridan Blvd
Westminster, CO 80020-3201

Think Fast, LLC
Attn: Managing Agent
2304 Wesvill Ste 320
Raleigh, NC 27607

Time Warner Cable
Attn: Managing Agent
P.O. Box 70873
Charlotte, NC 28272-0873

The Contractor Yard
Attn: Managing Agent
2512 Yonkers Road
Raleigh, NC 27604

Thomas & Patricia Streeter
2416 Smokerise Ct
Raleigh, NC 27615

Tom & Debbie Coffman
1123 Stonebridge Dr
Durham, NC 27712

The Countertop Factory
Attn: Managing Agent
6009 Triangle Drive
Raleigh, NC 27617

Thomas Boylan
Attn: Managing Agent
7404 Stonecliff Drive #103
Raleigh, NC 27615

Tom & Julie Johnson
10917 Grand Journey
Raleigh, NC 27614

The Fuller House
Attn: Managing Agent
3434 Kildaire Farm RD
Raleigh, NC 27606

Thomas Boylan
Attn: Managing Agent
2121 Stonehenge Drive #8
Raleigh, NC 27615

Tom Fenton
Attn: Managing Agent
1724 Kingston Heath Way
Raleigh, NC 27613

Top Quality Countertops,
Attn: Managing Agent
513 Robinson Drive
Wake Forest, NC 27587

Triangle Tile & Stone
Attn: Managing Agent
6601 Hillsborough St.,Ste. 101
Raleigh, NC 27606

Varner Concrete Construc
Attn: Managing Agent
3203 Women's Club Drive Ste 20
Raleigh, NC 27612

Total Laser Care of NC
Attn: Managing Agent
9509 Miranda Drive
Raleigh, NC 27613

Triangle Weatherization
Attn: Managing Agent
109 Royce Drive
Cary, NC 27511

Varney's Waterproofing
Attn: Managing Agent
3737 Graham Sherron Road
Wake Forest, NC 27587

Treyburn Owners Assn.
Attn: Managing Agent
PO BOX 11904
Newark, NJ 07101-9104

Triangle Woodworks
Attn: Managing Agent
4400 Raven's Crest Lane
Raleigh, NC 27616

Verizon Wireless
Attn: Managing Agent
P.O. Box 660108
Dallas, TX 75266-0108

Triangle Custom Granite
Attn: Managing Agent
1464-335 Garner Station Blvd.
Raleigh, NC 27603

Typesthetics
Attn: Managing Agent
2412 Atlantic Ave.
Raleigh, NC 27604

Verizon Wireless
Attn: Managing Agent
P.O. Box 660636
Dallas, TX 75266-0636

Triangle East Builders
Attn: Managing Agent
1209 N. Arendell Avenue
Zebulon, NC 27597

Ultra-Clean Carpets
Attn: Managing Agent
3709 Barwell Rd
Raleigh, NC 67610

Vicente Godinez
Attn: Managing Agent
113 Radcliff Circle
Durham, NC 27713

Triangle Metalworks, Inc.
1423 Wait Ave.
Wake Forest, NC 27587

Underground Const.
Attn: Managing Agent
P.O. Box 664
Garner, NC 27529

Victor Calamaco
Attn: Managing Agent
Lot 50 Gannon Lane
Louisburg, NC 27549

Triangle New Homes
Attn: Managing Agent
P.O. Box 402035
Atlanta, GA 30384-2035

United Parcel Service
Attn: Managing Agent
PO Box 7247-0244
Philadelphia, PA 19170-0001

Viking Office Products
Attn: Managing Agent
P.O. Box 30488
Los Angelas, CA 90030

Triangle Overhead Door
Attn: Managing Agent
4020 Blackard Pond Rd
Raleigh, NC 27604

UPS
Attn: Managing Agent
PO Box 42086
Philadelphia, PA 19101-2086

Vincent & Stephanie Garofano
1801 Kenwyck Mnr Wy
Raleigh, NC 27612

Triangle Porta-John
Attn: Managing Agent
P.O. Box 10262
Greensboro, NC 27404

UPS Store
Attn: Managing Agent
7413 Six Forks Road
Raleigh, NC 27615

Wachovia Bank
Attn: Managing Agent
P.O. Box 740502
Atlanta, GA 30374-0502

Wake County
Attn: Managing Agent
PO BOX 96058
CHARLOTTE, NC 28296

Wake County LBOX#75421
Attn: Managing Agent
P.O. Box 550
Raleigh, NC 27602-0550

Wake County Revenue
Attn: Managing Agent
PO BOX 2331
Raleigh, NC 27602

Wake County Revenue Dept.
Attn: Managing Agent
P.O. Box 2331
Raleigh, NC 27602-2331

Wake EMC
Attn: Managing Agent
P.O. Box 1229
Wake Forest, NC 27588-1229

Wake Forest Federal
Attn: Managing Agent
302 South Brooks Street
Wake Forest, NC 27587

Wake Forest Federal S&L
Attn: Managing Agent
PO Box 1167
Wake Forest, NC 27588-1167

Wake Forest, Town of
Attn: Managing Agent
P.O. Box 900002
Raleigh, NC 27675-9000

Wake Living
189 Wind Chime Ct.
Suite 104
Raleigh, NC 27615

Wake Stone Corp
Attn: Managing Agent
PO Box 190
Knightdale, NC 27545

Wake Stone Corporation
Attn: Managing Agent
P.O. Box 190
Knightdale, NC 27545

Wakefield Lighting, Inc.
Attn: Managing Agent
2004 S. Main Street, Ste #100
Wake Forest, NC 27587

Wakefield Plantation HOA
Attn: Managing Agent
6739 Falls of Neuse Road
Raleigh, NC 27615

Wallis & Morton, PA
Attn: Managing Agent
8382 Six Forks Rd Suite 200
Raleigh, NC 27615

Wallis & Morton, PA
Attn: Managing Agent
8382 Six Forks Road Suite 200
Raleigh, NC 27615

Walnut Creek of Thomasvi
Attn: Managing Agent
P.O. Box 1489
Thomasville, NC 27361

Wells Fargo Bank
Attn: Managing Agent
PO Box 6426
Carol Stream, IL 60197-6426

Wells Fargo Business Direct
Attn: Managing Agent
PO Box 348750
Sacramento, CA 95834

West Durham Lumber
Attn: Managing Agent
1 Barringer Place
Durham, NC 27705

Western Cedar Roofs, Inc
Attn: Managing Agent
198 Cleveland Crossing
Garner, NC 27529

Wheeless, Inc.
Attn: Managing Agent
PO Box 1535
Garner, NC 27529

Whitley Metal, Inc
Attn: Managing Agent
671 Mt. Pleasant Road
Willow Springs, NC 27592

Wilkinson Supply Co.
Attn: Managing Agent
P.O. Box 6066
Raleigh, NC 27628

William & Virginia Houston
108 Kendlewick Dr
Cary, NC 27511

William E. Rouse III
Attn: Managing Agent
7436 Berkshire Downs
Raleigh, NC 27604

William Workman
4432 Mitchell Mill Road
Wake Forest, NC 27587

Williams Painting
Attn: Managing Agent
437 Raleigh Farms Rd.
Youngsville, NC 27596

Willow Springs Land.,
Attn: Managing Agent
7728 Maude Stewart Road
Fuquay Varina, NC 27526

Wilson Trucking Corp.
Attn: Managing Agent
P.O. Box 200
Fisherville, VA 22939

Woodtech, Inc.
Attn: Managing Agent
P.O. Box 557
Princeton, NC 27569

Woodworking Shop
Attn: Managing Agent
856 21st Street Drive S. E.
Hickory, NC 28603

Working Assets
Attn: Managing Agent
P. O Box 2024
Mechanicsburg, PA 17055

Xpedx
Attn: Managing Agent
P.O. Box 371083
Pittsburgh, PA 15250-7083

Xteriors Factory Outlet
Attn: Managing Agent
2110-A Capital Blvd.
Raleigh, NC 27604

Your Other Warehouse
Attn: Managing Agent
PO BOX 973750
Dallas, TX 75397-3750

Z Eddie's Roofing
Attn: Managing Agent
2848 Packing Plant Rd.
Smithfield, NC 27577

Zigre Construction
Attn: Managing Agent
2503 Sims-Bridge Rd.
Kitrell, NC 27544

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Clearwater Group, Ltd.**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Clearwater Group, Ltd.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 22, 2009**

Date

**/s/ Bill Janvier**

**Bill Janvier**

Signature of Attorney or Litigant

Counsel for   **Clearwater Group, Ltd.**

**Everett, Gaskins, Hancock & Stevens**

**127 West Hargett St.**
**Suite 600**
**Raleigh, NC 27601**
**(919) 755-0025 Fax:(919) 755-0009**